IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, THE CHICAGO LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, CATHERINE WENSKUS, not individually but as Administrator of the Funds, and THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VINCINITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No.: 18 C 7729 |
| v. | ) ) | Judge |
| MIDWEST BRICKPAVING, INC., an Illinois corporation, and JOEL ELFRING, individually, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## COMPLAINT

Plaintiffs, Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare

Department of the Construction and General Laborers' District Council of Chicago and Vicinity,

the Chicago Laborers' District Council Retiree Health and Welfare Fund and Catherine

Wenskus, not individually but as Administrator of the Funds, (collectively the "Funds"), by their

attorneys Patrick T. Wallace, Amy N. Carollo, G. Ryan Liska, and Katherine C.V. Mosenson,

and the Construction and General Laborers' District Council of Chicago and Vicinity ("Union"),

by and through their attorney Christina Wernick, and for their Complaint against Defendants

Midwest Brickpaving, Inc. and Joel Elfring, state:

## COUNT I

### (Failure to Submit to an Audit)

For a cause of action by Plaintiff Funds against Defendant Midwest Brickpaving, Inc.:

1.     Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a), 28 U.S.C. §1331 and federal common law.

2.     Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and 28 U.S.C. §1391 (a) and (b).

3.     The Funds are multiemployer benefit plans within the meanings of Sections 3(3) and 3(37) of ERISA. 29 U.S.C. §1002(3) and 37(A). They are established and maintained pursuant to their respective Agreements and Declarations of Trust in accordance with Section 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have offices and conduct business within this District.

4.     Plaintiff Catherine Wenskus ("Wenskus") is the Administrator of the Funds, and has been duly authorized by the Funds' Trustees to act on behalf of the Funds in the collection of employer contributions owed to the Funds and to the Construction and General District Council of Chicago and Vicinity Training Fund, and with respect to the collection by the Funds of amounts which have been or are required to be withheld from the wages of employees in payment of Union dues for transmittal to the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union"). With respect to such matters, Wenskus is a

2

fiduciary of the Funds within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. §1002(21)(A).

5.      Defendant Midwest Brickpaving, Inc. (hereinafter "Midwest" or the "Company") is an Illinois corporation. Midwest does business within this District and is an employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. §1002(5), and Section 301(a) of the LMRA, 29 U.S.C. §185(c).

6.      The Union is a labor organization within the meaning of 29 U.S.C. §185(a). At all times relevant herein, the Union and the Company have been parties to successive collective bargaining agreements, the most recent of which became effective June 1, 2017 ("Agreement"). (A copy of the "short form" Agreement entered into between the Union and the Company which Agreement adopts and incorporates Master Agreements between the Union and various employer associations, and also binds the Company to the Funds' respective Agreements and Declarations of Trust is attached hereto as Exhibit A).

7.      The Funds have been duly authorized to serve as collection agents for the Union in that the Funds have been given the authority to collect from employers union dues which should have been or have been deducted from the wages of covered employees. Further, the Funds have been duly authorized by the Construction and General Laborers' District Council of Chicago and Vicinity Training Fund (the "Training Fund"), the Midwest Construction Industry Advancement Fund ("MCIAF"), the Mid-American Regional Bargaining Association Industry Advancement Fund ("MARBA"), the Chicagoland Construction Safety Council (the "Safety Fund"), the Laborers' Employers' Cooperation and Education Trust ("LECET"), the Concrete Contractors Association ("CCA"), the CDCNI/CAWCC Contractors' Industry Advancement

Fund (the "Wall & Ceiling Fund"), the CISCO Uniform Drug/Alcohol Abuse Program ("CISCO"), the Laborers' District Council Labor Management Committee Cooperative ("LDCLMCC"), the Will Grundy Industry Trust Advancement Fund ("WGITA"), the Illinois Environmental Contractors Association Industry Education Fund ("IECA Fund"), the Illinois Small Pavers Association Fund ("ISPA"), and the Chicago Area Independent Construction Association ("CAICA") to act as an agent in the collection of contributions due to those Funds.

8.      The Agreement and the Funds' respective Agreements and Declarations of Trust obligates the Company to make contributions on behalf of its employees covered by the Agreement for pension benefits, health and welfare benefits, and/or benefits for the training fund and to submit monthly remittance reports in which the Company, *inter alia*, identify the employees covered under the Agreement and the amount of contributions to be remitted to the Funds on behalf of each covered employee. The Company is obligated to pay between 10% to 20% liquidated damages on late-paid contributions plus interest at a rate of 12% from the date the contributions were due until the contributions are paid.

9.      The Agreement and the Funds' respective Agreements and Declarations of Trust requires the Company to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

10.     The Agreement requires the Company to obtain and maintain a surety bond to guaranty the payment of future wages, pension and welfare benefits.

11.     Notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company has:

(a)     failed to submit all requested books and records to an audit for the period of

October 1, 2012 forward, thereby depriving the Funds of information and income necessary for

operations; and

(b)     failed to obtain and maintain a surety bond in accordance with the terms of the

Agreement.

12.     The Company's actions in failing to submit to the requested audit and maintain a

surety bond violates Section 515 of ERISA, 29 U.S.C. §1145, and Section 301 of the LMRA. 29

U.S.C. §185, and federal common law interpreting ERISA, 29 U.S.C. §1132 (g)(2).

13.     Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. §1132 (g)(2), Section 301 of

the LMRA, 29 U.S.C. §185, federal common law, and the terms of the Agreement and the

Funds' respective Trust Agreements, the Company is liable to the Funds for delinquent

contributions, liquidated damages, interest, and attorneys' fees and costs, and such other legal

and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against

Defendant Midwest Brickpaving, Inc.:

a.      ordering the Company to submit its books and records to an audit by Plaintiffs for

the period of October 1, 2012 forward;

b.      entering judgment in sum certain against the Company on the amounts due and

owing on the audit including interest, liquidated damages, accumulated liquidated damages, audit

costs, and attorneys' fees and costs;

c.      ordering the Company to obtain and maintain a surety bond in accordance with

the terms of the Agreement; and

d.      awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

## COUNT II

### (Failure To Submit To An Audit)

For a cause of action by Plaintiff Funds against Defendant Midwest Brickpaving, Inc.:

14.     Plaintiffs reallege paragraphs 1 through 13.

15.     Pursuant to agreement, the Funds have been duly designated to serve as collection agents for the Union in that the Funds have been given the authority to collect from employers union dues which have been or should have been deducted from the wages of covered employees.

16.     Notwithstanding the obligations imposed by the Agreement, the Company has failed to submit to all requested records to an audit for the period of October 1, 2012 forward, thereby depriving the Union of income and information.

17.     Pursuant to the Agreement, the Company is liable to the Funds for the unpaid union dues, as well as liquidated damages, audit costs, reasonable attorneys' fees and costs as the Union's collection agent, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendant Midwest Brickpaving, Inc.:

a.      ordering the Company to submit its books and records to an audit by Plaintiffs for the period of October 1, 2012 forward;

6

b.      entering judgment in sum certain against the Company on the amounts due and owing on the reports and the audit including dues, liquidated damages, accumulated liquidated damages, audit costs, and attorneys' fees and costs; and

c.      awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

<u>**COUNT III**</u>

**(To Enforce JGC Award)**

For a cause of action against Defendant Midwest Brickpaving, Inc.:

18.      Plaintiffs reallege paragraphs 1 through 17.

19.      This action is brought pursuant Section 301 of the LMRA, 29 U.S.C. §185 to confirm and enforce a final and binding award by the Joint Grievance Committee ("JGC") conducted pursuant to the provisions of the Agreement between the Union and Midwest.

20.      The Union and Midwest are parties to the Agreement attached hereto as Exhibit A which incorporates and adopts the Joint Agreement between the Union and the Chicago Area Independent Construction Association ("Joint Agreement"). The Joint Agreements for all times relevant and governing the terms and conditions of employment of the Company's employees in the bargaining unit represented by the Union is attached hereto as Exhibit B.

21.      Article 11 of the Joint Agreement sets forth a grievance and arbitration procedure for the resolution of any dispute between the parties to the Agreement, culminating in arbitration in the event that there is a deadlock of the Joint Grievance Committee ("JGC") hearing the dispute. Article 11, ¶ 2 provides in relevant part:

7

The determination of the JGC shall be shall be governed by majority vote, provided the Employer representatives and the Union representatives shall have equal voting power. If decided by majority vote, the grievance determination and any relief determined to be appropriate shall be final and binding upon all parties.

22.     On or about August 2, 2016, Laborers' Local Union No. 76 grieved the failure of Midwest Brick to properly pay wages and benefits. The Grievance was assigned Grievance No. 16-96. A subsequent wage and benefit audit for the period of September 1, 2014 through December 31, 2015 issued and on September 14, 2016 the District Council filed a Grievance on the audits which was assigned Grievance No. 16-110. True and accurate copies of the Grievances are attached hereto as Exhibits C and D.

23.     On February 15, 2018, following a hearing at the offices of the Laborers' District Council, the JGC, by majority vote, entered an award upholding Grievance Nos 16-110 and 16-9613-80 in their entirety, directing the Company to pay $394,184.03 in wages to the affected employees for the period of September 1, 2014 through December 31, 2015, directing the Company to pay liquidated damages totaling $197,092.02 on the wage audit amount, directing the Company to pay wage audit costs totaling $4,424.88, directing the Company to pay $465,054.48 in benefits, dues, interest, liquidated damages, and audit costs on the benefit audit for the period of September 1, 2014 through December 31, 2015, directing the Company to pay $13,657.50 in attorneys' fees and costs to the Funds, and directing the Company to pay 4 hours of pay for witness appearances at the hearing totaling $1,318.40. The Award further provided for imposition of an additional 10% liquidated damages on the total monetary award if not paid within thirty (30) days and further provided for the recovery of any reasonable attorneys' fees and costs incurred by the parties in enforcing the Award. A true and accurate copy of the award is attached hereto as Exhibit E.

24.     Under Article 11, ¶ 2 of the Agreement, the award of the JGC is final and binding on the parties.

25.     Due demand having been made by the Union, Midwest has failed and refused to comply with the JGC award.  The Union has complied with any conditions precedent to the enforcement of the JGC award.

WHEREFORE, Plaintiffs respectfully requests:

(a)     that this Court enter judgment in favor of the Plaintiffs and Defendant Midwest Brickpaving, Inc. under Section 301 of the LMRA, confirming the JGC award; finding and declaring that the award if final and binding on the parties; and enforcing the award against the Company by entering a monetary judgment in the amount of $394,184.03 in wages to the affected employees for the period of September 1, 2014 through December 31, 2015, $197,092.02 in liquidated damages on the wage audit amount, wage audit costs totaling $4,424.88, $465,054.48 in benefits, dues, interest, liquidated damages, and audit costs on the benefit audit for the period of September 1, 2014 through December 31, 2015, $13,657.50 in attorneys' fees and costs to the Funds, witness Grievance appearance fees totaling $1,318.40, plus an additional 10% liquidated damages, Plaintiffs' reasonable attorneys' fees and expenses incurred enforcing the Award; and

(b)     that this Court grant the Plaintiffs other legal and equitable relief as the Court deems appropriate.

## COUNT IV

### (Fraud)

For a cause of action by Plaintiffs against Defendant Joel Elfering:

26.     Plaintiffs reallege paragraphs 1 through 25.

9

27.     Defendant Joel Elfering ("Elfering") is and was at all times relevant an officer and shareholder of Midwest responsible in relevant part for maintaining the payroll records of Midwest and submitting or causing to be submitted benefit contribution and working dues reports from Midwest to the Funds and the Union.

28.     Midwest's Agreement with the Union contained an Addendum which permitted the Company to pay to individuals performing certain work falling under the definition of "Residential Improver" work certain wage rates lower than those required under the terms of the Agreement and further excluding the Company from paying benefit contributions on that work. This work included "brick paving for single-family detached residences, or residential developments involving no more than five (5) single-family detached residences, and maintenance of existing brick paving not subject to any prevailing wage statute or ordinance, including but not limited to the Illinois Prevailing Wage Act and the Davis-Bacon Act."

29.     The Addendum provides in relevant part:

The contractor is responsible for maintaining daily logs showing all hours worked on residential work and commercial work, and all employees covered by the Addendum shall sign the daily log for residential work and commercial work showing the address(es) of the project(s). The contractor shall immediately produce these logs and all permits and drawings upon the Union's request to verify the nature of the work. All the work that is not appropriately documented as set forth in this paragraph shall be deemed and compensated as commercial work.

30.     Defendant Elfering intentionally failed to pay the appropriate wages, submit benefit contributions and withhold and submit payment of dues for individuals who performed work defined as covered under the terms of the Agreement. Rather, Elfering miscoded work on Company records as "residential" for work that was clearly "commercial" as defined under the Agreement and the

10

Addendum with the intent to pay lesser wages and to avoid payment of benefit contributions and appropriate work dues.

31.     Signatory contractors are required to submit monthly benefit contribution reports on the tenth day of the month following the month in which covered work was performed identifying the numbers of hours worked by individuals who perform covered work under the terms of the Agreements.  Those benefit report forms provide in relevant part:

**EMPLOYER'S WARRANTY AND ACCEPTANCE:**  The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ.  In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations.  Further, the undersigned hereby expressly accepts and agrees to be bound by the trust agreements governing the Laborers' Pension and Welfare, et al. and accepts all of the terms thereof with the intention of providing benefits to its laborers.

32.     The dues report forms also contain a warranty clause which provides:

**EMPLOYER'S WARRANTY AND ACCEPTANCE:**  By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by the Employer's laborer employees.  By signing this report, the Employer hereby accepts, adopts and agrees to be bound by the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

33.     Defendant Midwest, by and through Defendant Elfering, submitted false benefit report forms and false dues report forms failing to identify all individuals who have performed or subcontracted covered work for Midwest for the period of October 1, 2012 forward.   True and accurate copies of the benefit and dues report forms submitted by Midwest and signed and/or authorized to be signed by Defendant Elfering during the relevant time period are attached hereto as Group Exhibit F.

11

34.     The Funds and the District Council relied to their detriment on the false reports submitted by Midwest. Specifically, if the District Council had been aware that the Defendants had failed to pay and report the proper wages, dues and benefit contributions for work performed on Midwest projects, the District Council would have taken all lawful steps permitted under the Agreements including, but not limited to, taking job actions against the Company and filing the appropriate lawsuit. If the Funds had been aware that the Defendants had failed to pay and report the proper wages, dues and benefit contributions, the Funds would have been precluded from crediting hours for the incomplete reports submitted by the Defendants and would have commenced the appropriate lawsuit at an earlier date. Thus, by submitting false reports, Defendant Elfering enabled the Company to continue to operate resulting in a benefit to Defendants and increasing the liabilities owed by the Defendants to the Funds and the District Council.

35.     The Funds, the District Council and the plan participants have suffered harm as a direct result of the false benefit and dues reports submitted by the Defendants. Specifically, the Funds and the District Council have incurred unpaid benefit contributions, dues, interest, liquidated damages and audit costs. The Funds have also provided benefit coverage to individuals based on the submission of the incomplete and false reports. Said coverage would not have been provided had the Funds been aware that the reports were false and incomplete. In the event that the Funds are unable to obtain full recovery of all amounts due from the Defendants, the Funds may become under-funded.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendant Joel Elfering for the amounts of unpaid contributions, dues and wages due including all interest, liquidated damages, audit costs, and attorneys' fees and costs

owed by Defendants Construction Cleaning Company and B&B Building Maintenance, Inc. as set forth in Counts I through III, the costs of any additional damages sustained by the Funds and District Council as a result of the fraudulent misrepresentations including reimbursement of medical and/or pension claims paid out to individuals who obtained eligibility from the false and incomplete reports, plus interest, liquidated damages, attorneys' fees and costs, audit costs, and any other legal and equitable relief as the Court deems appropriate.

November 20, 2018

Laborers' Pension Fund, et al.

By:   /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

13

# CONSTRUCTION & GENERAL LABORERS'
## DISTRICT COUNCIL OF CHICAGO AND VICINITY
AFFILIATED WITH THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO
801 BURR RIDGE PARKWAY • SUITE 300 • BURR RIDGE, IL 60527 • PHONE: 630/655-8229 • FAX: 630/655-8633

### INDEPENDENT CONSTRUCTION INDUSTRY COLLECTIVE BARGAINING AGREEMENT



EXHIBIT
A

Rx Date/Time JUL.17'2003 17:08 6306558853      Laborers District Council    13768 P.007/002

## BRICK PAVERS ADDENDUM

The wages, benefits and other terms and conditions of employment set forth in the Independent Construction Industry Agreement and area-wide agreements incorporated therein shall apply to all commercial brick paving work. These terms and conditions shall also apply to all residential brick paving work except as modified below.

For purposes of this agreement, residential work shall be brick paving for single-family detached residences, or residential developments involving no more than five (5) single-family detached residences, and maintenance of existing brick paving not subject to any prevailing wage statute or ordinance, including but not limited to the Illinois Prevailing Wage Act and the Davis-Bacon Act. All other brick paving work shall be compensated as commercial work. Residential work shall not, under any circumstances, include work that is subject to any prevailing wage statute or ordinance as defined above.

Employees performing residential work as defined by this Addendum shall be classified as Residential Improvers and shall be compensated at not less than the hourly wage rates set forth below, but they shall not participate in any fringe benefits fund:

| Effective Date | Execution | June 1, 2003 | June 1, 2004 |
|---|---|---|---|
| New Hire | $8.70 | $9.20 | $9.80 |
| After 500 Hours | $9.20 | $9.75 | $10.30 |
| Foreman | $14.20 | $14.75 | $15.30 |

The foregoing rates are minimums. No employee earning more than the foregoing rates as of the date of execution of this Addendum shall suffer a reduction in wage rates after execution of this Addendum.

The contractor shall deduct working dues from the wages of employees performing residential work as defined by this Addendum in the amount of twenty cents ($.20) per hour for each hour worked or such other amount as determined by the Union.

The contractor is responsible for maintaining daily logs showing all hours worked on residential work and commercial work, and all employees covered by this Addendum shall sign the daily log for residential work and commercial work showing the address(es) of the project(s). The contractor shall immediately produce these logs and all permits and drawings upon the Union's request to verify the nature of the work. All work that is not appropriately documented as set forth in this paragraph shall be deemed and compensated as commercial work.

If the contractor violates any provision of this Addendum, it shall pay one thousand dollars ($1,000) per violation per day to persons or funds as determined by the Union.

The contractor acknowledges and accepts the facsimile signatures on this Addendum as if they were the original signatures.

Dated: _June 16_, 20 _03_

ACCEPTED:
Laborers' Local Union #2

By: _____

CONSTRUCTION AND GENERAL LABORERS'
DISTRICT COUNCIL OF CHICAGO AND VICINITY

By: _____
    Frank Riley, President & Secretary Treasurer

By: _____
    James P. Connolly, Business Manager

For Office Use Only: _____

_MASONRY RESURFACING, INC._
(Employer)

FEIN No.: _____

By: _JACK ERICKSON - PRESIDENT_
    (Print Name and Title)

By: _____
    (Signature)

_11139 SIMKINS RD._
    (Address)

_ANTIOCH, ILL.  60001_
    (City, State and Zip Code)

_847-872-6550_
    (Telephone/Telefax)


EXHIBIT
B
tabbies

Construction and General Laborers' District Council of Chicago and Vicinity,
Laborers' International Union of North America, AFL-CIO

# GRIEVANCE REPORT FORM

**Employer**   MIDWEST BRICKPAVING, INC.                    **Date of Report**   8/2/2016

**Employer Address**   18557 STATELINE RD.

**City**   ANTIOCH                                  **State**   IL      **Zip**   60002

**Phone**   (847) 838-6550             **Fax**   (847) 838-6552

**Employer Contact**   Joel Elfering (President)

**PLA**   No

**Site Where Grievance Arose**   Multiple Projects:
(1) The Glen Town Center Project in Glenview, IL
(2) Orland Park Streetscape Improvements Project In Orland Park, IL

**Affected Employee(s)**   Multiple Employees, approximately 10 Laborers, who performed work in combination on both above referenced projects.

**Date of Violation (or first date known)**   7/12/2016

**Applicable Contract**   *CAICA

**Articles Violated**   V   Wages
III   Hours and Overtime
XI   Shift Work
VIII   Industrial Funds

**Nature of Violation**   Midwest Brick Paving's deliberate refusal to pay their Laborers proper wages and benefits on covered work on the above referenced projects.

**Remedy Sought**   Wages and benefits paid for all Laborers that performed covered work on the above referenced projects.

**Union Representative Name**   Steven Katsivalis

**Union Representative Signature**   skats76 @ 08/02/2016 - 20:42:52      **Local No.**   0076

**Reference #**   2016-00096



Construction and General Laborers' District Council of Chicago and Vicinity,
Laborers' International Union of North America!, AFL-CIO

# GRIEVANCE REPORT FORM

**Employer**   MIDWEST BRICKPAVING, INC.        **Date of Report**   9/14/2016

**Employer Address**   18557 STATELINE RD.

**City**   ANTIOCH                              **State**   IL     **Zip**   60002

**Phone**   (847) 838-6550        **Fax**   (847) 838-6552

**Employer Contact**   JOEL ELFERING

**Site Where Grievance Arose**   VARIOUS SITES

**Affected Employee(s)**   ALL

**Date of Violation (or first date known)**   9/8/2016

**Applicable Contract**   *CAICA

**Articles Violated**   5 - WAGES, PAR 1
PAR 2 - WELFARE
PAR 3 - PENSION
7 - INDUSTRY FUND

**Nature of Violation**   UNDERPAYMENT OF WAGES $623,538.25, AUDIT FEE $762.00 AND FRINGE
BENEFITS.

**Remedy Sought**   PAYMENT OF WAGES $623,538.25, AUDIT FEE $762.00 AND FRINGE
BENEFITS. THE GRIEVANCE DETERMINATION AND ANY ADDITIONAL RELIEF
DETERMINED TO BE APPROPRIATE SHALL BE FINAL AND BINDING UPON
ALL PARTIES.

**Union Representative Name**   MARTIN FLANAGAN

**Union Representative Signature**   jzarris @ 09/14/2016 - 16:58:18        **Local No.**   LDC

**Reference #**   2016-00110



**Chicago Laborers' District Council**

# LiUNA!

999 McClintock Drive, Suite 300
Burr Ridge, IL 60527
Ph: (630) 655-8289   Fax: (630) 655-8853
**www.LiUNAChicago.org**

March 7, 2018

Joel Elfering
Midwest Brick Paving, Inc.
18557 Stateline Rd.
Antioch, IL 60002

CERTIFIED MAIL

VIA EMAIL midwestbrickpaving@msn.com

Re: Decision Case Nos.: 16-110/16-96

Dear Mr. Elfering:

This will confirm the majority decision of the Joint Committee in cases 16-110 and 16-96 as announced on February 15, 2018, following a hearing at the offices of the Laborers' District Council, 999 McClintock Drive, Suite 300, Burr Ridge, IL as follows:

1. The grievances are upheld in their entirety.

2. The Employer shall pay the employees identified in the attached January 22, 2018 wage audit the amounts shown for the employees totaling $394,184.03, minus all applicable taxes and work dues' deductions at the applicate rates, for wages owed for the period of September 1, 2014 through December 31, 2015. The wage amounts shall be submitted in the form of a check made payable to the employees identified in the wage audit and shall be delivered to the District Council for distribution.

3. The Employer shall pay 50% in liquidated damages on the wage audit amount, totaling $197,092.02, which shall be paid to the Laborers' District Council Charitable Foundation.

4. The Employer shall compensate the Laborers' District Council for the audit fee of $4,424.88.

5. The Employer shall pay the Laborers' Pension & Welfare Funds for fringe benefits and dues owed pursuant to the attached fringe benefit audit totaling $465,054.48, which includes accumulated interest, penalties, and audit costs as indicated in the attached audit and worksheet.

6. The Employer shall pay the Laborers' Pension & Welfare Funds for attorneys' fees and costs totaling $13,657.50.

7. The Employer shall compensate the following employees for four (4) hours lost time per each day's attendance at the September 1, 2017 and December 14, 2017 JGC Grievance hearings pursuant to the attached sign in sheets:

   a. Jesus Gallegos: $329.60
   b. Carlos Oseguerra: $329.60
   c. Israel Orejel: $329.60
   d. Ignacio Espinoza: $164.80
   e. Francisco Contreras: $164.80



8. The Laborers' Union shall not be permitted to re-open closed audits for wages. The same restriction shall not apply to fringe benefit audits.

Affiliated with Laborers' International Union of North America Locals #:
1  2  4  5  6  68  75  76  152  225  582  681  1001  1035  1092

Boone      Cook      DuPage      Grundy      Kane      Kendall      Lake      McHenry      Will

**James P. Connolly**
Business Manager

**Charles V. LoVerde III**
Secretary-Treasurer

**Vern Bauman**
President

9. If the foregoing relief is not fully implemented within thirty (30) days of this ruling, the Employer shall also pay to the Union, in addition to the foregoing relief, liquidated damages equal to ten percent (10%) of the monetary award and all court costs and reasonable attorney fees incurred by the party enforcing this award.

10. Please mail payments to the Laborers' District Council, c/o Marty Flanagan, 999 McClintock Drive, Suite 300, Burr Ridge, IL 60527.

Please provide your proof of compliance with this award by no later than March 17, 2018.

Joint Grievance Committee

By Martin Flanagan, Grievance Director

Enclosure

cc: Christina Krivanek Wernick, In-House Counsel/Asst. Director of Grievances (cwernick@liunachicago.org)
Scott Gore, Laner Muchin (sgore@lanermuchin.com)

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| CODE | 033938 |
|------|--------|

1407093

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN OCT. 2012
PERIOD FROM            TO

PAGE 2

Inactive
☐ No Laborers This Month
☐ No Laborers Until Further

**RECEIVED**
Please
check
here

DEC 20 2012

MC

Final Report
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

DELINQUENT LETTER MAILED

LPWF

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | | | |
| | | | |
| | | **RECEIVED** | |
| | | DEC 19 2012 | |
| | | LPWF | |
| | | | |
| | | | |
| TOTAL HOURS | | | 1,155.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 21.80 | 1,155.5 | $25,189.90 |
| TRAINING | 0.50 | | $ 577.75 |
| TOTAL (ALL FUNDS) | 22.30 | | $25,767.65 |
| CHECK NUMBER | 8105 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm.

Union

Employer

By
Signed by an authorized officer, partner or agent only

REMITTANCE FORM

ENTERED

EXHIBIT
F

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | | | PAGE 1 |
|------|---|---|---|--------|

CODE
033938

FED. ID NO
PHONE 847-838-6550

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

REPORT FOR HOURS WORKED IN OCT. 2012
PERIOD FROM      TO

Please
check
here

**Final Report**
☐ Sold (out of) Business

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 120 |
| | 0118 | FELIPE CHAVEZ | 119 |
| | 0118 | ISRAEL OREGEL | 111 |
| | 0118 | IGNACIO ESPINOZA | 60.5 |
| | 0118 | FRANCISCO CONTRERAS | 101 |
| | 0118 | JUAN ALVAREZ | 82 |
| | 0118 | CARLOS M OSEGUERA | 73.5 |
| | 0118 | JOSE CONTRERAS | 48 |
| | 0118 | JOSE VILLAFAN | 111 |
| | 0118 | FELIPE MADRIGAL | 65.5 |
| | 0118 | SALVADOR ALVAREZ | 65 |
| | 0118 | MIGUEL GALLEGOS | 119 |
| | 0118 | Omar Contreras | 80 |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ.
In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations.
Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | FED. ID NO. | | PAGE 2 |
|------|-------------|--|--------|

CODE 033938

*1408531*

FED. ID NO.
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN NOV. 2012
PERIOD FROM            TO

**RECEIVED**

JAN 14 2013

MC

**LPWF**

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

*Pm 1/9/13*

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | | | |
| | | | |
| | | | |
| | | **RECEIVED** | |
| | | JAN 11 2013 | |
| | | **LPWF** | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | 1,462.50 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 21.80 | 1,462.50 | $31,882.50 |
| TRAINING | 0.50 | | $ 731.25 |
| TOTAL (ALL FUNDS) | 22.30 | | $32,613.75 |
| CHECK NUMBER | 8165 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the employer hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|-----------|--|----------|--------|--|
| Union | | By | | REMITTANCE FORM |

Signed by an authorized officer, partner or agent only

ENTERED

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

PAGE 1

| CODE | | | |
|---|---|---|---|
| 033938 | | | |

FED. ID NO
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN NOV. 2012
PERIOD FROM     TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 120 |
| | 0118 | OMAR CONTRERAS | 90 |
| | 0118 | FELIPE CHAVEZ | 130.5 |
| | 0118 | ISRAEL OREGEL | 116 |
| | 0118 | IGNACIO ESPINOZA | 51 |
| | 0118 | FRANCISCO CONTRERAS | 99.5 |
| | 0149 | KEVIN COLGAN | 0 |
| | 0118 | JUAN ALVAREZ | 128.5 |
| | 0118 | CARLOS M OSEGUERA | 128.5 |
| | 0118 | JOSE CONTRERAS | 116.5 |
| | 0118 | JOSE VILLAFAN | 104.5 |
| | 0118 | FELIPE MADRIGAL | 135 |
| | 0118 | SALVADOR ALVAREZ | 109 |
| | 0118 | MIGUEL GALLEGOS | 133.5 |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm.

Union

Employer

By

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | |
|------|--|
| 033938 | |

*14/0823*

FED. ID NO

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN DEC. 2012
PERIOD FROM          TO

RECEIVED

FEB 11 2013

LPWF

Please
check
here

PAGE 2

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | RECEIVED | |
| | | FEB 08 2013 | |
| | | LPWF | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 647.50 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 21.80 | 647.50 | $14,115.50 |
| TRAINING | 0.50 | | $   323.75 |
| TOTAL (ALL FUNDS) | 22.30 | | $14,439.25 |
| CHECK NUMBER | | 8238 | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent body

ENTERED
ST
REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | |
|------|---|---|
| 033938 | | |

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN DEC. 2012
PERIOD FROM          TO

Please check here

| Inactive | PAGE 1 |
|----------|--------|
| ☐ No Laborers This Month | |
| ☐ No Laborers Until Further | |
| **Final Report** | |
| ☐ Sold (out of) Business | |

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | 0118 | CRAIG MC KEE | 120 |
| | 0118 | OMAR CONTRERAS | 54 |
| | 0118 | FELIPE CHAVEZ | 39 |
| | 0118 | ISRAEL OREGEL | 33.5 |
| | 0118 | IGNACIO ESPINOZA | 31 |
| | 0118 | FRANCISCO CONTRERAS | 52 |
| | 0149 | KEVIN COLGAN | 0 |
| | 0118 | JUAN ALVAREZ | 46 |
| | 0118 | CARLOS M OSEGUERA | 51 |
| | 0118 | JOSE CONTRERAS | 51.5 |
| | 0118 | JOSE VILLAFAN | 18.5 |
| | 0118 | FELIPE MADRIGAL | 55.5 |
| | 0118 | SALVADOR ALVAREZ | 36 |
| | 0118 | MIGUEL GALLEGOS | 59.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

02/08/2013 04:44 2 847 838-6552     MIDWEST BRICK PAVING     #0267 P.003 /003

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**
TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | 1410852 | FED. ID NO. | Inactive | PAGE 2 |
|------|---------|-------------|----------|--------|
| 033938 | | PHONE 847-838-6550 | [X] No Laborers This Month | |

REPORT FOR HOURS WORKED IN JAN. 2013
PERIOD FROM    TO

[ ] No Laborers Until Further

**Final Report**
[ ] Sold (out of) Business

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**RECEIVED**

**FEB 08 2013**

MC

Please check here

[ ] Change of address
[ ] Change in name
[ ] Send more forms

If you are interested in managing your account online, please register www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 21.80 | 0 | |
| TRAINING | 0.50 | | |
| **TOTAL (ALL FUNDS)** | 22.30 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return with a remittance payment to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. |
|-----------|--|----------|--------|
| Union | | By | |

Signed by authorized officer, partner or agent only

**REMITTANCE FORM**

02/08/2013 05:44 1 847 838-6552    MIDWEST BRICK PAVING    #0267 P.002 /003

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**
TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE 033938 | FED. ID NO. PHONE 847-838-6550 | Inactive PAGE 1 |
|---|---|---|

REPORT FOR HOURS WORKED IN JAN. 2013
PERIOD FROM            TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**Inactive**
[X] No Laborers This Month
[ ] No Laborers Until Further

**Final Report**
[ ] Sold (out of) Business

[ ] Change of address
[ ] Change in name
[ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 0 |
| | 0118 | OMAR CONTRERAS | |
| | | FELIPE CHAVEZ | |
| | 0118 | ISRAEL OREGEL | |
| | 0118 | IGNACIO ESPINOZA | |
| | 0118 | FRANCISCO CONTRERAS | |
| | 0118 | JUAN ALVAREZ | |
| | 0118 | CARLOS M OSEGUERA | |
| | 0118 | JOSE CONTRERAS | |
| | | JOSE VILLAFAN | |
| | 0118 | FELIPE MADRIGAL | |
| | | SALVADOR ALVAREZ | |
| | 0118 | MIGUEL GALLEGOS | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please remit and return in the self-addressed payments to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____     Employer _____

Union _____     By _____

Signed by an authorized officer, partner of agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | 033938 |
|------|--------|

FED. ID NO.
*141449*
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN FEB. 2013
PERIOD FROM          TO

Please check here

MC

**Inactive**    PAGE 1
- [X] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 0 |
| | 0118 | OMAR CONTRERAS | |
| | | FELIPE CHAVEZ | |
| | 0118 | ISRAEL OREGEL | |
| | 0118 | IGNACIO ESPINOZA | |
| | 0118 | FRANCISCO CONTRERAS | |
| | 0118 | JUAN ALVAREZ | |
| | 0118 | CARLOS M OSEGUERA | |
| | 0118 | JOSE CONTRERAS | |
| | | JOSE VILLAFAN | |
| | 0118 | FELIPE MADRIGAL | |
| | 0118 | SALVADOR ALVAREZ | |
| | 0118 | MIGUEL GALLEGOS | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED
APR 0 1 2013
LPWF

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

**Laborers' Pension & Welfare Funds**
**33367 Treasury Center**
**Chicago, IL 60694-3300**

Fund Adm. _____    Employer _____

Union _____    By _____
*Signed by an authorized officer, partner or agent only*

| REMITTANCE FORM |
|---|

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| CODE | 033938 |
|---|---|

141S74S

FED. ID NO.

PHONE

REPORT FOR HOURS WORKED IN MAR. 2013

PERIOD FROM ___ TO ___

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**RECEIVED**

APR 15 2013

**LPWF**                   MC

Please check here

PAGE 1
- [ ] Inactive
- [ ] No Laborers This Month
- [ ] No Laborers Until Further
- [ ] Final Report
- [ ] Sold (out of) Business
- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | Craig McKee | 120 |
| | | | |
| | | | |
| | | | |
| | | **RECEIVED** | |
| | | APR 12 2013 | |
| | | **LPWF** | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | 120 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 21.80 | 120 | 2,616.00 |
| TRAINING | 0.50 | | 60.00 |
| TOTAL (ALL FUNDS) | 22.30 | | $2,676.00 |
| CHECK NUMBER | 8408 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

REMITTANCE FORM
ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | |
|------|--|
| 033938 | |

FED. ID NO *1417542*

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN APR. 2013
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**PAGE 1**

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | Craig McKee | 120 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | RECEIVED | |
| | | MAY 10 2013 | |
| | | LPWF | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 21.80 | 120 | 2,616.00 |
| TRAINING | 0.50 | | 60.00 |
| TOTAL (ALL FUNDS) | 22.30 | | $2,676.00 |
| CHECK NUMBER | 8450 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ.
In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations.
Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

| CODE | | FED. ID NO. | | PAGE 1 |
|---|---|---|---|---|
| 033936 | *142974* | PHONE 847-838-6550 | **Inactive** | |

REPORT FOR HOURS WORKED IN MAY 2013
PERIOD FROM                    TO

Please check here

| **Inactive** |
|---|
| ☐ No Laborers This Month |
| ☐ No Laborers Until Further |
| **Final Report** |
| ☐ Sold (out of) Business |
| ☐ Change of address |
| ☐ Change in name |
| ☐ Send more forms |

MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

PENALTY LETTER MAILED
If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 120 |
| | 0118 | Juan Alvarez | 59.5 |
| | 0118 | Salvador Alvarez | 16 |
| | 0118 | Francisco Contreras | 19.5 |
| | 0118 | Jose Contreras | 19.5 |
| | 0118 | Ignacio Espinoza | 44 |
| | 0118 | Miguel Gallegos-Valle | 4 |
| | 0118 | Felipe Madrigal | 75.5 |
| | 0118 | Israel Oregel | 82 |
| | 0118 | Carlos Oseguera | 55.5 |
| | 0118 | Jose Villafan | 82 |
| **TOTAL HOURS** | | | **577.50** |

RECEIVED OCT 22 2013 LPWF

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 577.50 | $12,589.50 |
| TRAINING | 0.50 | | $ 288.75 |
| TOTAL (ALL FUNDS) | 23.40 | | $12,878.25 |
| CHECK NUMBER | 8823 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations.
Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
36259 Treasury Center
Chicago IL 60694-

| Fund Adm. | | Employer | M. B. P. |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

REMITTANCE FORM

ENTERED

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | FED. ID NO | | | | | PAGE 1 |
|------|------|------|------|------|------|------|------|

CODE 033938

*1430375*

FED. ID NO
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JUN. 2013
PERIOD FROM          TO

Please check here

MC

Inactive
☐ No Laborers This Month
☐ No Laborers Until Further

Final Report
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

RECEIVED JUL 01 2013

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

PENALTY LETTER MAILED

f you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | ~~0118~~ | ~~CRAIG MC KEE~~ | |
| | 0118 | Jesus Gallegos | 101.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | RECEIVED OCT 31 2013 LPWF | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | 1,232.50 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| Welfare & Pension | 22.90 | 1,232.50 | 28,224.25 | |
| TRAINING | 0.50 | | 616.25 | |
| TOTAL (ALL FUNDS) | 23.40 | | $28,840.50 | |
| CHECK NUMBER | 8869 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust Agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this portion with your check

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | | REMITTANCE FORM |

Signed by an authorized officer, partner or agent only

ENTERED ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | |
|---|---|
| 033938 | |

FED. ID NO.
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JUN. 2013
PERIOD FROM          TO

Please check here

**RECEIVED**

**NOV 01 2013**

**LPWF**

MC

| | PAGE 1 |
|---|---|
| **Inactive** | |
| ☐ No Laborers This Month | |
| ☐ No Laborers Until Further | |
| **Final Report** | |
| ☐ Sold (out of) Business | |
| ☐ Change of address | |
| ☐ Change in name | |
| ☐ Send more forms | |

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers"

| (MU | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 120 |
| | 0118 | Israel Oregel | 82.5 |
| | 0118 | Ignacio Espinoza | 62 |
| | 0118 | Francisco Contreras | 141 |
| | 0118 | Juan Alvarez | 134 |
| | 0118 | Carlos Oseguera | 121.5 |
| | 0118 | Jose Contreras | 116 |
| | 0118 | Jose Villafan | 98 |
| | 0118 | Felipe Madrigal | 94.5 |
| | 0118 | Salvador Alvarez | 109.5 |
| | 0118 | Francisco Oregel | 52 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 23.40 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:**The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ.
In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations.
Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please remit all dues and report and payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | |
|---|---|---|---|
| Union | | By | |
| | | Signed by an authorized officer, partner or agent only | |

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

PAGE 1

| CODE | |
|---|---|
| 033938 | |

*1430377*

FED. ID NO.
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JUL. 2013
PERIOD FROM          TO

Please check here
MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
☐ **Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

RECEIVED NOV 01 2013 LPWF

**PENALTY LETTER MAILED**

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | ~~CRAIG MC KEE~~ | 0.0 |
| | 0118 | Salvador Alvarez | 8.0 |
| | 0118 | Francisco Contreras | 8.0 |
| | 0118 | Jose Contreras | 8.0 |
| | 0118 | Felipe Madrigal | 8.0 |
| | 0118 | Carlos Oseguera | 8.0 |
| | 0118 | Jose Villafan | 8.0 |
| | | | |
| | | Hours worked in DeKalb (Local 32) | |
| | | | |
| **TOTAL HOURS** | | | 48.0 |

RECEIVED OCT 31 2013 LPWF

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 48.0 | 1,099.20 |
| TRAINING | 0.50 | | 24.00 |
| **TOTAL (ALL FUNDS)** | 23.40 | | $1,123.20 |
| CHECK NUMBER | 8871 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ.

In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations.

Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

ENTERED ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

| CODE | | FED. ID NC | | | PAGE 1 |
|---|---|---|---|---|---|

CODE 033938

*1430376*

REPORT FOR HOURS WORKED IN JUL. 2013
PERIOD FROM          TO

FED. ID NC
PHONE 847-838-6550

**RECEIVED**

NOV 0 1 2013

MC

Pleas e check here

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

PENALTY LETTER MAILED                    **LPWF**

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | |
| | 0118 | Miguel Mujica | 30.0 |
| | 0118 | Francisco Oregel | 56.5 |
| | | | |
| | | RECEIVED OCT 3 1 2013 LPWF | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | 1,076.50 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 1,076.5 | 24,651.85 |
| TRAINING | 0.50 | | 538.25 |
| TOTAL (ALL FUNDS) | 23.40 | | $25,190.10 |
| CHECK NUMBER | 8870 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Counc of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trus agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____
Union _____

Employer    M.B.P.
By _____
Signed by an authorized officer, partner or agent only

ENTERED ST
**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

PAGE 1

FED. ID NO

PHONE 847-838-6550

| CODE | |
|---|---|
| 033938 | |

REPORT FOR HOURS WORKED IN JUL. 2013
PERIOD FROM             TO

**RECEIVED**

NOV 0 1 2013

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Pleas e check here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

**LPWF**

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 120.0 |
| | 0118 | Israel Oregel | 102.5 |
| | 0118 | Ignacio Espinoza | 73.5 |
| | 0118 | Francisco Contreras | 103.5 |
| | 0118 | Juan Alvarez | 103.5 |
| | 0118 | Carlos Oseguera | 95.5 |
| | 0118 | Jose Contreras | 79.5 |
| | 0118 | Jose Villafan | 55.5 |
| | 0118 | Felipe Madrigal | 89.5 |
| | 0118 | Salvador Alvarez | 87.5 |
| | 0118 | Jesus Gallegos | 79.5 |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 23.40 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby
warrants that this report accurately states all hours worked by all laborers in its employ.
In addition, the employer hereby agrees to be bound to the terms of the current collectiv
bargaining agreement executed between the Construction and General Laborers' District Counc
of Chicago and Vicinity and the relevant Multi Employer Associations.
Further, the undersigned hereby expressly accepts and agrees to be bound by the Trus
agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms therec
with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | | **REMITTANCE FORM** |
|---|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner of agent only | |

11/13/2013 04:28 1 847 838-6552      MIDWEST BRICK PAVING      003/002

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

www.chicagolaborersfunds.com

**11466 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

PAGE 1

| CODE | 033938 | FED. ID NO. |
|---|---|---|

*1431985*

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN AUG. 2013

PERIOD FROM      TO

RECEIVED NOV 22 2013 LPWF

Please Check Here MC

Inactive
- [ ] No Laborers This Month
- [ ] No Laborers Until Further
- [ ] Final Report
- [ ] Sold (out of) Business
- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

PENALTY LETTER MAILED

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com. Visit "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | ~~0118~~ | ~~IGNACIO ESPINOZA~~ | |
| | ~~0118~~ | ~~JUAN ALVAREZ~~ | |
| | ~~0118~~ | ~~CARLOS M OSEGUERA~~ | |
| | ~~0118~~ | ~~FELIPE MADRICAL~~ | |
| | 0118 | Salvador Alvarez | 131.5 |
| | 0118 | Miguel Mujica | 135.0 |

RECEIVED NOV 19 2013 LPWF

| TOTAL HOURS | | | 1,835.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 1,835.0 | 42,021.50 |
| TRAINING | 0.50 | | 917.50 |
| TOTAL (ALL FUNDS) | 23.40 | | $42,939.00 |

CHECK NUMBER *18906 #59479 - Burling Bldr.*

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | | Employer | *MBP* |
|---|---|---|---|
| Union | | By | *(signature)* |

Signed by an authorized officer, partner or agent only

REMITTANCE FORM ENTERED ST

11/13/2013  04:28 1 847 838-6552          MIDWEST BRICK PAVING          #1299 P.001 /002

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION

www.chicagolaborersfunds.com

| CODE | | FED. ID NO. | Inactive | PAGE 1 |
|---|---|---|---|---|
| 033938 | | PHONE 847-838-6550 | ☐ No Laborers This Month | |
| | REPORT FOR HOURS WORKED IN AUG. 2013 | | ☐ No Laborers Until Further | |
| | PERIOD FROM          TO | Please check here | Final Report | |
| | | | ☐ Sold (out of) Business | |
| | MIDWEST BRICK PAVING INC | | ☐ Change of address | |
| | 18557 W STATE LINE RD | | ☐ Change in name | |
| | ANTIOCH IL 60002-9344 | MC | ☐ Send more forms | |

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | IGNACIO ESPINOZA | 129.0 |
| | 0118 | JUAN ALVAREZ | 171.5 |
| | 0118 | CARLOS M OSEGUERA | 179.0 |
| | 0118 | FELIPE MADRIGAL | 147.0 |
| | 0118 | Craig McKee | 120.0 |
| | 0118 | Francisco Oregel | 129.0 |
| | 0118 | Israel Oregel | 53.0 |
| | 0118 | Francisco Contreras | 179.5 |
| | 0118 | Jesus Gallegos | 166.0 |
| | 0118 | Jose Contreras | 159.0 |
| | 0118 | Jose Villafan | 135.5 |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | | |
| TRAINING | 0.60 | | |
| TOTAL (ALL FUNDS) | 23.40 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collectiv bargaining agreement executed between the Construction and General Laborers' District Counc of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | | Employer | MBP | |
|---|---|---|---|---|
| Union | | By | | REMITTANCE FORM |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

1465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

www.chicagolaborersfunds.con

| CODE | | |
|---|---|---|
| 033938 | *1433582* | |

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN SEP. 2013
PERIOD FROM          TO

R E C E I V E D
DEC 16 2013
LPWF

PAGE 1

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

PENALTY LETTER MAILED

you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| — | 0118 | IGNACIO ESPINOZA | |
| | 0118 | JUAN ALVAREZ | |
| — | 0118 | CARLOS M OSEGUERA | |
| | 0118 | FELIPE MADRIGAL | |
| | 0118 | Jose Villafan | 11.0 |
| | 0118 | Salvador Alvarez | 23.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 710.0 |

R E C E I V E D
DEC 13 2013
LPWF

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 710.0 | 16,259.00 |
| TRAINING | 0.50 | | 355.00 |
| **TOTAL (ALL FUNDS)** | 23.40 | | $16,614.00 |
| CHECK NUMBER | 8967 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, Il 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | — President | REMITTANCE FORM |

Signed by an authorized officer, partner or agent only

ENTERED

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | | | FED. ID NO. | PAGE 1 |
|---|---|---|---|---|---|
| 033938 | | | | PHONE 847-838-6550 | |

REPORT FOR HOURS WORKED IN SEP. 2013
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | IGNACIO ESPINOZA | 29.5 |
| | 0118 | JUAN ALVAREZ | 29.5 |
| | 0118 | CARLOS M OSEGUERA | 83.0 |
| | 0118 | FELIPE MADRIGAL | 69.0 |
| | 0118 | Craig McKee | 120.0 |
| | 0118 | Francisco Oregel | 29.5 |
| | 0118 | Israel Oregel | 42.0 |
| | 0118 | Francisco Contreras | 75.5 |
| | 0118 | Jesus Gallegos | 67.5 |
| | 0118 | Miguel Mujica | 56.0 |
| | 0118 | Jose Contreras | 74.0 |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 23.40 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION

www.chicagolaborersfunds.com

| CODE | | FED. ID NO. | | Inactive | PAGE 1 |
|---|---|---|---|---|---|
| 033938 | *143913* | PHONE 847-838-6550 | | ☐ No Laborers This Month | |

REPORT FOR HOURS WORKED IN OCT. 2013

PERIOD FROM          TO

PENALTY LETTER MAILED

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

RECEIVED
DEC 19 2013
LPWF

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com - under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | IGNACIO ESPINOZA | |
| | 0118 | JUAN ALVAREZ | |
| | 0118 | CARLOS M OSEGUERA | |
| | 0118 | FELIPE MADRIGAL | |
| | 0118 | Jose Villafan | 77.5 |
| | 0118 | Salvador Alvarez | 107.0 |

RECEIVED
DEC 17 2013
LPWF

| TOTAL HOURS | | 1,197.0 |
|---|---|---|

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 1,197.0 | 27,411.30 |
| TRAINING | 0.50 | | 598.50 |
| TOTAL (ALL FUNDS) | 23.40 | | $28,009.80 |
| CHECK NUMBER | 8989 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3305

| Fund Adm. | | Employer | *A.D.P.* | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

ENTERED
ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

www.chicagolaborersfunds.com

PAGE 1

| CODE | | |
|---|---|---|
| 033938 | | |

FED. ID NO

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN OCT. 2013
PERIOD FROM                    TO

Please check here

MC

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business
- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | IGNACIO ESPINOZA | 44.0 |
| | 0118 | JUAN ALVAREZ | 113.5 |
| | 0118 | CARLOS M OSEGUERA | 112.0 |
| | 0118 | FELIPE MADRIGAL | 84.0 |
| | 0118 | Craig McKee | 120.0 |
| | 0118 | Francisco Oregel | 71.0 |
| | 0118 | Israel Oregel | 76.0 |
| | 0118 | Francisco Contreras | 106.0 |
| | 0118 | Jesus Gallegos | 90.0 |
| | 0118 | Miguel Mujica | 90.5 |
| | 0118 | Jose Contreras | 105.5 |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | | |
| TRAINING | 0.50 | | |
| **TOTAL (ALL FUNDS)** | 23.40 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P | **REMITTANCE FORM** |
|---|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only | |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION

www.chicagolaborersfunds.com

| CODE | |
|---|---|
| 033938 | |

*1434729*

FED. ID NO

PHONE 847-838-6550

PAGE 2

REPORT FOR HOURS WORKED IN NOV. 2013
PERIOD FROM            TO

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED
JAN 08 2014
LPWF

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | RECEIVED JAN 08 2014 LPWF | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 2,222.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 2,222.0 | 50,883.80 |
| TRAINING | 0.50 | | 1,111.00 |
| **TOTAL (ALL FUNDS)** | 23.40 | | $51,994.80 |
| CHECK NUMBER | | 9007 | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm.

Union

Employer

By

Signed by an authorized officer, partner or agent only

ENTERED
ST

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE 033938 | | FED. ID NO<br>PHONE 847-838-6550 | PAGE 1 |
|---|---|---|---|

REPORT FOR HOURS WORKED IN NOV. 2013
PERIOD FROM                  TO

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

Please
check
here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN)<br>SSN | LOCAL<br>NO. | NAME OF EMPLOYEE | TOTAL<br>HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 120.0 |
| | 0118 | FRANCISCO OREGEL | 156.5 |
| | 0118 | ISRAEL OREGEL | 179.0 |
| | 0118 | IGNACIO ESPINOZA | 148.5 |
| | 0118 | FRANCISCO CONTRERAS | 193.5 |
| | 0118 | JUAN ALVAREZ | 193.5 |
| | 0118 | JESUS GALLEGOS | 192.5 |
| | 0118 | MIGUEL A MUJICA | 172.0 |
| | 0118 | CARLOS M OSEGUERA | 193.5 |
| | 0118 | JOSE CONTRERAS | 176.5 |
| | 0118 | JOSE VILLAFAN | 159.5 |
| | 0118 | FELIPE MADRIGAL | 181.0 |
| | 0118 | SALVADOR ALVAREZ | 156.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:**The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | |
|------|---|
| 033938 | |

*1435363*

FED. ID NC

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN DEC. 2013
PERIOD FROM          TO

Please check here

MC

**PAGE 2**

Inactive
☐ No Laborers This Month
☐ No Laborers Until Further
Final Report
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

RECEIVED JAN 14 2014 LPWF

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | RECEIVED JAN 13 2014 LPWF | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 421.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 421.5 | 9,652.35 |
| TRAINING | 0.50 | | 210.75 |
| TOTAL (ALL FUNDS) | 23.40 | | $9,863.10 |
| CHECK NUMBER | 9035 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with your remittance.
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

ENTERED 6T

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

| | | |
|---|---|---|
| CODE 033938 | FED. ID NO<br>PHONE 847-838-6550 | PAGE 1 |

REPORT FOR HOURS WORKED IN DEC. 2013
PERIOD FROM                TO

Please check here

Inactive
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN)<br>SSN | LOCAL<br>NO. | NAME OF EMPLOYEE | TOTAL<br>HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 120.0 |
| | 0118 | FRANCISCO OREGEL | 28.0 |
| | 0118 | ISRAEL OREGEL | 28.0 |
| | 0118 | IGNACIO ESPINOZA | 36.0 |
| | 0118 | FRANCISCO CONTRERAS | 18.5 |
| | 0118 | JUAN ALVAREZ | 26.5 |
| | 0118 | JESUS GALLEGOS | 28.0 |
| | 0118 | MIGUEL A MUJICA | 8.0 |
| | 0118 | CARLOS M OSEGUERA | 16.5 |
| | 0118 | JOSE CONTRERAS | 20.0 |
| | 0118 | JOSE VILLAFAN | 28.0 |
| | 0118 | FELIPE MADRIGAL | 36.0 |
| | 0118 | SALVADOR ALVAREZ | 28.0 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report to the following:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago. IL 60694-3300

| Fund Adm. | | Employer | | |
|---|---|---|---|---|
| Union | | By | | REMITTANCE FORM |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE 033938 | FED. ID N( PHONE 847-838-6550 | PAGE 2 |
|---|---|---|

*143812*

REPORT FOR HOURS WORKED IN JAN. 2014
PERIOD FROM _____ TO _____

Please check here

MC

Inactive
☐ No Laborers This Month
☐ No Laborers Until Further
Final Report
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | RECEIVED FEB 14 2014 LPWF | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 0 | — |
| TRAINING | 0.50 | | — |
| TOTAL (ALL FUNDS) | 23.40 | | — |
| CHECK NUMBER | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | |
|------|---|
| 033938 | |

FED. ID NO
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JAN. 2014
PERIOD FROM                TO

Please
check
here

MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**Inactive**                           PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | Ø |
| | 0118 | FRANCISCO OREGEL | |
| | 0118 | ISRAEL OREGEL | |
| | 0118 | IGNACIO ESPINOZA | |
| | 0118 | FRANCISCO CONTRERAS | |
| | 0118 | JUAN ALVAREZ | |
| | 0118 | JESUS GALLEGOS | |
| | 0118 | MIGUEL A MUJICA | |
| | 0118 | CARLOS M OSEGUERA | |
| | 0118 | JOSE CONTRERAS | |
| | | JOSE VILLAFAN | |
| | 0118 | FELIPE MADRIGAL | |
| | 0118 | SALVADOR ALVAREZ | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:**The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this portion of the report with your payment to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | |
|------|--|
| | 033938 |

*1439618*

FED. ID NC

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN FEB. 2014
PERIOD FROM          TO

Please check here

MC

PAGE 2

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | RECEIVED MAR 10 2014 LPWF | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | Ø | — |
| TRAINING | 0.50 | | — |
| TOTAL (ALL FUNDS) | 23.40 | | — |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only | **REMITTANCE FORM** |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION

www.chicagolaborersfunds.con

| CODE | | FED. ID NO. | | PAGE 1 |
|---|---|---|---|---|

CODE 033938

*1442311*

FED. ID NO.
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN MAR. 2014
PERIOD FROM          TO

RECEIVED
APR 15 2014
LPWF

**Inactive**                    PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | Craig McKee | 120 |
| | | RECEIVED APR 14 2014 LPWF | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 120 | 2,748.00 |
| TRAINING | 0.50 | | 60.00 |
| **TOTAL (ALL FUNDS)** | 23.40 | | $2,808.00 |
| CHECK NUMBER | *9200* | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

ENTERED
REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

CODE
033938

1443905

FED. ID NO

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN APR. 2014
PERIOD FROM          TO

R E C E I V E D

MAY 13 2014

LPWF                    MC

PAGE 1

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | Craig McKee | 120 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

R E C E I V E D

MAY 12 2014

LPWF

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | 120 | 2,748.00 |
| TRAINING | 0.50 | | 60.00 |
| TOTAL (ALL FUNDS) | 23.40 | | $2,808.00 |
| CHECK NUMBER | 9250 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return the entire portion with payment

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

Fund Adm.

Union

Employer

By

Signed by an authorized officer, partner or agent only

REMITTANCE FORM

PRINTED: 07/24/2014

TRANSACTION 1448290

*1449463*

# LABORERS' PENSION & WELFARE FUND
## HISTORICAL REPORT PRINT

Page 1 of 1

**RECEIVED**

CONTRACTOR  033938

　　MIDWEST BRICK PAVING INC
　　18557 W STATE LINE RD
　　ANTIOCH IL 60002-9344

*1449465  — 2000·70*
*average*

| | |
|---|---|
| RECEIVED DATE | 07/11/2014 |
| REPORT DATE | JUL 24 2014 05/2014 |
| REPORT TYPE | REG E |
| TYPE OF HOURS | |
| REPORT STATUS | LPWF |
| POSTMARK DATE | |
| PENALIZED [] | UPDATED 07/09/2014 |
| | PERCENT ASSESSED |

**COMMENT:** Forwarded to Lock Box 7/10/14

| CNT | SOC SEC # | NAME | HOURS | LOCAL |
|-----|-----------|------|-------|-------|
| 1 | | SALVADOR ALVAREZ | 107.50 | |
| 2 | | CRAIG MCKEE | 120.00 | 0118 |
| 3 | | FRANCISCO OREGEL | 74.50 | 0118 |
| 4 | | ISRAEL OREGEL | 83.00 | 0118 |
| 5 | | IGNACIO ESPINOZA | 73.50 | 0118 |
| 6 | | FRANCISCO CONTRERAS | 113.00 | 0118 |
| 7 | | JUAN ALVAREZ | 114.50 | 0118 |
| 8 | | JESUS GALLEGOS | 88.50 | 0118 |
| 9 | | MIGUEL MUJICA | 94.50 | 0118 |
| 10 | | CARLOS OSEGUERA | 114.00 | 0118 |
| 11 | | JOSE CONTRERAS | )7.00 | 0118 |
| 12 | | JOSE VILLAFAN | )7.50 | |

*FELIPE MADRIGAL*

*8·7½*

*JOSE VILLAFAN  8*

*85½*

| | | |
|---|---|---|
| NUMBER OF LABORERS | 12 | |
| TOTAL HOURS | 1,263.00 | CAL. HOURS  1,177.50 |
| CHECK AMOUNT | $29,554.20 | |

| FUND | RATE | PREVIOUS AMOUNT | CALCULATED AMOUNT | CONTRIBUTED AMOUNT | DIFF | PENALTY | EXTERNAL LEGAL | INTERNAL LEGAL | AUDIT DEPOSIT | MISC. |
|------|------|----------|------------|-------------|------|---------|----------|----------|-------|------|
| Welfare | 13.38 | | 15,754.95 | 16,898.94 | 1,143.99 | | | | | |
| Pension | 9.52 | | 11,209.80 | 12,023.76 | 813.96 | | | | | |
| Training | 0.50 | | 588.75 | 631.50 | 42.75 | | | | | |
| | | | 27,553.50 | 29,554.20 | 2,000.70 | | | | | |

07/23/2014  04:33 1 847 838-6552          MIDWEST BRICK PAVING          #2038 P.001 /001



**LABORERS' PENSION & WELFARE FUNDS**

**33367 TREASURY CENTER**
**CHICAGO, IL 60694-3300**

RECEIVED JUL 24 2014 LPWF

847 838 6550                    708-947-7296          Date received: 07/11/2014
                                                       Contractor: 033938

To:  MIDWEST BRICK PAVING INC                          0 - 1448290
     18557 W STATE LINE RD
     ANTIOCH IL 60002-9344

Dear Sir/Madam:

We have processed your report(s) and based on the information below, you have overpaid the welfare and/or pension funds. Please take a few moments to review your records, and if you agree with our findings, take the credit for the **$1,957.95** overage when preparing your next report.

**Welfare Fund**

| Report Month | Calculated Hours | Reported Hours | Rate | Expected Amount | Current Remittance | Prior Pmt/ Adj | Shortage | Overage |
|---|---|---|---|---|---|---|---|---|
| 05/2014 | 1,177.50 | 1,263.00 | 13.38 | 15,754.95 | $16,898.94 | | | $1,143.99 |
| | | | | | | Sub Total | | $1,143.99 |
| | | | | | Balance from previous months | | | $0.00 |
| | | | | | BALANCE Welfare | | | $1,143.99 |

**Pension Fund**

| Report Month | Calculated Hours | Reported Hours | Rate | Expected Amount | Current Remittance | Prior Pmt/ Adj | Shortage | Overage |
|---|---|---|---|---|---|---|---|---|
| 05/2014 | 1,177.50 | 1,263.00 | 9.52 | 11,209.80 | $12,023.76 | | | $813.96 |
| | | | | | | Sub Total | | $813.96 |
| | | | | | Balance from previous months | | | $0.00 |
| | | | | | BALANCE Pension | | | $813.96 |

If your records disagree with this information or you need assistance, please call (708)562-0200 and ask for the Accounting Department.

*Jose Villafan 85.5*

Sincerely,
Accounting Department

*Marlene*

*Please add Jose Villafan for 85.5 hours to 05/2014*

*Local 0118 Villafan, Jose 85.5 hours.*

*has 87.5*

*With this correction there is no overage on rpt*

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

www.chicagolaborersfunds.con

| CODE | 033938 | | FED. ID NO. | PAGE 1 |
|------|--------|--|-------------|--------|

*1448290*

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN MAY. 2014
PERIOD FROM                    TO

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | R E C E I V E D |
| | 0118 | Salvador Alvarez | JUL 11 2014 · 107.5 |
| | | | 0·000· |
| R E C E I V E D | | | 107·50· |
| JUL 10 2014 | | | 120·00· |
| LPWF | | OVERAGE | 74·50· |
| | | | 85·00· |
| | | DATE 7/11/14 | 75·50· |
| | | W. $ 1143.99 | 115·00· |
| | | P. $ 813.96 | 114·50· |
| | | | 88·00· |
| | | | 94·50· |
| | | | 114·00· |
| TOTAL HOURS | 1177.5 | | 107·00· |
| | | | 87·50· |
| | | | 1,263.0 |
| | | | 1,177·50· |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 22.90 | 1,263.0 | 28,922.70 |
| TRAINING | 0.50 | | 631.50 |
| TOTAL (ALL FUNDS) | 23.40 | | 29,554.20 |
| CHECK NUMBER | 9350 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | ENTERED ST |
|-----------|--|----------|--------|------------|
| Union | | By | Signed by an authorized officer, partner or agent only | REMITTANCE FORM |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | |
|------|--|
| | 033938 |

FED. ID NC
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN MAY. 2014
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**Inactive** PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 120.0 |
| | 0118 | Francisco Oregel | 74.5 |
| | 0118 | Israel Oregel | 83.0 |
| | 0118 | Ignacio Espinoza | 73.5 |
| | 0118 | Francisco Contreras | 113.0 |
| | 0118 | Juan Alvarez | 114.5 |
| | 0118 | Jesus Gallegos | 88.5 |
| | 0118 | Miguel Mujica | 94.5 |
| | 0118 | Carlos Oseguera | 114.0 |
| | 0118 | Jose Contreras | 107.0 |
| | 0118 | ~~Felipe Madrigal~~ Jose Villafan | 87.5 |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 22.90 | | |
| TRAINING | 0.50 | | |
| **TOTAL (ALL FUNDS)** | 23.40 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

FED. ID NO.

CODE 033938    *1450218*    PHONE 847-838-6550

PAGE 1

| Inactive |
|---|
| ☐ No Laborers This Month |
| ☐ No Laborers Until Further |

REPORT FOR HOURS WORKED IN JUN. 2014
PERIOD FROM                    TO

**Final Report**
☐ Sold (out of) Business

RECEIVED
AUG 08 2014
LPWF

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

☐ Change of address
☐ Change in name
☐ Send more forms

Please check here

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | |
| | 0118 | Felipe Madrigal | 27 |
| | 0118 | Salvador Alvarez | 8 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | RECEIVED AUG 07 2014 LPWF | |
| | | | |
| | | | |
| TOTAL HOURS | | | 465 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | 465 | 11,113.50 |
| TRAINING | 0.50 | | 232.50 |
| TOTAL (ALL FUNDS) | 24.40 | | $11,346.00 |
| CHECK NUMBER | 9415 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____     Employer   M.B.P.

Union _____     By _____
Signed by an authorized officer, partner or agent only

REMITTANCE FORM

ENTERED SI

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

PAGE 1

| CODE | | FED. ID NO |
|------|--|------------|
| 033938 | | PHONE 847-838-6550 |

REPORT FOR HOURS WORKED IN JUN. 2014
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MC KEE | 120 |
| | 0118 | Francisco Oregel | 30 |
| | 0118 | Israel Oregel | 22 |
| | 0118 | Ignacio Espinoza | 21 |
| | 0118 | Francisco Contreras | 35 |
| | 0118 | Juan Alvarez | 35 |
| | 0118 | Jesus Gallegos | 35 |
| | 0118 | Miguel Mujica | 35 |
| | 0118 | Carlos Oseguera | 35 |
| | 0118 | Jose Contreras | 35 |
| | 0118 | Jose Villafan | 27 |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 24.40 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only | **REMITTANCE FORM** |

# 'LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | FED. ID NO | | PAGE 1 |
|------|--|-----------|--|--------|

CODE 033938

*1452703*

FED. ID NO

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JUL. 2014
PERIOD FROM          TO

Please check here

MC

**Inactive** PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | |
| | 0118 | Felipe Madrigal | 69.5 |
| | 0118 ⅄ | Valentin Contreras | 25.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 967 |

RECEIVED SEP 10 2014 LPWF

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | 967 | 23,111.30 |
| TRAINING | 0.50 | | 483.50 |
| **TOTAL (ALL FUNDS)** | 24.40 | | $23,594.80 |
| CHECK NUMBER | 9516 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33567 Treasury Center
Chicago IL 60694-3356

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

ENTERED ST REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

FED. ID NC

PHONE 847-838-6550

| CODE | |
|---|---|
| | 033938 |

REPORT FOR HOURS WORKED IN JUL. 2014
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**Inactive**      PAGE 1
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120 |
| | 0118 | Francisco Oregel | 39.5 |
| | 0118 | Israel Oregel | 85.5 |
| | 0118 | Ignacio Espinoza | 32 |
| | 0118 | Francisco Contreras | 108.5 |
| | 0118 | Juan Alvarez | 102.5 |
| | 0118 | Jesus Gallegos | 89.5 |
| | 0118 | Miguel Mujica | 57.5 |
| | 0118 | Carlos Oseguera | 108.5 |
| | 0118 | Jose Contreras | 79 |
| | 0118 | Jose Villafan | 49.5 |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 24.40 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | 033938 |
| --- | --- |

*1454928*

FED. ID NO.
PHONE 847-838-6550

PAGE 2

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

REPORT FOR HOURS WORKED IN AUG. 2014
PERIOD FROM                    TO

**Final Report**
- [ ] Sold (out of) Business

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED OCT 09 2014 LPWF

Please check here

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 1,538.0 |

RECEIVED OCT 07 2014 LPWF

| FUND | RATE | TOTAL HOURS | AMOUNT |
| --- | --- | --- | --- |
| Welfare & Pension | 23.90 | 1,538.0 | 36,758.20 |
| TRAINING | 0.50 | | 769.00 |
| **TOTAL (ALL FUNDS)** | 24.40 | | $37,527.20 |
| CHECK NUMBER | 9596 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | M.B.P. |
| --- | --- | --- | --- |
| Union | | By | |

Signed by an authorized officer, partner or agent only

ENTERED ST
REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

PAGE 1

FED. ID NO
PHONE 847-838-6550

| | |
|---|---|
| **Inactive** | |
| ☐ No Laborers This Month | |
| ☐ No Laborers Until Further | |

CODE 033938

REPORT FOR HOURS WORKED IN AUG. 2014
PERIOD FROM          TO

Please check here

MC

| **Final Report** |
|---|
| ☐ Sold (out of) Business |

| |
|---|
| ☐ Change of address |
| ☐ Change in name |
| ☐ Send more forms |

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120 |
| | 0118 | FRANCISCO OREGEL | 112 |
| | 0118 | ISRAEL OREGEL | 120 |
| | 0118 | IGNACIO ESPINOZA | 94 |
| | 0118 | FRANCISCO CONTRERAS | 128.5 |
| | 0118 | JUAN ALVAREZ | 130 |
| | 0118 | JESUS GALLEGOS | 131 |
| | 0118 | MIGUEL A MUJICA | 109.5 |
| | 0118 | CARLOS M OSEGUERA | 131.5 |
| | 0118 | JOSE CONTRERAS | 120.5 |
| | 0118 | JOSE VILLAFAN | 115 |
| | 0118 | FELIPE MADRIGAL | 122 |
| | 0118 | SALVADOR ALVAREZ | 0 |
| | 0118 | Valentin Contreras | 104 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

Fund Adm.

Union

Employer M.B.P.

By

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | FED. ID NO. | | PAGE 2 |
|------|------|------|------|------|

CODE 033938

*1456885*

FED. ID NO.
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN SEP. 2014
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**RECEIVED NOV 04 2014**

Please
Check
Here

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|------|------|------|------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**RECEIVED NOV 03 2014 LPWF**

| | | | |
|------|------|------|------|
| **TOTAL HOURS** | | | 1,122.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|------|------|
| Welfare & Pension | 23.90 | 1,122.0 | 26,815.80 |
| TRAINING | 0.50 | | 561.00 |
| **TOTAL (ALL FUNDS)** | 24.40 | | $27,376.80 |
| CHECK NUMBER | 9666 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

**ENTERED BY CS**

| Fund Adm. | | Employer | M.B.P. | |
|------|------|------|------|------|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | FED. ID NO | Inactive | PAGE 1 |
|------|-----------|----------|--------|

| CODE 033938 | | |
|---|---|---|

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN SEP. 2014
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

☐ Inactive
☐ No Laborers This Month
☐ No Laborers Until Further

☐ **Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0118 | FRANCISCO OREGEL | 95.0 |
| | 0118 | ISRAEL OREGEL | 89.5 |
| | 0118 | IGNACIO ESPINOZA | 80.5 |
| | 0118 | FRANCISCO CONTRERAS | 92.5 |
| | 0118 | JUAN ALVAREZ | 88.0 |
| | 0118 | JESUS GALLEGOS | 69.0 |
| | 0118 | MIGUEL A MUJICA | 55.5 |
| | 0118 | CARLOS M OSEGUERA | 90.0 |
| | 0118 | JOSE CONTRERAS | 92.0 |
| | 0118 | JOSE VILLAFAN | 82.5 |
| | 0118 | FELIPE MADRIGAL | 82.5 |
| | 0118 | SALVADOR ALVAREZ | 11.5 |
| | 0118 | Valentin Contreras | 73.5 |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | | **REMITTANCE FORM** |
|---|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only | |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE 033938 | /YS8774 | FED. ID NO. | Inactive PAGE 2 |
|---|---|---|---|

PHONE 847-838-6550

☐ No Laborers This Month
☐ No Laborers Until Further

REPORT FOR HOURS WORKED IN OCT. 2014
PERIOD FROM            TO

**Final Report**
☐ Sold (out of) Business

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED DEC 02 2014

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com. In "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | RECEIVED DEC 01 2014 LPWF | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | 1,750.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| Welfare & Pension | 23.90 | 1,750.0 | 41,825.00 | |
| TRAINING | 0.50 | | 875.00 | |
| **TOTAL (ALL FUNDS)** | **24.40** | | $42,700.00 | |
| CHECK NUMBER | 9720 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | M.G.P |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

REMITTANCE FORM

ENTERED $

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | FED. ID NO | PAGE 1 |
|---|---|---|---|

**033938**

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN OCT. 2014
PERIOD FROM                TO

Please
check
here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0118 | FRANCISCO OREGEL | 137.5 |
| | 0118 | ISRAEL OREGEL | 146.0 |
| | 0118 | IGNACIO ESPINOZA | 116.0 |
| | 0118 | FRANCISCO CONTRERAS | 133.5 |
| | 0118 | VALENTIN CONTRERAS | 131.5 |
| | 0118 | JUAN ALVAREZ | 136.5 |
| | 0118 | JESUS GALLEGOS | 127.0 |
| | 0118 | MIGUEL A MUJICA | 131.5 |
| | 0118 | CARLOS M OSEGUERA | 148.5 |
| | 0118 | JOSE CONTRERAS | 143.5 |
| | 0118 | JOSE VILLAFAN | 141.5 |
| | 0118 | FELIPE MADRIGAL | 137.0 |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:**The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

PAGE 2

| CODE ✓ | 033938 | *146l053* | FED. ID NO. |
|---|---|---|---|

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN NOV. 2014
PERIOD FROM                    TO

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

RECEIVED
JAN 05 2015
MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | RECEIVED DEC 30 2014 LPWF | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 1,216.50 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | 1,216.50 | 29,074.35 |
| TRAINING | 0.50 | | 608.25 |
| **TOTAL (ALL FUNDS)** | 24.40 | | $29,682.60 |
| CHECK NUMBER | 9801 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| | | | |
|---|---|---|---|
| Fund Adm. | | Employer | M.P.P |
| Union | | By | 47 |

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

ENTERED

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

|  |
|---|
| **CODE** ✓ 033938 |

FED. ID NO

PHONE 847-838-6550

Please check here

**REPORT FOR HOURS WORKED IN NOV. 2014**
PERIOD FROM               TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

PAGE 1

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
|  | 0118 | CRAIG MCKEE | 120.0 |
|  | 0118 | FRANCISCO OREGEL | 82.5 |
|  | 0118 | ISRAEL OREGEL | 107.5 |
|  | 0118 | IGNACIO ESPINOZA | 73.0 |
|  | 0118 | FRANCISCO CONTRERAS | 100.5 |
|  | 0118 | VALENTIN CONTRERAS | 76.5 |
|  | 0118 | JUAN ALVAREZ | 107.0 |
|  | 0118 | JESUS GALLEGOS | 93.0 |
|  | 0118 | MIGUEL A MUJICA | 69.0 |
|  | 0118 | CARLOS M OSEGUERA | 100.5 |
|  | 0118 | JOSE CONTRERAS | 99.5 |
|  | 0118 | JOSE VILLAFAN | 86.0 |
|  | 0118 | FELIPE MADRIGAL | 101.5 |
|  | 0118 | SALVADOR ALVAREZ | 0.0 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

PAGE 2

| CODE | |
|---|---|
| 033938 | |

**1463902**

FED. ID NO

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN DEC. 2014
PERIOD FROM                    TO

Please
Check
here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**RECEIVED**
FEB 10 2015
MC
LPWF

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com in "Employers" section - click on "Account Login" and "Register".

| SSN (MUST BE SHOWN) | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**RECEIVED**
FEB 09 2015
LPWF

| | | | |
|---|---|---|---|
| | | | |
| | | | |

| TOTAL HOURS | | | 712.0 |
|---|---|---|---|

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | 712.0 | 17,016.80 |
| TRAINING | 0.50 | | 356.00 |
| TOTAL (ALL FUNDS) | 24.40 | | $17,372.80 |
| CHECK NUMBER | 9859 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

ENTERED
ST

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner of agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

| CODE | | | |
|------|---|---|---|
| 033938 | | | |

**FED. ID NO**

**PHONE 847-838-6550**

REPORT FOR HOURS WORKED IN DEC. 2014
PERIOD FROM                TO

Please check here

MC

PAGE 1

**Inactive**
- ☐ No Laborers This Month
- ☐ No Laborers Until Further

**Final Report**
- ☐ Sold (out of) Business

- ☐ Change of address
- ☐ Change in name
- ☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0118 | FRANCISCO OREGEL | 52.5 |
| | 0118 | ISRAEL OREGEL | 45.5 |
| | 0118 | IGNACIO ESPINOZA | 52.5 |
| | 0118 | FRANCISCO CONTRERAS | 37.5 |
| | 0118 | VALENTIN CONTRERAS | 53.5 |
| | 0118 | JUAN ALVAREZ | 53.5 |
| | 0118 | JESUS GALLEGOS | 44.5 |
| | 0118 | MIGUEL A MUJICA | 52.5 |
| | 0118 | CARLOS M OSEGUERA | 49.5 |
| | 0118 | JOSE CONTRERAS | 45.5 |
| | 0118 | JOSE VILLAFAN | 48.5 |
| | 0118 | FELIPE MADRIGAL | 56.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

| | |
|---|---|
| CODE 033938 | FED. ID NC *1464718* PHONE 847-838-6550 |

REPORT FOR HOURS WORKED IN JAN. 2015
PERIOD FROM      TO

Please check here

PAGE 2

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business
- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | RECEIVED FEB 17 2015 LPWF | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | Ø |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | Ø | — |
| TRAINING | 0.50 | | — |
| TOTAL (ALL FUNDS) | 24.40 | | — |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| | | |
|---|---|---|
| Fund Adm. _____ | Employer _____ M.B.P._____ | **REMITTANCE FORM** |
| Union _____ | By _____ Signed by an authorized officer, partner or agent only | |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

PAGE 1

| CODE | | |
|---|---|---|
| 033938 | | |

FED. ID NO

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JAN. 2015
PERIOD FROM             TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 0 |
| | 0118 | FRANCISCO OREGEL | |
| | 0118 | ISRAEL OREGEL | |
| | 0118 | IGNACIO ESPINOZA | |
| | 0118 | FRANCISCO CONTRERAS | |
| | | VALENTIN CONTRERAS | |
| | 0118 | JUAN ALVAREZ | |
| | 0118 | JESUS GALLEGOS | |
| | 0118 | MIGUEL A MUJICA | |
| | 0118 | CARLOS M OSEGUERA | |
| | 0118 | JOSE CONTRERAS | |
| | | JOSE VILLAFAN | |
| | 0118 | FELIPE MADRIGAL | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | | **REMITTANCE FORM** |
|---|---|---|---|---|
| Union | | By | | |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

| CODE 033938 | *1466926* | FED. ID NO | | Inactive PAGE 2 |
|---|---|---|---|---|

FED. ID NO
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN FEB. 2015
PERIOD FROM                TO

Please check here

MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**Inactive** PAGE 2
- ☐ No Laborers This Month
- ☐ No Laborers Until Further

**Final Report**
- ☐ Sold (out of) Business

- ☐ Change of address
- ☐ Change in name
- ☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | RECEIVED MAR 17 2015 LPWF | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | Ø | — |
| TRAINING | 0.50 | | — |
| **TOTAL (ALL FUNDS)** | 24.40 | | — |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please confirm and remit all payments to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | **REMITTANCE FORM** |
|---|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only | |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

| | |
|---|---|
| **CODE** 033938 | FED. ID NO |
| | PHONE 847-838-6550 |

REPORT FOR HOURS WORKED IN FEB. 2015
PERIOD FROM            TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**PAGE 1**

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | Ø |
| | 0118 | FRANCISCO OREGEL | |
| | 0118 | ISRAEL OREGEL | |
| | 0118 | IGNACIO ESPINOZA | |
| | 0118 | FRANCISCO CONTRERAS | |
| | 0118 | VALENTIN CONTRERAS | |
| | 0118 | JUAN ALVAREZ | |
| | 0118 | JESUS GALLEGOS | |
| | 0118 | MIGUEL A MUJICA | |
| | 0118 | CARLOS M OSEGUERA | |
| | 0118 | JOSE CONTRERAS | |
| | 0118 | JOSE VILLAFAN | |
| | 0118 | FELIPE MADRIGAL | |

RECEIVED MAR 17 2015 LPWF

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report to the following:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| | |
|---|---|
| Fund Adm. | Employer |
| Union | By |
| | Signed by an authorized officer, partner or agent only |

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | FED. ID NO | |
|---|---|---|---|
| 033938 | *1468562* | PHONE 847-838-6550 | |

**REPORT FOR HOURS WORKED IN MAR. 2015**
PERIOD FROM                TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED APR 14 2015 LPWF

Please check here

**Inactive**      PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | Craig McKee | 120.0 |
| | 0118 | Israel Oregel | 22.0 |
| | 0118 | Ignacio Espinoza | 22.0 |
| | 0118 | Juan Alvarez | 7.0 |
| | 0118 | Carlos Oseguera | 22.0 |
| | 0118 | Jose Contreras | 22.0 |
| | 0118 | Jose Villafan | 22.0 |
| | 0118 | Felipe Madrigal | 22.0 |
| | | | |
| | | | |
| | | | |
| | | RECEIVED APR 10 2015 LPWF | |
| **TOTAL HOURS** | | | 259.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | 259.0 | 6,190.10 |
| TRAINING | 0.50 | | 129.50 |
| **TOTAL (ALL FUNDS)** | 24.40 | | $6,319.60 |
| CHECK NUMBER | 9979 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M. B. P. | |
|---|---|---|---|---|
| Union | | By | | ENTERED ST |

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| CODE | | FED. ID NO. | | PAGE 1 |
|------|--|-------------|--|--------|

CODE 033938

*1473315*

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN APR. 2015
PERIOD FROM          TO

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED JUN 16 2015 LPWF

PM 6/9/15

Please check here

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | Craig McKee | 120.0 |
| | 0118 | Israel Oregel | 59.0 |
| | 0118 | Ignacio Espinoza | 71.0 |
| | 0118 | Juan Alvarez | 66.0 |
| | 0118 | Carlos Oseguera | 73.5 |
| | 0118 | Jose Contreras | 66.0 |
| | 0118 | Jose Villafan | 73.5 |
| | 0118 | Felipe Madrigal | 66.0 |
| | 0118 | Francisco Contreras | 66.5 |
| | 0118 | Jesus Gallegos | 15.0 |
| **TOTAL HOURS** | | | 676.5 |

RECEIVED JUN 15 2015 LPWF

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | 676.5 | 16,168.35 |
| TRAINING | 0.50 | | 338.25 |
| **TOTAL (ALL FUNDS)** | 24.40 | | $16,506.60 |
| CHECK NUMBER | 10080 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report in the envelope provided.
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

ENTERED
REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

| CODE | FED. ID NO. |
|------|-------------|
| 033938 | 1474999 |

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN MAY, 2015
PERIOD FROM _____ TO _____

Please check here

MC

**Inactive** PAGE 1
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | | TOTAL HOURS |
|---|---|---|---|---|
| | 0118 | Miguel Mujica | RECEIVED JUL 19 2015 LPWF | 8.0 |
| | | | | |

RECEIVED JUL 10 2015 LPWF

| TOTAL HOURS | | | | 230.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 23.90 | 230.5 | 5,508.95 |
| TRAINING | 0.50 | | 115.25 |
| TOTAL (ALL FUNDS) | 24.40 | | $5,624.20 |
| CHECK NUMBER | 10163 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|-----------|--|----------|--------|--|
| Union | | By | Signed by an authorized officer, partner or agent only | REMITTANCE FORM |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

www.chicagolaborersfunds.con

PAGE 1

| CODE | |
|---|---|
| 033938 | |

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN MAY. 2015
PERIOD FROM          TO

Please
check
here

MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0118 | ISRAEL OREGEL | 15.0 |
| | 0118 | IGNACIO ESPINOZA | 14.5 |
| | 0118 | JUAN ALVAREZ | 7.0 |
| | 0118 | CARLOS M OSEGUERA | 7.0 |
| | 0118 | JOSE CONTRERAS | 7.0 |
| | 0118 | JOSE VILLAFAN | 15.0 |
| | 0118 | FELIPE MADRIGAL | 7.0 |
| | 0118 | Francisco Contreras | 15.0 |
| | 0118 | Valentin Contreras | 8.0 |
| | 0118 | Jesus Gallegos | 7.0 |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 23.90 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 24.40 | | |
| CHECK NUMBER | 10143 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago. IL 60694-3300

Fund Adm.

Union

Employer

By

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**
TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

CODE 033938

1477142

FED. ID NC.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JUN. 2015
PERIOD FROM                    TO

PAGE 1

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further
- [ ] **Final Report**
- [ ] Sold (out of) Business

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED
AUG 12 2015
LPWF

Please Check One
MC

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section – click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | |
| | 0118 | ISRAEL OREGEL | |
| | 0118 | IGNACIO ESPINOZA | |
| | 0118 | JUAN ALVAREZ | |
| | 0118 | CARLOS M OSEGUERA | |
| | 0118 | JOSE CONTRERAS | |
| | | JOSE VILLAFAN | |
| | 0118 | FELIPE MADRIGAL | |
| | 0001 | Valentin Contreras | |
| | 0001 | Miguel Mujica | 49.0 |
| TOTAL HOURS | | | 34.0 |

RECEIVED
AUG 10 2015
LPWF

633.5

| | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| Welfare & Pension | 24.70 | 633.5 | | |
| TRAINING | 0.50 | | 15,647.45 | |
| TOTAL (ALL FUNDS) | 25.20 | | 316.75 | |
| CHECK NUMBER | 10227 | | $15,964.20 | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement entered between the Construction and General Laborers' District Council of Chicago and Vicinity and relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
3336 Treasury Center
Chicago IL 60694-3309

Fund Adm.

Union

Employer    M.B.P

By

Signed by an authorized officer, partner or agent only

ENTERED ST

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

www.chicagolaborersfunds.com

| | |
|---|---|
| FED. ID NO. | |
| | PHONE 847-838-6550 |

| | PAGE 1 |
|---|---|
| **Inactive** | |
| ☐ No Laborers This Month | |
| ☐ No Laborers Until Further | |
| **Final Report** | |
| ☐ Sold (out of) Business | |
| ☐ Change of address | |
| ☐ Change in name | |
| ☐ Send more forms | |

CODE
033938

REPORT FOR HOURS WORKED IN JUN. 2015
PERIOD FROM                    TO

Please
check
here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0118 | ISRAEL OREGEL | 52.0 |
| | 0118 | IGNACIO ESPINOZA | 25.0 |
| | 0118 | JUAN ALVAREZ | 56.5 |
| | 0118 | CARLOS M OSEGUERA | 51.0 |
| | 0118 | JOSE CONTRERAS | 0.0 |
| | 0001 | JOSE VILLAFAN | 49.5 |
| | 0118 | FELIPE MADRIGAL | 57.5 |
| | 0118 | Francisco Contreras | 48.5 |
| | 0001 | Jesus Gallegos | 64.5 |
| | 0001 | Edgar Espinoza | 26.0 |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 25.20 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| | | | |
|---|---|---|---|
| Fund Adm. | _[signature]_ | Employer | |
| Union | _[signature]_ | By | |

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

| CODE | | FED. ID NO |
|---|---|---|
| 033938 | 1479846 | PHONE 847-838-6550 |

REPORT FOR HOURS WORKED IN JUL. 2015
PERIOD FROM          TO

PAGE 1

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

Please check here

MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RM 9/8/15

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | | TOTAL HOURS |
|---|---|---|---|---|
| | 0001 | Miguel Mujica | RECEIVED SEP 15 2015 LPWF | 103.0 |
| | 0001 | Edgar Espinoza | | 95.0 |
| | | | | |
| | | RECEIVED SEP 11 2015 LPWF | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL HOURS** | | | | 1,275.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | 1,275.0 | 31,492.50 |
| TRAINING | 0.50 | | 637.50 |
| TOTAL (ALL FUNDS) | 25.20 | | $32,130.00 |
| CHECK NUMBER | 10301 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers Pension and Welfare Funds
Rate Treasury Center
Chicago IL 60634 5231

| | | | |
|---|---|---|---|
| Fund Adm. | | Employer | ENTERED |
| Union | | By | REMITTANCE FORM |
| | | Signed by an authorized officer, partner or agent only | |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| | | | |
|---|---|---|---|
| CODE 033938 | | FED. ID NO<br>PHONE 847-838-6550 | PAGE 1 |

REPORT FOR HOURS WORKED IN JUL. 2015
PERIOD FROM            TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN)<br>SSN | LOCAL<br>NO. | NAME OF EMPLOYEE | TOTAL<br>HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0118 | ISRAEL OREGEL | 103.0 |
| | 0118 | IGNACIO ESPINOZA | 93.0 |
| | 0118 | FRANCISCO CONTRERAS | 111.5 |
| | 0118 | JUAN ALVAREZ | 111.5 |
| | 0118 | JESUS GALLEGOS | 111.5 |
| | 0118 | CARLOS M OSEGUERA | 111.5 |
| | 0118 | JOSE CONTRERAS | |
| | 0001 | JOSE VILLAFAN | 95.5 |
| | 0118 | FELIPE MADRIGAL | 111.0 |
| | 0001 | Valentin Contreras | 108.5 |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 25.20 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:**The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| | | | |
|---|---|---|---|
| Fund Adm. | | Employer | M.B.P. |
| Union | | By | |

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| CODE | | FED. ID NO. | | | PAGE 2 |
|------|--|-------------|--|--|--------|

CODE 033938

*1482668*

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN **AUG. 2015**

PERIOD FROM _____ TO _____

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

*P/M 10/9/15*

Please
check
here

MC

**Inactive** PAGE 2
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

*If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".*

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | | | |
| | | RECEIVED OCT 16 2015 LPWF | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 890.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 24.70 | 890.0 | 21,983.00 |
| TRAINING | 0.50 | | 445.00 |
| TOTAL (ALL FUNDS) | 25.20 | | 22,428.00 |
| CHECK NUMBER | *10371* | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|-----------|--|----------|--------|--|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| CODE | | |
|------|---|---|
| 033938 | | |

FED. ID NO

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN AUG. 2015
PERIOD FROM _____ TO _____

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**Inactive**       PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0118 | ISRAEL OREGEL | 79.5 |
| | 0118 | IGNACIO ESPINOZA | 68.0 |
| | 0118 | FRANCISCO CONTRERAS | 80.5 |
| | 0001 | VALENTIN CONTRERAS | 45.0 |
| | 0118 | JUAN ALVAREZ | 86.0 |
| | 0118 | JESUS GALLEGOS | 94.5 |
| | 0118 | MIGUEL A MUJICA | 59.5 |
| | 0118 | CARLOS M OSEGUERA | 86.0 |
| | ~~0118~~ | ~~JOSE CONTRERAS~~ | 0.0 |
| | 0001 | JOSE VILLAFAN | 61.5 |
| | 0118 | FELIPE MADRIGAL | 46.5 |
| | 0001 | Edgar Espinoza | 63.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Fund Adm. _____

Union _____

Employer _____

By _____

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| CODE 033938 | *1485199* | FED. ID NC | PAGE 2 |

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN SEP. 2015
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

*No 10% PM 11/9/15*

| Inactive | |
| No Laborers This Month | |
| No Laborers Until Further | |
| **Final Report** | |
| Sold (out of) Business | |
| Change of address | |
| Change in name | |
| Send more forms | |

Please check here

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | RECEIVED NOV 17 2015 LPWF | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 763.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | 763.5 | 18,858.45 |
| TRAINING | 0.50 | | 381.75 |
| TOTAL (ALL FUNDS) | 25.20 | | $19,240.20 |
| CHECK NUMBER | *10439* | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | |
| Union | | By | |

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

ENTERED

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

| CODE | | | | | | |
|------|--|--|--|--|--|--|

CODE 033938

FED. ID NO

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN SEP. 2015
PERIOD FROM          TO

Please check here

MC

PAGE 1

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 56.0 |
| | 0118 | ISRAEL OREGEL | 65.5 |
| | 0118 | IGNACIO ESPINOZA | 57.5 |
| | 0118 | FRANCISCO CONTRERAS | 60.5 |
| | 0001 | VALENTIN CONTRERAS | 61.0 |
| | 0118 | JUAN ALVAREZ | 60.5 |
| | 0118 | JESUS GALLEGOS | 44.5 |
| | 0118 | MIGUEL A MUJICA | 56.0 |
| | 0118 | CARLOS M OSEGUERA | 60.5 |
| | 0001 | JOSE VILLAFAN | 61.0 |
| | 0118 | FELIPE MADRIGAL | 60.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago  IL 60694-3300

| Fund Adm. | | Employer | M.B.P. | |
|---|---|---|---|---|
| Union | | By | | **REMITTANCE FORM** |

Signed by an authorized officer, partner or agent only

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

PAGE 2

FED. ID NO

PHONE 847-838-6550

| CODE | 033938 |
|------|--------|

**1486721**

REPORT FOR HOURS WORKED IN OCT. 2015

PERIOD FROM                    TO

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**RECEIVED**
DEC 10 2015
LPWF

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

NAME OF EMPLOYEE

TOTAL HOURS

| (MUST BE SHOWN) SSN | LOCAL NO. | | | |
|---|---|---|---|---|
| | | | | |

**RECEIVED**
DEC 09 2015
LPWF

815.0

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 24.70 | 815.0 | 20,130.50 |
| TRAINING | 0.50 | | 407.50 |
| TOTAL (ALL FUNDS) | 25.20 | | $20,538.00 |
| CHECK NUMBER | 10526 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.

Union

Employer M.B.P.

By

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | FED. ID NO |
|------|-----------|
| 033938 | PHONE 847-838-6550 |

REPORT FOR HOURS WORKED IN OCT. 2015
PERIOD FROM _____ TO _____

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**Inactive** PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 71.5 |
| | 0118 | ISRAEL OREGEL | 88.0 |
| | 0118 | IGNACIO ESPINOZA | 53.5 |
| | 0118 | FRANCISCO CONTRERAS | 86.5 |
| | 0001 | VALENTIN CONTRERAS | 65.0 |
| | 0118 | JUAN ALVAREZ | 65.0 |
| | 0118 | JESUS GALLEGOS | 13.0 |
| | 0118 | MIGUEL A MUJICA | 75.0 |
| | 0118 | CARLOS M OSEGUERA | 86.5 |
| | 0001 | JOSE VILLAFAN | 43.0 |
| | 0118 | FELIPE MADRIGAL | 48.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION

www.chicagolaborersfunds.com

| | |
|---|---|
| CODE 033938 | 1488512 |

FED. ID NO

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN NOV. 2015

PERIOD FROM ____ TO ____

Please check here

MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

PAGE 2

☐ **Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
☐ **Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 814,0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | 814.0 | 20,105.80 |
| TRAINING | 0.50 | | 407.00 |
| TOTAL (ALL FUNDS) | 25.20 | | 20,512.80 |
| CHECK NUMBER | 1058 4 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete, sign net, retain a copy for your records.

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| | | |
|---|---|---|
| Fund Adm. | Employer | M.B.P. |
| Union | By | Signed by an authorized officer, partner or agent only |

**REMITTANCE FORM**

ENTERED ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | FED. ID NO. | | PAGE 1 |
|------|-------------|--|--------|

**CODE 033938**

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN NOV. 2015
PERIOD FROM _____ TO _____

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of *address*
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 68.0 |
| | 0118 | ISRAEL OREGEL | 69.0 |
| | 0118 | IGNACIO ESPINOZA | 69.0 |
| | 0118 | FRANCISCO CONTRERAS | 83.0 |
| | 0001 | VALENTIN CONTRERAS | 61.0 |
| | 0118 | JUAN ALVAREZ | 76.0 |
| | 0118 | JESUS GALLEGOS | 0.0 |
| | 0118 | MIGUEL A MUJICA | 61.0 |
| | 0118 | CARLOS M OSEGUERA | 83.0 |
| | 0001 | JOSE VILLAFAN | 62.0 |
| | 0118 | FELIPE MADRIGAL | 62.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

| Fund Adm. | | Employer | |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner of agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| | |
|---|---|
| CODE 033938 | 1489790 |

FED. ID NO.
PHONE 847-838-6550

PAGE 2

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

REPORT FOR HOURS WORKED IN DEC. 2015
PERIOD FROM _____ TO _____

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED JAN 19 2016 LPWF MC

Please check here

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| RECEIVED JAN 15 2016 LPWF | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 514.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | 514.0 | 12,695.80 |
| TRAINING | 0.50 | | 257.00 |
| **TOTAL (ALL FUNDS)** | 25.20 | | $12,952.80 |
| CHECK NUMBER | 10608 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please mail with remittance check payable to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| | | | |
|---|---|---|---|
| Fund Adm. | | Employer | M.B.P. |
| Union | | By | President |
| | | | Signed by an authorized officer, partner of agent only |

REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | |
|---|---|---|
| 033938 | | |

FED. ID NO.
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN DEC. 2015
PERIOD FROM            TO

Please
check
here

MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**Inactive**     PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | 120.0 |
| | 0118 | EDGAR ESPINOZA | 42.0 |
| | 0118 | ISRAEL OREGEL | 17.5 |
| | 0118 | IGNACIO ESPINOZA | 17.5 |
| | 0118 | FRANCISCO CONTRERAS | 50.0 |
| | 0118 | VALENTIN CONTRERAS | 42.0 |
| | 0118 | JUAN ALVAREZ | 47.0 |
| | 0118 | JESUS GALLEGOS | 0.0 |
| | 0118 | MIGUEL A MUJICA | 50.0 |
| | 0118 | CARLOS M OSEGUERA | 50.0 |
| | 0118 | JOSE VILLAFAN | 31.0 |
| | 0118 | FELIPE MADRIGAL | 47.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:**The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and mail with your payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| Fund Adm. | | Employer | |
|---|---|---|---|
| Union | | By | |

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

| CODE 033938 | *1493126* | FED. ID NC | PAGE 1 |
|---|---|---|---|

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JAN. 2016
PERIOD FROM          TO

RECEIVED
FEB 2 6 2016
LPWF

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out) Business
☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | Ø |
| | | EDGAR ESPINOZA | |
| | 0118 | ISRAEL OREGEL | |
| | 0118 | IGNACIO ESPINOZA | |
| | 0118 | FRANCISCO CONTRERAS | |
| | | VALENTIN CONTRERAS | |
| | 0118 | JUAN ALVAREZ | |
| | 0118 | MIGUEL A MUJICA | |
| | 0118 | CARLOS M OSEGUERA | |
| | | JOSE VILLAFAN | |
| | 0118 | FELIPE MADRIGAL | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | | |
| TRAINING | 0.50 | | |
| **TOTAL (ALL FUNDS)** | 25.20 | Ø | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:**The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago. IL 60694-3300

| Fund Adm. | | Employer | | **REMITTANCE FORM** |
|---|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only | |

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| CODE | | |
|---|---|---|
| 033938 | | |

1495144

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN FEB. 2016
PERIOD FROM          TO

Please check here

PAGE 1

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED MAR 21 2016

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com. In the "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | CRAIG MCKEE | Ø |
| | 0118 | EDGAR ESPINOZA | |
| | 0118 | ISRAEL OREGEL | |
| | 0118 | IGNACIO ESPINOZA | |
| | 0118 | FRANCISCO CONTRERAS | |
| | 0118 | VALENTIN CONTRERAS | |
| | 0118 | JUAN ALVAREZ | |
| | 0118 | MIGUEL A MUJICA | |
| | 0118 | CARLOS M OSEGUERA | |
| | 0118 | JOSE VILLAFAN | |
| | 0118 | FELIPE MADRIGAL | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | | |
| TRAINING | 0.50 | | |
| **TOTAL (ALL FUNDS)** | 25.20 | Ø | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300

| | | |
|---|---|---|
| Fund Adm. | Employer | M.B.P. |
| Union | By | |
| | Signed by an authorized officer, partner or agent only | |

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE 033938 | 147039 | FED. ID NO PHONE 847-838-6550 | Inactive PAGE 1 |
|---|---|---|---|

REPORT FOR HOURS WORKED IN MAR. 2016
PERIOD FROM

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED
APR 19 2018
LPWF

☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

Please check here

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | Craig McKee | 120.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | 120.0 | 2,964.00 |
| TRAINING | 0.50 | | 60.00 |
| TOTAL (ALL FUNDS) | 25.20 | | $3,024.00 |
| CHECK NUMBER | | | 10750 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.

Union

Employer   B.B.P.
By
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**   ENTERED ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | FED. ID NO. | PAGE 1 |
|---|---|---|---|
| 033938 | 1U987667 | PHONE 847-838-6550 | |

REPORT FOR HOURS WORKED IN APR. 2016
PERIOD FROM          TO

| | |
|---|---|
| **Inactive** | |
| ☐ No Laborers This Month | |
| ☐ No Laborers Until Further | |
| **Final Report** | |
| ☐ Sold (out of) Business | |
| ☐ Change of address | |
| ☐ Change in name | |
| ☐ Send more forms | |

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MAY 13 2016

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0118 | Craig McKee | 120.0 |
| | 0118 | Edgar Espinoza | 30.5 |
| | 0118 | Valentin Contreras | 36.5 |
| | 0118 | Jesus Gallegos Munguia | 29.5 |
| | 0118 | Miguel Mujica | 37.5 |
| | 0118 | Jose Villafan | 37.5 |
| | 0118 | Felipe Madrigal | 37.5 |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 329.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | 329.0 | 8,126.30 |
| TRAINING | 0.50 | | 164.50 |
| **TOTAL (ALL FUNDS)** | 25.20 | | $8,290.80 ✓ |
| CHECK NUMBER | 10806 | | 10806 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

If you are using USPS mail:
Laborers' Pension & Welfare Funds
11465 Cermak Center
Chicago IL 60654-1560
If you are using Courier packages & messenger-type charges ...
Xerox to BMO Harris
LBX 16567
131 W Jackson Blvd Ste 1034
Chicago IL 60694

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only |

**REMITTANCE FORM** ENTERED

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| CODE | | FED. ID NO. | | PAGE 1 |
|---|---|---|---|---|
| 033938 | 15010S2 | PHONE 847-838-6550 | | |

REPORT FOR HOURS WORKED IN MAY. 2016
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED JUN 14 2016 LPWF

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

Please check here

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | Edgar Espinoza | 34.5 |
| | 0001 | Valentin Contreras | 49.0 |
| | 0001 | Jesus Garcia | 34.0 |
| | 0001 | Juan Alvarez | 49.5 |
| | 0001 | Jesus Gallegos Munguia | 49.5 |
| | 0001 | Miguel Mujica | 39.0 |
| | 0001 | Jose Villafan | 42.5 |
| | 0001 | Felipe Madrigal | 49.5 |
| **TOTAL HOURS** | | | **467.5** |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 24.70 | 467.5 | 11,547.25 |
| TRAINING | 0.50 | | 233.75 |
| TOTAL (ALL FUNDS) | 25.20 | | $11,781.00 |
| CHECK NUMBER | 10878 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

If you are using USPS mail
Laborers' Pension & Welfare Funds
93085 Treasury Center
Chicago IL 60694-3085

If you are using Courier packages & messenger deliveries
Xerox Lockbox Paris
LBX 3085
141 W Jackson Blvd Ste 7030
Chicago IL 60604

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only |

REMITTANCE FORM   ENTERED ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | | |
|------|---|---|---|
| 033938 | | | |

1503668

FED. ID NO
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JUN. 2016
PERIOD FROM          TO

Please check here →

| Inactive | PAGE 1 |
|----------|--------|
| ☐ No Laborers This Month | |
| ☐ No Laborers Until Further | |
| **Final Report** | |
| ☐ Sold (out of) Business | |
| ☐ Change of address | |
| ☐ Change in name | |
| ☐ Send more forms | |

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED JUL 18 2016      MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 62.0 |
| | 0001 | VALENTIN CONTRERAS | 81.0 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 69.5 |
| | 0001 | MIGUEL A MUJICA | 84.0 |
| | 0001 | JOSE VILLAFAN | 88.5 |
| | 0001 | FELIPE MADRIGAL | 69.5 |
| | 0001 | Esequiel Ruiz | 71.5 |
| | 0001 | Jesus Garcia | 51.0 |
| | 0001 | Juan Alvarez | 68.0 |
| | | | |
| **TOTAL HOURS** | | | 765.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|------|------|-------------|--------|---|
| Welfare & Pension | 25.80 | 765.0 | 19,737.00 | RECEIVED JUL 1 4 2016 |
| TRAINING | 0.50 | | 382.50 | |
| **TOTAL (ALL FUNDS)** | 26.30 | | $20,119.50 | |
| CHECK NUMBER | 10955 | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

Fund Adm. _____ Employer _____ M.B.P.
Union _____ By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

ENTERED ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE 033938 | 1500353 | FED. ID NO. PHONE 847-838-6550 | | |
|---|---|---|---|---|

REPORT FOR HOURS WORKED IN JUL. 2016
PERIOD FROM                TO

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**RECEIVED AUG 18 2016 LPWF**

MC

| | PAGE 1 |
|---|---|
| **Inactive** | |
| ☐ No Laborers This Month | |
| ☐ No Laborers Until Further | |
| **Final Report** | |
| ☐ Sold (out of) Business | |
| ☐ Change of address | |
| ☐ Change in name | |
| ☐ Send more forms | |

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section – click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 159.5 |
| | 0001 | VALENTIN CONTRERAS | 72.0 |
| | 0001 | JESUS E GARCIA | 147.0 |
| | 0001 | JUAN ALVAREZ | 157.5 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 151.5 |
| | 0001 | MIGUEL A MUJICA | 166.5 |
| | 0001 | JOSE VILLAFAN | 164.5 |
| | 0001 | FELIPE MADRIGAL | 159.5 |
| | 0001 | Esequiel Ruiz | 148.0 |
| | 0001 | Rafael Colin | 29.0 |
| **TOTAL HOURS** | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | 16345 | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 26.30 | | $42,987.35 |
| CHECK NUMBER | | | #11031 |

**RECEIVED AUG 17 2016 LPWF MC**

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

If you use USPS mail
Laborers' Pension & Welfare Funds
36251 Treasury Center
Chicago, IL 60694-3600
If you use Couriers or express & messenger deliveries
Xerox c/o BMO Harris
LBX 73251
Chicago, IL 60694

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only |

**REMITTANCE FORM**

## LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 W. CERMAK ROAD, WESTCHESTER, ILLINOIS 60154-5768     TELEPHONE 1-708-562-0200 ADMINISTRATION
email: FieldDept@chilpwf.com     www.chicagolaborersfunds.com

| CODE | | | |
|------|---|---|---|

FED. ID NO._____
PHONE: _____

REPORT FOR HOURS WORKED IN _____
PERIOD FROM_____TO_____

CONTRACTOR : _____

If you are interested in managing your account online, please register at
www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

Please check here

**Inactive**
- ☐ No Laborers This Month
- ☐ No Laborers Until Further Notice

**Final Report**
- ☐ Sold (out of) business
- ☐ Change of address
- ☐ Change in name
- ☐ Send more forms

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | Jose Contreras | 159.5 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Hours** | | | **1,634.50** |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE & PENSION | 25.80 | 1,634.50 | 42,170.10 | |
| TRAINING | 0.50 | | 817.25 | |
| TOTAL (ALL FUNDS) | 26.30 | | $42,987.35 | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____
Union _____

Employer M.B.P.
By _____
Signed by an authorized officer, partner of agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | | FED. ID NO. | | PAGE 1 |
|---|---|---|---|---|---|
| 033938 | 1509217 | | PHONE 847-838-6550 | | |

REPORT FOR HOURS WORKED IN AUG. 2016

PERIOD FROM ___ TO ___

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED SEP 28 2016 LPWF

Please check here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | Jose Contreras | 132.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 1,355.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | 1,355.5 | 34,971.90 |
| TRAINING | 0.50 | | 677.75 |
| TOTAL (ALL FUNDS) | 26.30 | | 35,649.65 ✓ |
| CHECK NUMBER | 1132 | | |

RECEIVED SEP 26 2016 LPWF

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. ___  Employer M. 8.1.

Union ___  By ___
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

ENTERED KS

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | FED. ID NO. | PAGE 1 |
|------|--|-------------|--------|
| 033938 | | PHONE 847-838-6550 | |

REPORT FOR HOURS WORKED IN AUG. 2016
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | 0001 | ESEQUIEL RUIZ | 118.5 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 131.0 |
| | | VALENTIN CONTRERAS | |
| | 0001 | JESUS E GARCIA | 121.0 |
| | 0001 | JUAN ALVAREZ | 136.0 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 136.0 |
| | 0001 | MIGUEL A MUJICA | 129.5 |
| | 0001 | JOSE VILLAFAN | 79.0 |
| | 0001 | FELIPE MADRIGAL | 134.0 |
| | 0001 | Rafael Colin | 118.5 |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 25.80 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 26.30 | | |
| CHECK NUMBER | | | |

RECEIVED SEP 26 2016 LPWF

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

If you are using USPS mail
Laborers' Pension & Welfare Funds
35557 Treasury Center
Chicago, IL 60694-5500

If you are using Courier or Pages & messengered mails
Attn: Box 85000 Hours
LBX #....
350 N. Orleans Street Ste. 1300N
Chicago, IL 60654

| Fund Adm. | [signature] | Employer | |
|-----------|-------------|----------|--|
| Union | [signature] | By | Signed by an authorized officer, partner or agent only |

**REMITTANCE FORM**

11/22/2016  23:33  1 847 838-6552          MIDWEST BRICK PAVING          #3938 P.003 /004

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**          E

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

PAGE 1

| CODE 033938 | FED. ID NO. | **Inactive** |
|---|---|---|
| | PHONE 847-838-6550 | ☐ No Laborers This Month |
| | | ☐ No Laborers Until Further |

**REPORT FOR HOURS WORKED IN SEP. 2016**
PERIOD FROM _____ TO _____

*1514050*

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

~~Supp~~
CORR. OF
HOURS

Please check here
MC

**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 126.5 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 123.0 |
| | 0001 | RAFAEL COLIN | 159.0 |
| | | ~~VALENTIN CONTRERAS~~ | |
| | 0001 | JESUS E GARCIA | 138.5 |
| | 0001 | JUAN ALVAREZ | 137.5 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 124.5 |
| | 0001 | MIGUEL A MUJICA | 138.5 |
| | 0001 | JOSE CONTRERAS | 135.0 |
| | 0001 | JOSE VILLAFAN | 135.0 |
| | 0001 | FELIPE MADRIGAL | 144.0 |
| | 0001 | Angel Simanca | 130.5 |
| | 0001 | Salvador Alvarez | 59.0 |

*overage on file*

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and _____ to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and _____ its all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____    Employer _____

Union _____    By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

ENTERED
ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

PAGE 2

| CODE | | FED. ID NO.: |
|------|---|----|
| 033938 | | PHONE 847-838-6550 |

REPORT FOR HOURS WORKED IN SEP. 2016
PERIOD FROM                TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | **1,671.0** |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | 1,671.0 | 43,111.80 |
| TRAINING | 0.50 | | 835.50 |
| **TOTAL (ALL FUNDS)** | 26.30 | | $43,947.30 |
| CHECK NUMBER | 11228 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts an̄ ees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., an cepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | | Employer | |
|---|---|---|---|
| Union | | By | |
| | | Signed by an authorized officer, partner or agent only | |

**REMITTANCE FORM**



## LABORERS' PENSION & WELFARE FUNDS

**PENSION AND WELFARE FUNDS**

**33367 TREASURY CENTER**
**CHICAGO, IL 60694-3300**

Date received: 11/14/2016
Contractor: 033938
0 - 1512724

To:   MIDWEST BRICK PAVING INC
      18557 W STATE LINE RD
      ANTIOCH IL 60002-9344

Attention Employer:

Please review the information below.

| Report Month | Calculated Hours | Reported Hours | Rate | Expected Amount | Current Remittance | Prior Pmt Adj | Shortage | Overage |
|---|---|---|---|---|---|---|---|---|
| **Welfare Fund** | | | | | | | | |
| 09/2016 | 1,481.50 | 1,671.00 | 9.98 | 14,785.37 | $16,676.58 | | | $1,891.21 |
| | | | | | Sub total | | | $1,891.21 |
| | | | | | Previous months balance | | | $0.00 |
| | | | | | Current balance | | | $1,891.21 |
| **Pension Fund** | | | | | | | | |
| 09/2016 | 1,481.50 | 1,671.00 | 11.57 | 17,140.96 | $19,333.47 | | | $2,192.51 |
| | | | | | Sub total | | | $2,192.51 |
| | | | | | Previous months balance | ($0.02) | | |
| | | | | | Current balance | | | $2,192.49 |
| **Retiree Welfare Fund** | | | | | | | | |
| 09/2016 | 1,481.50 | 1,671.00 | 4.25 | 6,296.38 | $7,101.75 | | | $805.37 |
| | | | | | Sub total | | | $805.37 |
| | | | | | Previous months balance | | | $0.00 |
| | | | | | Current balance | | | $805.37 |

$ 4,983.82

Based on our calculation, a credit of $4,889.07 is due you. If you disagree or have additional information, please contact the Accounting Department via fax 708-947-7296 or phone 708-562-0200 ext. 520.

Please take the credit (and attach a copy of this notice) with your next report.

Thank you for your prompt attention to this matter.
Accounting Department

*TRAINING FUND OVER $94.75*

Midwest Brickpaving, Inc.
18557 Stateline Rd. Antioch, IL 60002
847-838-6550 | 847-838-6552 |

# fax

| TO: | Laborers Pension & Welfare – Accounting Dept. | FROM: | Marlene |
|---|---|---|---|
| FAX: | 708-947-7296 | PAGES: | 4 |
| PHONE: | 708-562-0200 Ext. 520 | DATE: | 11/23/16 |
| RE: | September 2016 Report | CC: | |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Comments:

Accounting Department,

I received a letter dated 11/14/16 that our reported hours were incorrect for September 2016 and that we are due a credit of $4,983.82. After review of the report I noticed that 2 guys did not show up on the report I sent to you. I have since added Angel Simanca and Salvador Alvarez along with their hours and am sending over an updated report. Please review. There should not be a credit balance once these two guys hours are applied.

Regards,

Marlene

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

CODE 033938

*151272 4*

FED. ID NO.
PHONE 847-838-6550

PAGE 2

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

REPORT FOR HOURS WORKED IN SEP. 2016
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

RECEIVED
NOV 14 2016
LPWF     MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | 000 | |
| | | ·0·00 | |
| | | 126·50 | **OVERAGE** |
| | | 120·00 | DATE 11/14/16 |
| | | 123·00 | W.$ 1391.21 |
| | | 159·00 | WR. 805.37 |
| | | 138·50 | 2,192.57 + (×) ×.027 |
| | | 137·50 | P.$ 94.75     2,192.49 |
| | | 124·50 | |
| | | 138·50 | |
| | | 133·00 | |
| | | 144·00 | |
| | 011 | | |
| | | 1,481·50 | |
| **TOTAL HOURS** | *1,481.5* | | 1,671.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| Welfare & Pension | 25.80 | 1,671.0 | 43,111.80 | |
| TRAINING | 0.50 | | 835.50 | RECEIVED NOV 10 2016 LPWF MC |
| **TOTAL (ALL FUNDS)** | 26.30 | | $43,947.30 ✓ | |
| CHECK NUMBER | 11228 ✓ | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____     Employer *M.B.P.*

Union _____     By _____
                          Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | |
|------|---|---|
| 033938 | | |

FED. ID NO.
PHONE 847-838-6550

**REPORT FOR HOURS WORKED IN SEP. 2016**
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**Inactive** PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 126.5 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 123.0 |
| | 0001 | RAFAEL COLIN | 159.0 |
| | | ~~VALENTIN CONTRERAS~~ | |
| | 0001 | JESUS E GARCIA | 138.5 |
| | 0001 | JUAN ALVAREZ | 137.5 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 124.5 |
| | 0001 | MIGUEL A MUJICA | 138.5 |
| | 0001 | JOSE CONTRERAS | 135.0 |
| | 0001 | JOSE VILLAFAN | 135.0 |
| | 0001 | FELIPE MADRIGAL | 144.0 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____  Employer _____

Union _____  By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

11465 W. CERMAK ROAD, WESTCHESTER, ILLINOIS 60154-5768
email: FieldDept@chilpwf.com

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

CODE
33938

1514820

REPORT FOR HOURS WORKED IN
PERIOD FROM Oct 2016 TO Oct 2016

FED. ID NO.: _____
PHONE: _____

Please

CONTRACTOR: Midwest Brick Paving

RECEIVED
DEC 09 2016
LPWF

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further Notice

**Final Report**
☐ Sold (out of) business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at
www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | Angel Simanca | 110.0 |
| | 0001 | Salvador Alvarez | 94.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | 1,377.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE & PENSION | 25.80 | 1,377.5 | 35,539.50 | |
| TRAINING | 0.50 | | 688.75 | RECEIVED DEC 08 2016 LPWF MC |
| TOTAL (ALL FUNDS) | 26.30 | 11282 | $36,228.25 ✓ | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | | Employer | M.B.P. |
| Union | | By | |
| | | Signed by an authorized officer, partner or agent only | |

REMITTANCE FORM

ENTERED

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION

www.chicagolaborersfunds.con

| CODE | | | |
|------|--|--|--|
| 033938 | | | |

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN OCT. 2016
PERIOD FROM _____ TO _____

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

| | Inactive | PAGE 1 |
|--|----------|--------|
| ☐ | No Laborers This Month | |
| ☐ | No Laborers Until Further | |
| | **Final Report** | |
| ☐ | Sold (out of) Business | |
| ☐ | Change of address | |
| ☐ | Change in name | |
| ☐ | Send more forms | |

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|-------------------|-------------|
| | 0001 | ESEQUIEL RUIZ | 94.0 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 106.0 |
| | 0001 | RAFAEL COLIN | 102.0 |
| | 0001 | JESUS E GARCIA | 106.5 |
| | 0001 | JUAN ALVAREZ | 102.5 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 110.0 |
| | 0001 | MIGUEL A MUJICA | 110.0 |
| | 0001 | JOSE CONTRERAS | 110.0 |
| | 0001 | JOSE VILLAFAN | 102.5 |
| | 0001 | FELIPE MADRIGAL | 110.0 |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 25.80 | | |
| TRAINING | 0.50 | | |
| **TOTAL (ALL FUNDS)** | **26.30** | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

If you are using USPS mail
Laborers Pension & Welfare Funds
35542 Treasury Center
Chicago IL 60694-5500
If you are using Fedex or any other courier service
Kiera Colligan Bankers
HSA 15542
135 W Pershing Road, Ste 500
Chicago IL 60654

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 W. CERMAK ROAD, WESTCHESTER, ILLINOIS 60154-5768    TELEPHONE 1-708-562-0200 ADMINISTRATION
email: FieldDept@chilpwf.com                                                                www.chicagolaborersfunds.com

CODE: 33938

FED. ID NO.: 516857   PHONE: _____

REPORT FOR HOURS WORKED IN PERIOD FROM _____ TO Nov 2016

CONTRACTOR: Midwest Brickpaving Inc

RECEIVED JAN 05 2017 LPWF

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further Notice

**Final Report**
- [ ] Sold (out of) business
- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | Simanca, Angel | 169.0 |
| | 0001 | Alvarez, Salvador | 149.0 |
| | | | |
| | | Total | 2,119.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| WELFARE & PENSION | 25.80 | 2,119.0 | 54,670.20 |
| TRAINING | 0.50 | | 1,059.50 |
| TOTAL (ALL FUNDS) | 26.30 | | $55,729.70 |

RECEIVED JAN 09 2017 LPWF MC 11938

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE |
|---|
| 033938 |

FED. ID NO
PHONE 847-838-6550

**REPORT FOR HOURS WORKED IN NOV. 2016**
**PERIOD FROM      TO**

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

PAGE 1

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 156.0 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 172.0 |
| | 0001 | RAFAEL COLIN | 161.5 |
| | 0001 | JESUS E GARCIA | 183.0 |
| | 0001 | JUAN ALVAREZ | 191.0 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 176.5 |
| | 0001 | MIGUEL A MUJICA | 178.0 |
| | 0001 | JOSE CONTRERAS | 171.0 |
| | 0001 | JOSE VILLAFAN | 114.5 |
| | 0001 | FELIPE MADRIGAL | 177.5 |
| TOTAL HOURS | | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 26.30 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____ Employer _____

Union _____ By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | FED. ID NO. |
|---|---|---|
| 033938 | 159387 | PHONE 847-838-6550 |

REPORT FOR HOURS WORKED IN DEC. 2016
PERIOD FROM            TO

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

**Inactive** PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

RECEIVED FEB 08 2017

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 1,300.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | 1,300.0 | 33,540.00 |
| TRAINING | 0.50 | | 650.00 |
| **TOTAL (ALL FUNDS)** | 26.30 | | $34,190.00 |
| CHECK NUMBER | 11394 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

If you are using USPS mail
Laborer's Pension & Welfare Funds
33161 Treasury Center
Chicago IL 60694-3300
If you are using Courier and Special messenger deliveries
Xerox - 36580 Hrm.
LBX 33161
141 WJackson Blvd Ste 1160
Chicago IL 60604

| Fund Adm. | | Employer | M.O.P. |
|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only |

REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | FED. ID NO |
|------|--|------------|
| 033938 | | PHONE 847-838-6550 |

REPORT FOR HOURS WORKED IN DEC. 2016
PERIOD FROM            TO

Please check here

MC

**Inactive** PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 69.0 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 106.0 |
| | 0001 | RAFAEL COLIN | 89.5 |
| | 0001 | JESUS E GARCIA | 105.5 |
| | 0001 | ANGEL SIMANCA | 105.5 |
| | 0001 | JUAN ALVAREZ | 97.5 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 105.5 |
| | 0001 | MIGUEL A MUJICA | 106.0 |
| | 0001 | JOSE CONTRERAS | 97.0 |
| | 0001 | JOSE VILLAFAN | 95.5 |
| | 0001 | FELIPE MADRIGAL | 97.5 |
| | 0001 | SALVADOR ALVAREZ | 105.5 |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

If you are using USPS mail
Laborers' Pension & Welfare Funds
33967 Treasury Center
Chicago IL 60694-3300
If you are using Courier packages & the company's busines...
Xerox GOBLIO Funds
LBX 33967
311 W Jackson Blvd Ste 1300
Chicago IL 60694

Fund Adm. _____   Employer _M.B.P_

Union _____   By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

| CODE | | | |
|---|---|---|---|
| 033938 | | | |

157 0897

FED. ID NO

PHONE 847-838-6550

PAGE 2

**REPORT FOR HOURS WORKED IN JAN. 2017**
PERIOD FROM                TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please Check Here

MC

R E C E I V E D
FEB 23 2017
LPWF

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL HOURS | | | 0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | | 0 |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 26.30 | | 0 |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payments to:

If you are using USPS mail:
Laborers' Pension & Welfare Funds
11651 Treasury Center
Chicago IL 60694-1500

If you are using Courier or Express Amex courier deliveries:
Xerox a CHRO Floors
LBX 1765
841 W Jackson Blvd Suite 100
Chicago IL 60694

| Fund Adm. | _____ | Employer | M.B.P. |
|---|---|---|---|
| Union | _____ | By | _____ |
| | | | Signed by an authorized officer, partner or agent only |

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

PAGE 1

| CODE 033938 | | FED. ID NO |
|---|---|---|

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JAN. 2017
PERIOD FROM          TO

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 0 |
| | 0001 | CRAIG MCKEE | |
| | | EDGAR ESPINOZA | |
| | | RAFAEL COLIN | |
| | 0001 | JESUS E GARCIA | |
| | | ANGEL SIMANCA | |
| | 0001 | JUAN ALVAREZ | |
| | | JESUS GALLEGOS MUNGUIA | |
| | 0001 | MIGUEL A MUJICA | |
| | 0001 | JOSE CONTRERAS | |
| | | JOSE VILLAFAN | |
| | 0001 | FELIPE MADRIGAL | |
| | | SALVADOR ALVAREZ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

If you are using USPS mail
Laborers' Pension & Welfare Funds
75952 Treasury Center
Chicago IL 60694-1300
If you are using Courier packages & messenger deliveries
Xerox CGBRO Hall a
LBX 33957
141 W Jackson Bl. 15a 1620
Chicago IL 60604

Fund Adm. _____  Employer _____

Union _____  By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**
www.chicagolaborersfunds.con

| CODE 033938 | 1522430 | FED. ID NO. PHONE 847-838-6550 | PAGE 2 |
|---|---|---|---|

REPORT FOR HOURS WORKED IN FEB. 2017
PERIOD FROM              TO

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED MAR 14 2017 LPWF

Please check here MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | RECEIVED MAR 13 2017 LPWF | |
| | | | |
| **TOTAL HOURS** | | | 187.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | 187.0 | 4,824.60 |
| TRAINING | 0.50 | | 93.50 |
| **TOTAL (ALL FUNDS)** | 26.30 | | $4,918.10 ✓ |
| CHECK NUMBER | 11462 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

If you are using USPS mail
Laborers' Pension & Welfare Funds
116th Treasury Center
Chicago IL 60694-1160
If you are using Courier packages & messenger deliveries
Xerox c/o BMO Harris
LBX 1160
141 W Jackson Blvd Ste 1160
Chicago IL 60604

| Fund Adm. | | Employer | MBP |
|---|---|---|---|
| Union | | By | |
| | | Signed by an authorized officer, partner or agent only | |

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | |
|---|---|
| 033938 | |

FED. ID NO.
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN FEB. 2017
PERIOD FROM _____ TO _____

Please check here

**Inactive**     PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 21.0 |
| | 0001 | CRAIG MCKEE | 21.0 |
| | 0001 | EDGAR ESPINOZA | 21.0 |
| | 0001 | RAFAEL COLIN | 14.0 |
| | 0001 | JESUS E GARCIA | 14.0 |
| | | ANGEL SIMANCA | 0.0 |
| | 0001 | JUAN ALVAREZ | 14.0 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 14.0 |
| | 0001 | MIGUEL A MUJICA | 21.0 |
| | 0001 | JOSE CONTRERAS | 14.0 |
| | | JOSE VILLAFAN | 0.0 |
| | 0001 | FELIPE MADRIGAL | 21.0 |
| | 0001 | SALVADOR ALVAREZ | 12.0 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to:

If you are using USPS mail
Laborers' Pension & Welfare Funds
33367 Treasury Center
Chicago IL 60694-3300
If you are using Courier package Success.... deliveries
Xerox/BMO Harris
LBX 33367
141 W Jackson Blvd Ste 1010
Chicago IL 60604

Fund Adm. _____

Union _____

Employer _____ MBP

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

05/15/2017 00:54 C 847 838-6553   MIDWEST BRICK PAVING   #4238 P.002 /002



## LABORERS' PENSION & WELFARE FUNDS

PENSION AND WELFARE FUNDS

33367 TREASURY CENTER
CHICAGO, IL 60694-3300



RECEIVED
MAY 15 2017
LPWF

1527363

**✳ There is No credit due. The hours for Felipe Madrigal should be 216.5 instead of 207.0 Please apply the credit to Felipe Madrigal and the additional 9.5 hours.**

**— Marlene Elfering**

Date received: 05/08/2017
Contractor: 033938
16 - 1526532

To:   MIDWEST BRICK PAVING INC
      18557 W STATE LINE RD
      ANTIOCH IL 60002-9344

Attention Employer:

Please review the information below.

| Report Month | Calculated Hours | Reported Hours | Rate | Expected Amount | Current Remittance | Prior Pmt/ Adj | Shortage | Overage |
|---|---|---|---|---|---|---|---|---|
| **Welfare Fund** | | | | | | | | |
| 03/2017 | 2,563.50 | 2,573.00 | 9.98 | 25,583.73 | $25,678.54 | | | $94.81 |
| | | | | | Sub total | | | $94.81 |
| | | | | | Previous months balance | | | $0.00 |
| | | | | | Current balance | | | $94.81 |
| **Pension Fund** | | | | | | | | |
| 03/2017 | 2,563.50 | 2,573.00 | 11.57 | 29,659.70 | $29,769.61 | | | $109.91 |
| | | | | | Sub total | | | $109.91 |
| | | | | | Previous months balance | ($0.04) | | |
| | | | | | Current balance | | | $109.87 |
| **Retiree Welfare Fund** | | | | | | | | |
| 03/2017 | 2,563.50 | 2,573.00 | 4.25 | 10,894.88 | $10,935.25 | | | $40.37 |
| | | | | | Sub total | | | $40.37 |
| | | | | | Previous months balance | ($0.01) | | |
| | | | | | Current balance | | | $40.36 |

**$249.79**

Based on our calculation, a credit of ~~$245.04~~ is due you. If you disagree or have additional information, please contact the Accounting Department via fax 708-947-7296 or phone 708-562-0200 ext. 520.

Please take the credit (and attach a copy of this notice) with your next report.

Thank you for your prompt attention to this matter.   **TRAINING FUND OVER $4.75**
Accounting Department

Midwest Brickpaving, Inc.
18557 Stateline Rd. Antioch, IL 60002
847-838-6550 | 847-838-6552 |

# fax



| TO: | Sandy | FROM: | Marlene |
|---|---|---|---|
| FAX: | 708-947-7296 | PAGES: | 2 |
| PHONE: | | DATE: | 05/15/17 |
| RE: | Laborers' Pension & Welfare Fund Reporting | CC: | |

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Sandy,

I have reviewed the letter dated 05/08/17 (see attached) that states we have reported more hours than calculated and we are due a credit from the Funds. After my review I noticed that the hours reported for Felipe Madrigal are incorrect and should be 216.5 instead of 207.0. Therefore, we are not due a credit. Can you please apply the credit to Felipe Madrigal along with the additional 9.5 hours that should have been reported to him. My apologies for any inconvenience.

Regards,

Marlene
847-822-8245

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

| CODE | FED. ID NO. | | Inactive PAGE 1 |
|---|---|---|---|
| 033938 | PHONE 847-838-6550 | | ☐ No Laborers This Month |

REPORT FOR HOURS WORKED IN MAR. 2017
PERIOD FROM          TO

☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED MAY 05 2017      MC

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employer"  ...1" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | | TOTAL HOURS |
|---|---|---|---|---|
| | 0001 | Felipe Madrigal | | 207.0 |
| | 0001 | Salvador Alvarez | | 192.5 |
| | | Berulo Salgado | | 57.5 |
| | | Antonio Herrera | | 57.5 |
| | | Rogelio Salgado | | 48.0 |
| | | Climaco Flores Martinez | | 48.0 |
| | | Carlos Oseguera Mendoza | | 47.5 |
| | | | | |
| | | OVERAGE | | |
| | | DATE 5/8/17 | | |
| | | W. $ 94.81 | | |
| | | WR. $40.37 + (P5) 5.01 = 40.36 | | |
| TOTAL HOURS | 2563.5 | P.S $ 109.91 + (P5) 5.01 = 109.87 | | 2,573.0 |
| | | T 4.75 | | |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | 2,573.0 | 66,383.40 |
| TRAINING | 0.50 | | 1,286.50 |
| TOTAL (ALL FUNDS) | 26.30 | | $67,669.90 |
| CHECK NUMBER | 11580 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound by the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to
If you are using USPS mail
  Laborers' Pension & Welfare Funds
  ... Treasury Center
  Chicago IL 60674-5500

| Fund Adm. | | Employer | M.B.P. |
|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only |

REMITTANCE FORM ST

ENTERED

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

www.chicagolaborersfunds.com

PAGE 1

FED. ID NO

PHONE 847-838-6550

| CODE | |
|---|---|
| | 033938 |

REPORT FOR HOURS WORKED IN MAR. 2017
PERIOD FROM _____ TO _____

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | Esequiel Ruiz Salcedo | 207.0 |
| | 0001 | Craig McKee | 120.0 |
| | 0001 | Edgar Espinoza | 206.5 |
| | 0001 | Rafael Colin | 192.5 |
| | 0001 | Jesus Garcia | 174.5 |
| | 0001 | Angel Simanca | 67.0 |
| | 0001 | Juan Alvarez | 199.0 |
| | 0001 | Jesus Gallegos Munguia | 200.5 |
| | 0001 | Miguel Mujica | 153.5 |
| | 0001 | Jose Contreras | 184.5 |
| | 0001 | Jose Villafan | 200.5 |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | | |
| TRAINING | 0.50 | | |
| TOTAL (ALL FUNDS) | 26.30 | | |
| CHECK NUMBER | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____

Union _____

Employer _____

By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
**11465 W. CERMAK ROAD, WESTCHESTER, ILLINOIS 60154-5768**
email: FieldDept@chilpwf.com
**TELEPHONE 1-708-562-0200 ADMINISTRATION**
www.chicagolaborersfunds.com

CODE **33938**

**1528362**

FED. ID NO. _____
PHONE: _____

REPORT FOR HOURS WORKED IN **Apr. 2017**
PERIOD FROM _____ TO _____

CONTRACTOR: **Midwest Brick Paving Inc**

JUN 02 2017
**LPWF**

Please check here

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further Notice

**Final Report**
- [ ] Sold (out of) business
- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at
www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | ✱ | Pedro Rebollo | 47.5 |
| | | Berulo Salgado | 38.0 |
| | | Antonio Herrera | 38.0 |
| | ✱ | Jesus Velazquez | 47.5 |
| | | Rogelio Salgado | 28.5 |
| | 0001 | Angel Simanca | 126.5 |
| | | Climaco Flores Martinez | 38.0 |
| | 0001 | Carlos Osequera | 45.5 |
| | 0001 | Jose Villafan | 120.5 |

| Total Hours | | | 1,844.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| WELFARE & PENSION | 25.80 | 1,844.0 | 47,575.20 | RECEIVED MAY 30 2017 LPWF VC |
| TRAINING | 0.50 | | 922.00 | |
| TOTAL (ALL FUNDS) | **11634** | | $48,497.20 | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound by the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | | Employer | **M.B.I** |
|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only |

REMITTANCE FORM
ENTERED ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | | | |
|------|--|--|--|--|
| 033938 | | | FED. ID NO. | |
| | | | PHONE 847-838-6550 | |

REPORT FOR HOURS WORKED IN APR. 2017
PERIOD FROM                TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here

MC

**Inactive**      PAGE 1
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 125.5 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 103.5 |
| | 0001 | RAFAEL COLIN | 120.5 |
| | 0001 | JESUS E GARCIA | 111.5 |
| | 0001 | JUAN ALVAREZ | 126.5 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 126.5 |
| | 0001 | MIGUEL A MUJICA | 126.5 |
| | 0001 | JOSE CONTRERAS | 123.5 |
| | 0001 | FELIPE MADRIGAL | 103.5 |
| | 0001 | SALVADOR ALVAREZ | 126.5 |

TOTAL HOURS

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 25.80 | | |
| TRAINING | 0.50 | | |
| **TOTAL (ALL FUNDS)** | 26.30 | | |
| CHECK NUMBER | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to

If you are using USPS mail:
Laborers' Pension & Welfare Funds
36327 Treasury Center
Chicago IL 60694-1306
If you are using Courier packages & messenger services:
Xerox c/o 5630 Hours
LBX 21136
525 W Monroe St 8th Floor
Chicago IL 60154

| Fund Adm. | _[signature]_ | Employer | _____ |
|---|---|---|---|
| Union | _[signature]_ | By | _____ |
| | _[signature]_ | | Signed by an authorized officer, partner or agent only |

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | FED. ID NO | | Inactive | PAGE 2 |
|------|--|------------|--|----------|--------|
| 033938 | 153(131 | PHONE 847-838-6550 | | ☐ No Laborers This Month | |

REPORT FOR HOURS WORKED IN MAY, 2017
PERIOD FROM            TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**RECEIVED**
JUL 0 7 2017
LPWF

Inactive                PAGE 2
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

Please check here        MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 1,414.0 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|------|------|-------------|--------|--|
| Welfare & Pension | 25.80 | 1,414.0 | 36,481.20 | |
| TRAINING | 0.50 | | 707.00 | **RECEIVED** JUL 0 5 2017 LPWF MC |
| **TOTAL (ALL FUNDS)** | 26.30 | | $37,188.20 | |
| CHECK NUMBER | 11711 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.                          Employer    M.b.f.
Union                        By
                                   Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**
**ENTERED BY DP**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.com

| CODE | | | |
|------|---|---|---|
| 033938 | | | |

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN MAY. 2017

PERIOD FROM ___ TO ___

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

PAGE 1

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 98.0 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0004 | BERULO SALGADO | |
| | 0001 | EDGAR ESPINOZA | 87.5 |
| | 0002 | ANTONIO HERRERA | |
| | 0004 | ROGELIO SALGADO | |
| | 0001 | RAFAEL COLIN | 113.5 |
| | 0001 | JESUS E GARCIA | 105.5 |
| | | ANGEL SIMANCA | 94.0 |
| | 0001 | JUAN ALVAREZ | 121.5 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 95.0 |
| | 0004 | CLIMACO FLORES | |
| | 0001 | MIGUEL A MUJICA | 129.0 |
| | 0001 | CARLOS M OSEGUERA | |
| | 0001 | JOSE CONTRERAS | 118.0 |
| | 0001 | JOSE VILLAFAN | 90.0 |
| | 0001 | FELIPE MADRIGAL | 136.5 |
| | 0118 | SALVADOR ALVAREZ | 105.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____  Employer _____

Union _____  By _____

Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | FED. ID NO.: | PAGE 2 |
|------|--|--------------|--------|

**CODE** 033938

**153829**

FED. ID NO.:
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JUN. 2017
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED
AUG 08 2017
PWF

Please check here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | 0001 | FELIPE MADRIGAL | 139.0 |
| | 0001 | SALVADOR ALVAREZ | 131.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 1,536.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|------|------|-------------|--------|
| Welfare & Pension | 26.97 | 1,536.5 | 41,439.41 |
| TRAINING | 0.50 | | 768.25 |
| **TOTAL (ALL FUNDS)** | 27.47 | | $42,207.66 |
| CHECK NUMBER | | | #11782 |

RECEIVED
AUG 07 2017
LPWF MC

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return the report with a payment to:

If you are using USPS mail:
Laborers' Pension & Welfare Fund
...

| Fund Adm. | | Employer | M.B.P. |
|-----------|--|----------|--------|
| Union | | By | |
| | | Signed by an authorized officer, partner or agent only | |

REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | |
|---|---|---|
| 033938 | | |

FED. ID NO.:
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN JUN. 2017
PERIOD FROM          TO

Please check here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

PAGE 1

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 120.5 |
| | | PEDRO REBOLLO | |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0004 | BERULO SALGADO | |
| | 0001 | EDGAR ESPINOZA | 124.5 |
| | 0002 | ANTONIO HERRERA | |
| | | JESUS VELAZQUEZ | |
| | 0004 | ROGELIO SALGADO | |
| | 0001 | RAFAEL COLIN | 102.0 |
| | 0001 | JESUS E GARCIA | 125.0 |
| | 0032 | ANGEL SIMANCA | 93.5 |
| | 0001 | JUAN ALVAREZ | 135.5 |
| | 0001 | JESUS GALLEGOS MUNGUIA | 63.5 |
| | 0004 | CLIMACO FLORES | |
| | 0001 | MIGUEL A MUJICA | 138.0 |
| | 0001 | CARLOS M OSEGUERA | |
| | 0001 | JOSE CONTRERAS | 123.5 |
| | 0001 | JOSE VILLAFAN | 120.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Please complete and return this report with payment to.

If you are using USPS mail:
Laborers' Pension & Welfare Funds
Lock Box Processing Center
Chicago, IL 60601-2520
If you are not using a parcel post service:
Xerox Co/BMO Harris
Box 1587
37 W Bryn Mawr Ave, Suite 900
Chicago, IL 60601

Fund Adm. _____   Employer _____

Union _____   By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | | FED. ID NO. | | PAGE 2 |
|------|--|--|-------------|--|--------|
| 033938 | 1530792 | | PHONE 847-838-6550 | | |

**REPORT FOR HOURS WORKED IN** JUL. 2017
**PERIOD FROM** TO

RECEIVED PM 9/7/17
SEP 12 2017
LPWF

**Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further

**Final Report**
- [ ] Sold (out of) Business

- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please check here MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---------------------|-----------|------------------|-------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | 1,096.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|------|------|-------------|--------|--|
| Welfare & Pension | 26.97 | 1,096.5 | 29,572.61 | RECEIVED |
| TRAINING | 0.50 | | 548.25 | SEP 11 2017 |
| TOTAL (ALL FUNDS) | 27.47 | | $30,120.86 | LPWF |
| CHECK NUMBER | | | #11890 | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | | Employer | |
|-----------|--|----------|--|
| Union | | By | |
| | | Signed by an authorized officer, partner or agent only | |

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE 033938 | FED. ID NO. PHONE 847-838-6550 | Inactive PAGE 1 |
|---|---|---|

REPORT FOR HOURS WORKED IN JUL. 2017
PERIOD FROM                    TO

Please check here

MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Inactive — PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out) of Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 94.5 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | | EDGAR ESPINOZA | 93.0 |
| | 0001 | RAFAEL COLIN | 80.0 |
| | 0001 | JESUS E GARCIA | 81.0 |
| | | ANGEL SIMANCA | 83.5 |
| | 0001 | JUAN ALVAREZ | 93.0 |
| | 0001 | JESUS GALLEGOS MUNGUIA | ----- |
| | 0001 | MIGUEL A MUJICA | 93.0 |
| | 0001 | JOSE CONTRERAS | 94.0 |
| | | JOSE VILLAFAN | 94.0 |
| | 0001 | FELIPE MADRIGAL | 96.5 |
| | 0118 | SALVADOR ALVAREZ | 74.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____    Employer  M B P

Union _____  By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | FED. ID NO | |
|---|---|---|---|
| 033938 | 1559392 | PHONE 847-838-6550 | PAGE 2 |

REPORT FOR HOURS WORKED IN AUG. 2017
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**RECEIVED OCT 12 2017**

Please check here

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL HOURS** | | | **1,487.0** |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 26.97 | 1,487.0 | 40,104.39 |
| TRAINING | 0.50 | | 743.50 |
| TOTAL (ALL FUNDS) | 27.47 | | $40,847.89 |
| CHECK NUMBER | | | #11928 |

**RECEIVED OCT 10 2017 LРWF MC**

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | Employer | MBP. |
|---|---|---|
| Union | By | |
| | Signed by an authorized officer, partner or agent only | |

**REMITTANCE FORM**
**ENTERED BY DP**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

TELEPHONE 1-708-562-0200 ADMINISTRATION

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

www.chicagolaborersfunds.con

| CODE | | |
|------|--|--|
| 033938 | | |

FED. ID NO.

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN AUG. 2017
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**PAGE 1**

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 151.0 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 165.0 |
| | 0001 | RAFAEL COLIN | 128.0 |
| | 0001 | JESUS E GARCIA | 133.0 |
| | 0032 | ANGEL SIMANCA | ---- |
| | 0001 | JUAN ALVAREZ | 174.5 |
| | 0001 | JESUS GALLEGOS MUNGUIA | ---- |
| | 0001 | MIGUEL A MUJICA | 155.5 |
| | 0001 | JOSE CONTRERAS | 120.5 |
| | 0001 | JOSE VILLAFAN | 110.5 |
| | 0001 | FELIPE MADRIGAL | 87.5 |
| | 0001 | SALVADOR ALVAREZ | 141.5 |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____  Employer _____

Union _____  By _____
Signed by an authorized officer, partner of agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY
11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | |
|------|--|
| 033938 | |

154 1423

SEPT 2017

FED. ID NO
PHONE 847-838-6550

PAGE 2

RECEIVED
NOV 0 6 2017
LPWF

REPORT FOR HOURS WORKED IN SEPT 2017
PERIOD FROM ____ TO ____

Please check here

MC

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED
NOV 0 3 2017
LPWF MC

| TOTAL HOURS | | | 1,380.5 |
|---|---|---|---|

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 26.97 | 1,380.5 | 37,232.09 |
| TRAINING | 0.50 | | 690.25 |
| TOTAL (ALL FUNDS) | 27.47 | | $37,922.34 |
| CHECK NUMBER | 11991 | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | | Employer | MBP |
|---|---|---|---|
| Union | | By | Signed by an authorized officer, partner or agent only |

REMITTANCE FORM

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE | | FED. ID NO. | | | PAGE 1 |
|---|---|---|---|---|---|

033938

FED. ID NO.
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN SEP. 2017
PERIOD FROM                    TO

Please
check
here

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

MC

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 132.5 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 145.5 |
| | 0001 | RAFAEL COLIN | 104.0 |
| | 0001 | JESUS E GARCIA | 98.5 |
| | | ANGEL SIMANCA | 151.5 |
| | 0001 | JUAN ALVAREZ | 144.0 |
| | 0001 | JESUS GALLEGOS MUNGUIA | |
| | 0001 | MIGUEL A MUJICA | 161.5 |
| | 0001 | JOSE CONTRERAS | 99.0 |
| | 0001 | JOSE VILLAFAN | 104.5 |
| | 0001 | FELIPE MADRIGAL | |
| | | SALVADOR ALVAREZ | 119.5 |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm.

Union

Employer     MBP

By

Signed by an authorized officer, partner of agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | | FED. ID NO. | | | PAGE 2 |
|------|---|---|------|---|---|---|
| 033938 | | *1543987* | PHONE 847-838-6550 | | | |

REPORT FOR HOURS WORKED IN OCT. 2017
PERIOD FROM ___ TO ___

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

**RECEIVED DEC 0 4 2017 LPWF**

Please check here

MC

- [ ] **Inactive**
- [ ] No Laborers This Month
- [ ] No Laborers Until Further
- [ ] **Final Report**
- [ ] Sold (out of) Business
- [ ] Change of address
- [ ] Change in name
- [ ] Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | **RECEIVED DEC 0 1 2017 LPWF MC** |
| **TOTAL HOURS** | | | 531.5 |

| FUND | RATE | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| Welfare & Pension | 26.97 | 531.5 | 14,334.56 |
| TRAINING | 0.50 | | 265.75 |
| TOTAL (ALL FUNDS) | 27.47 | | 14,600.31 |
| CHECK NUMBER | *40058* | | |

**RECEIVED DEC 0 1 2017 LPWF**

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | | Employer | MBP |
|---|---|---|---|
| Union | | By | |
| | | Signed by an authorized officer, partner or agent only | |

**REMITTANCE FORM** ENTERED ST

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | |
|------|---|---|
| 033938 | | |

FED. ID NO.
PHONE 847-838-6550

REPORT FOR HOURS WORKED IN OCT. 2017
PERIOD FROM          TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**Inactive**                              PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 59.0 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | | EDGAR ESPINOZA | 37.0 |
| | 0001 | RAFAEL COLIN | 43.5 |
| | 0001 | JESUS E GARCIA | 37.5 |
| | | ANGEL SIMANCA | 37.5 |
| | 0001 | JUAN ALVAREZ | 48.5 |
| | 0001 | MIGUEL A MUJICA | 58.0 |
| | 0001 | JOSE CONTRERAS | 33.5 |
| | | JOSE VILLAFAN | 31.0 |
| | 0001 | FELIPE MADRIGAL | |
| | 0118 | SALVADOR ALVAREZ | 26.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

| Fund Adm. | | Employer | MBP |
|---|---|---|---|
| Union | | By | |
| | | Signed by an authorized officer, partner of agent only | |

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.con

| CODE 033938 | 1546947 | FED. ID NO.<br>PHONE 847-838-6550 | | PAGE 1 |
|---|---|---|---|---|

REPORT FOR HOURS WORKED IN NOV. 2017
PERIOD FROM                TO

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

Please
check
here

MC

**Inactive** — PAGE 1
☐ No Laborers This Month
☐ No Laborers Until Further
**Final Report**
☐ Sold (out of) Business
☐ Change of address
☐ Change in name
☐ Send more forms

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 130.0 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | | EDGAR ESPINOZA | 126.5 |
| | 0001 | RAFAEL COLIN | 114.0 |
| | 0001 | JESUS E GARCIA | 132.0 |
| | | ANGEL SIMANCA | 122.0 |
| | 0001 | JUAN ALVAREZ | 136.5 |
| | 0001 | MIGUEL A MUJICA | 138.0 |
| | 0001 | JOSE CONTRERAS | 133.5 |
| | | JOSE VILLAFAN | 156.0 |
| | | SALVADOR ALVAREZ | 131.0 |
| **TOTAL HOURS** | | | **1,439.5** |

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| Welfare & Pension | 26.97 | 1,439.5 | 38,823.32 | |
| TRAINING | 0.50 | | 719.75 | |
| **TOTAL (ALL FUNDS)** | **27.47** | | 39,543.07 | |
| CHECK NUMBER | 40120 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound to the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____    Employer  M B P.
Union _____  By _____
                            Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# LABORERS' PENSION AND WELFARE FUNDS FOR CHICAGO & VICINITY

**11465 CERMAK ROAD, WESTCHESTER, ILLINOIS 60154**

TELEPHONE 1-708-562-0200 ADMINISTRATION
www.chicagolaborersfunds.com

| CODE | | FED. ID NO. | | PAGE 1 |
|---|---|---|---|---|

CODE 033938

FED. ID NO. 1551298

PHONE 847-838-6550

REPORT FOR HOURS WORKED IN DEC. 2017
PERIOD FROM                    TO

**12 MONTH WAIVER**

MIDWEST BRICK PAVING INC
18557 W STATE LINE RD
ANTIOCH IL 60002-9344

RECEIVED FEB 23 2018 LPWF

Please check here

**Inactive**
☐ No Laborers This Month
☐ No Laborers Until Further

**Final Report**
☐ Sold (out of) Business

☐ Change of address
☐ Change in name
☐ Send more forms

MC

If you are interested in managing your account online, please register at www.chicagolaborersfunds.com under "Employers" section - click on "Account Login" and "Register".

| (MUST BE SHOWN) SSN | LOCAL NO. | NAME OF EMPLOYEE | TOTAL HOURS |
|---|---|---|---|
| | 0001 | ESEQUIEL RUIZ | 103.0 |
| | 0001 | CRAIG MCKEE | 120.0 |
| | 0001 | EDGAR ESPINOZA | 104.0 |
| | 0001 | RAFAEL COLIN | 123.0 |
| | 0001 | JESUS E GARCIA | 123.5 |
| | | ANGEL SIMANCA | 124.0 |
| | 0001 | JUAN ALVAREZ | 124.5 |
| | 0001 | MIGUEL A MUJICA | 116.5 |
| | 0001 | JOSE CONTRERAS | 118.5 |
| | | JOSE VILLAFAN | 133.5 |
| | 0118 | SALVADOR ALVAREZ | 124.5 |
| TOTAL HOURS | | RECO FROM MIKE C. | 1,315.0 |

RECEIVED FEB 21 2018 LPWF

| FUND | RATE | TOTAL HOURS | AMOUNT | |
|---|---|---|---|---|
| Welfare & Pension | 26.97 | 1,315.0 | 35,465.55 | |
| TRAINING | 0.50 | | 657.50 | |
| TOTAL (ALL FUNDS) | 27.47 | | $36,123.05 | |
| CHECK NUMBER | 40185 | | | |

**EMPLOYER'S WARRANTY AND ACCEPTANCE:** The undersigned employer hereby warrants that this report accurately states all hours worked by all laborers in its employ. In addition, the employer hereby agrees to be bound by the terms of the current collective bargaining agreement executed between the Construction and General Laborers' District Council of Chicago and Vicinity and the relevant Multi Employer Associations. Further, the undersigned hereby expressly accepts and agrees to be bound by the Trust agreements governing Laborers' Pension and Welfare, et al., and accepts all of the terms thereof with the intention of providing benefits to its laborers.

Fund Adm. _____
Union _____

Employer M.O.P.
By _____
Signed by an authorized officer, partner or agent only

**REMITTANCE FORM**

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McClintock DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8760

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 2 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD October 2012

DELINQUENT AFTER 11/10/2012 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTALS $41,829.10 | 1,155.5 | |

| MCC | | | | | |
|---|---|---|---|---|---|
| ECET | | | | | |
| CCA | | | | | |
| TOTAL (ABOVE) | $ 0.27 x TOTAL HOURS | | $    311.99 | | |
| WORK DUES | 3.25% OF GROSS WAGES | | $  1,359.45 | | |
| | | CHECK AMOUNT | $  1,671.44 | | |
| | | CHECK # | 8032 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By | | Employer | M.B.P. |
|---|---|---|---|
| | Secretary-Treasurer | | |
| By | | By | 471 |

MAKE AND RETAIN A COPY FOR YOUR RECORD

**Monthly Working Dues Report**

Construction & General Laborers' District Council of Chicago and Vicinity

...OCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-855-8765

CONTRACTOR

CODE
033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD November 2012

DELINQUENT AFTER 12/10/2012 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,344.00 | 120 | |
| | 0118 | CONTRERAS, OMAR | 3,258.00 | 90 | |
| | 0118 | CHAVEZ, FELIPE | 4,724.10 | 130.5 | |
| | 0118 | OREGEL, ISRAEL | 4,199.20 | 116 | |
| | 0118 | ESPINOZA, IGNACIO | 1,846.20 | 51 | |
| | 0118 | CONTRERAS, FRANCISCO | 3,601.90 | 99.5 | |
| | 0118 | ALVAREZ, JUAN | 4,651.70 | 128.5 | |
| | 0118 | OSEGUERA, CARLOS | 4,651.70 | 128.5 | |
| | 0118 | CONTRERAS, JOSE | 4,217.30 | 116.5 | |
| | 0118 | VILLAFAN, JOSE | 3,782.90 | 104.5 | |
| | 0118 | MADRIGAL, FELIPE | 4,887.00 | 135 | |
| | 0118 | ALVAREZ, SALVADOR | 3,945.80 | 109 | |
| | 0118 | GALLEGOS VALLE, MIGUEL A | 4,832.70 | 133.5 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the "Independent Construction industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer    M.B.P.

By _____

MAKE AND RETAIN A
COPY FOR YOUR RECORD

CONTRACTOR CODE
033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

PAGE 2
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD November 2012

DELINQUENT AFTER 12/10/2012 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | $52,942.50 | 1,462.50 | |

| | | | | |
|---|---|---|---|---|
| LMCC | | | | |
| LECET | | | | |
| CAICA | | | | |
| TOTAL (ABOVE) | $ 0.28 x TOTAL HOURS | $ 409.50 | | |
| WORK DUES | 3.25% OF GROSS WAGES | $ 1,720.63 | | |
| | CHECK AMOUNT | $ 2,130.13 | | |
| | CHECK # | 8087 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the "Independent Construction industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer M.B.P.

By _____ Signed by authorized officer partner of signatory firm

MAKE AND RETAIN A COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | |
|---|---|---|
| CODE | | |
| 033936 | | |

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550
FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD December 2012

DELINQUENT AFTER 01/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,344.00 | 120 | |
| | 0118 | CONTRERAS, OMAR | 1,954.80 | 54 | |
| | 0118 | CHAVEZ, FELIPE | 1,411.80 | 39 | |
| | 0118 | OREGEL, ISRAEL | 1,212.70 | 33.5 | |
| | 0118 | ESPINOZA, IGNACIO | 1,122.20 | 31 | |
| | 0118 | CONTRERAS, FRANCISCO | 1,882.40 | 52 | |
| | 0118 | ALVAREZ, JUAN | 1,665.20 | 46 | |
| | 0118 | OSEGUERA, CARLOS | 1,846.20 | 51 | |
| | 0118 | CONTRERAS, JOSE | 1,864.30 | 51.5 | |
| | 0118 | VILLAFAN, JOSE | 669.70 | 18.5 | |
| | 0118 | MADRIGAL, FELIPE | 2,009.10 | 55.5 | |
| | 0118 | ALVAREZ, SALVADOR | 1,303.20 | 36 | |
| | 0118 | GALLEGOS VALLE, MIGUEL A | 2,153.90 | 59.5 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer _____

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

99 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527     PHONE: 630-655-8765

PAGE 2

**CONTRACTOR**

CODE
033938

SOCIAL SECURITY NUMBER
MUST BE SHOWN

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

PERIOD December 2012         DELINQUENT AFTER 01/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | | TOTALS | $23,439.50 | 647.50 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | $ 181.30 | | |
| WORK DUES | | 3.25% OF GROSS WAGES | $ 761.78 | | |
| | | CHECK AMOUNT | $ 943.08 | | |
| | | CHECK # | 8164 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that the report accurately states all hours worked by all of employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer    M.B.P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McClintock Drive – Suite 300 – Burr Ridge, Illinois 60527          PHONE: 830-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD January 2013

DELINQUENT AFTER 02/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | Ø | Ø | |
| | 0118 | CONTRERAS, OMAR | | | |
| | 0118 | CHAVEZ, FELIPE | | | |
| | 0118 | OREGEL, ISRAEL | | | |
| | 0118 | ESPINOZA, IGNACIO | | | |
| | 0118 | CONTRERAS, FRANCISCO | | | |
| | 0118 | ALVAREZ, JUAN | | | |
| | 0118 | OSEGUERA, CARLOS | | | |
| | 0118 | CONTRERAS, JOSE | | | |
| | 0118 | VILLAFAN, JOSE | | | |
| | 0118 | MADRIGAL, FELIPE | | | |
| | 0118 | ALVAREZ, SALVADOR | | | |
| | 0118 | GALLEGOS VALLE, MIGUEL A | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer _____

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McClintock Drive — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | | PAGE 2 |
|---|---|---|---|---|---|

CODE 033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE 847-838-6550
FEDERAL ID NO.

Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD January 2013

DELINQUENT AFTER 02/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | | TOTALS | 0 | 0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | | 0 | |
| WORK DUES | | 3.25% OF GROSS WAGES | | 0 | |
| | | CHECK AMOUNT | | 0 | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer
By _____ Business Manager
Employer M.B.P.
By _____ Signed by an authorized officer, owner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527        PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | | PHONE<br>847-838-6550<br>FEDERAL ID NO. | PAGE 1<br>Send report and check to:<br>Laborers' Work Dues Fund<br>Department 4334<br>Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD February 2013

DELINQUENT AFTER 03/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | % TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | | | Ø | Ø | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | Ø | Ø | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | Ø | | |
| WORK DUES | | 3.25% OF GROSS WAGES | Ø | | |
| | | CHECK AMOUNT | Ø | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer        Employer M.B.P.

By _____ Business Manager        By _____ Signed by an authorized officer, partner or agent only

| MAKE AND RETAIN A |
|---|
| COPY FOR YOUR RECORD |

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD March 2013

DELINQUENT AFTER 04/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | Craig McKee | 4,344.00 | 120 | |
| | | | | | |
| | | TOTALS | $4,344.00 | 120 | |
| ILMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | 33.60 | | |
| WORK DUES | | 3.25% OF GROSS WAGES | 141.18 | | |
| | | CHECK AMOUNT | $174.78 | | |
| | | CHECK # | 8407 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the Union) and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer _____ M.B.P.

By _____ Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527                     PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | PHONE<br>847-838-6550<br>FEDERAL ID NO. | | PAGE 1<br>Send report and check to:<br>Laborers' Work Dues Fund<br>Department 4334<br>Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD April 2013

DELINQUENT AFTER 05/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,344.00 | 120 | |
| | | | | | |
| | | TOTALS | $4,344.00 | 120 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | 33.60 | | |
| WORK DUES | | 3.25% OF GROSS WAGES | 141.18 | | |
| | | CHECK AMOUNT | $174.78 | | |
| | | CHECK # | 8445 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union"), and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer          Employer _____

By _____ Business Manager          By _____ Signed by an authorized officer, partner or agent only

| MAKE AND RETAIN A COPY FOR YOUR RECORD |
|---|

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527     PHONE: 630-655-8765

PAGE 1

| CONTRACTOR | | |
|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. |

Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD May 2013

DELINQUENT AFTER 06/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,344.00 | 120 | |
| | 0118 | Alvarez, Juan | 2,153.90 | 59.5 | |
| | 0118 | Alvarez, Salvador | 579.20 | 16 | |
| | 0118 | Contreras, Francisco | 705.90 | 19.5 | |
| | 0118 | Contreras, Jose | 705.90 | 19.5 | |
| | 0118 | Espinoza, Ignacio | 1,592.80 | 44 | |
| | 0118 | Gallegos Valle, Miguel | 144.80 | 4 | |
| | 0118 | Madrigal, Felipe | 2,733.10 | 75.5 | |
| | 0118 | Oregel, Israel | 2,968.40 | 82 | |
| | 0118 | Oseguera, Carlos | 2,009.10 | 55.5 | |
| | 0118 | Villafan, Jose | 2,968.40 | 82 | |
| | | TOTALS | 20,905.50 | 577.50 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.28 x TOTAL HOURS | $161.70 | |
| WORK DUES | 3.25% OF GROSS WAGES | $679.43 | |
| | CHECK AMOUNT | $841.13 | |
| | CHECK # | 8500 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer     Employer _____

By _____ Business Manager     By _____ Signed by an authorized officer, partner of equal only

MAKE AND RETAIN A COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527

8/27/13

13

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE: 630-655-8765 PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD July 2013

DELINQUENT AFTER 08/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | | | |
| | 0118 | OREGEL, ISRAEL | 4,440.00 | 120.0 | |
| | 0118 | ESPINOZA, IGNACIO | 3,792.50 | 102.5 | |
| | 0118 | CONTRERAS, FRANCISCO | 2,719.50 | 73.5 | |
| | 0118 | ALVAREZ, JUAN | 3,829.50 | 103.50 | |
| | 0118 | OSEGUERA, CARLOS | 3,829.50 | 103.5 | |
| | 0118 | CONTRERAS, JOSE | 3,533.50 | 95.5 | |
| | 0118 | VILLAFAN, JOSE | 2,941.50 | 79.5 | |
| | 0118 | MADRIGAL, FELIPE | 2,053.5 | 55.5 | |
| | 0118 | ALVAREZ, SALVADOR | 3,311.50 | 89.5 | |
| | 0118 | GALLEGOS VALLE, MIGUEL A | 3,237.50 | 87.5 | |
| | 0118 | Gallegos, Jesus | | | |
| | 0118 | Mujica, Miguel | 2,059.05 | 79.5 | |
| | 0118 | Oregel, Francisco | 777.00 | 30.0 | |
| | | | 1,463.35 | 56.5 | |
| | | TOTALS | $37,987.90 | 1,076.5 | |

| | | | | |
|---|---|---|---|---|
| (ABOVE) | $ 0.28 × TOTAL HOURS | | $ | 301.42 |
| DUES | 3.25% OF GROSS WAGES | | $ | 1,234.61 |
| | CHECK AMOUNT | | $ | 1,536.03 |
| | CHECK # | | 8645 | |

WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all Other employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or Agreement.

Secretary-Treasurer    Employer   M.B.P.

Business Manager    By

Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

9/20/13

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

(73)

| CONTRACTOR | | | | |
|---|---|---|---|---|
| **CODE** 033938 | MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | PHONE<br>847-838-6550<br>FEDERAL ID NO. | PAGE 1<br>Send report and check to:<br>Laborers' Work Dues Fund<br>Department 4334<br>Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD August 2013

DELINQUENT AFTER 09/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,440.00 | 120.0 | |
| | 0000 | OREGEL, FRANCISCO | 4,773.00 | 129.0 | |
| | 0118 | OREGEL, ISRAEL | 1,961.00 | 53.0 | |
| | 0118 | ESPINOZA, IGNACIO | 4,773.00 | 129.0 | |
| | 0118 | CONTRERAS, FRANCISCO | 6,641.50 | 179.5 | |
| | 0118 | ALVAREZ, JUAN | 6,345.50 | 171.5 | |
| | 0000 | GALLEGOS, JESUS | 6,142.00 | 166.0 | |
| | 0118 | OSEGUERA, CARLOS | 6,623.00 | 179.0 | |
| | 0118 | CONTRERAS, JOSE | 5,883.00 | 159.0 | |
| | 0118 | VILLAFAN, JOSE | 5,013.50 | 135.5 | |
| | 0118 | MADRIGAL, FELIPE | 5,439.00 | 147.0 | |
| | 0118 | ALVAREZ, SALVADOR | 4,865.50 | 131.5 | |
| | 0118 | Mujica, Miguel | 4,995.00 | 135.0 | |
| | | **TOTALS** | $67,895.00 | 1,835.0 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.28 x TOTAL HOURS | 513.80 | |
| WORK DUES | 3.25% OF GROSS WAGES | 2,206.59 | |
| | CHECK AMOUNT | $ 2,720.39 | |
| | CHECK # | 8715 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement (with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer M.B.P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527

PHONE: 630-655-8765

| CONTRACTOR | | |
|---|---|---|
| CODE 033938 | | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

PERIOD September 2013

DELINQUENT AFTER 10/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,440.00 | 120.0 | |
| | 0000 | OREGEL, FRANCISCO | 1,091.50 | 29.5 | |
| | 0118 | OREGEL, ISRAEL | 1,554.00 | 42.0 | |
| | 0118 | ESPINOZA, IGNACIO | 1,091.5 | 29.5 | |
| | 0118 | CONTRERAS, FRANCISCO | 2,793.50 | 75.5 | |
| | 0118 | ALVAREZ, JUAN | 1,091.50 | 29.5 | |
| | 0000 | GALLEGOS, JESUS | 2,497.50 | 67.5 | |
| | 0000 | MUJICA, MIGUEL | 2,072.00 | 56.0 | |
| | 0118 | OSEGUERA, CARLOS | 3,071.00 | 83.0 | |
| | 0118 | CONTRERAS, JOSE | 2,738.00 | 74.0 | |
| | 0118 | VILLAFAN, JOSE | 407.00 | 11.0 | |
| | 0118 | MADRIGAL, FELIPE | 2,553.00 | 69.0 | |
| | 0118 | ALVAREZ, SALVADOR | 869.50 | 23.5 | |
| | | TOTALS | 26,270.00 | 710.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | 198.80 | | |
| WORK DUES | | 3.25% OF GROSS WAGES | 853.78 | | |
| | | CHECK AMOUNT | $1,052.58 | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all its Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of this Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer _____ M.B.P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527                    PHONE: 630-655-8765

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD October 2013

DELINQUENT AFTER 11/10/2013  10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,440.00 | 120 | |
| | 0118 | OREGEL, FRANCISCO O | 2,627.00 | 71 | |
| | 0118 | OREGEL, ISRAEL | 2,812.00 | 76 | |
| | 0118 | ESPINOZA, IGNACIO | 1,628.00 | 44 | |
| | 0118 | CONTRERAS, FRANCISCO | 3,922.00 | 106 | |
| | 0118 | ALVAREZ, JUAN | 4,199.50 | 113.5 | |
| | 0118 | GALLEGOS, JESUS | 3,330.00 | 90 | |
| | 0118 | MUJICA, MIGUEL A | 3,348.50 | 90.5 | |
| | 0118 | OSEGUERA, CARLOS | 4,144.00 | 112.0 | |
| | 0118 | CONTRERAS, JOSE | 3,903.50 | 105.5 | |
| | 0118 | VILLAFAN, JOSE | 2,867.50 | 77.5 | |
| | 0118 | MADRIGAL, FELIPE | 3,108.00 | 84 | |
| | 0118 | ALVAREZ, SALVADOR | 3,959.00 | 107 | |
| | | TOTALS | 44,289.00 | 1,197.00 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | | 335.16 | |
| WORK DUES | | 3.25% OF GROSS WAGES | | 1,439.39 | |
| | | CHECK AMOUNT | $1,774.55 | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer  M. B. P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527     PHONE: 630-655-8765

12/14/13

13

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | PHONE<br>847-838-6550<br>FEDERAL ID NO. | PAGE 1<br>Send report and check to:<br>Laborers' Work Dues Fund<br>Department 4334<br>Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD November 2013

DELINQUENT AFTER 12/10/2013 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,440.00 | 120.0 | |
| | 0118 | OREGEL, FRANCISCO O | 5,790.50 | 156.5 | |
| | 0118 | OREGEL, ISRAEL | 6,623.00 | 179.0 | |
| | 0118 | ESPINOZA, IGNACIO | 5,494.50 | 148.5 | |
| | 0118 | CONTRERAS, FRANCISCO | 7,159.50 | 193.5 | |
| | 0118 | ALVAREZ, JUAN | 7,159.50 | 193.5 | |
| | 0118 | GALLEGOS, JESUS | 7,122.50 | 192.5 | |
| | 0118 | MUJICA, MIGUEL A | 6,364.00 | 172.0 | |
| | 0118 | OSEGUERA, CARLOS | 7,159.50 | 193.5 | |
| | 0118 | CONTRERAS, JOSE | 6,530.50 | 176.5 | |
| | 0118 | VILLAFAN, JOSE | 5,901.50 | 159.5 | |
| | 0118 | MADRIGAL, FELIPE | 6,697.00 | 181.0 | |
| | 0118 | ALVAREZ, SALVADOR | 5,772.00 | 156.0 | |
| | | TOTALS | 82,214.00 | 2,222.0 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.28 x TOTAL HOURS | 622.16 | |
| WORK DUES | 3.25% OF GROSS WAGES | 2,671.96 | |
| | CHECK AMOUNT | $3,294.12 | |
| | CHECK # | 8959 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____    Secretary - Treasurer     Employer ___M.B.P.___

By _____    Business Manager     By _____ Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McClintock Drive -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527        PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | PHONE<br>847-838-6550<br>FEDERAL ID NO. | PAGE 1<br>Send report and check to:<br>Laborers' Work Dues Fund<br>Department 4334<br>Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

↓ PERIOD December 2013

DELINQUENT AFTER 01/10/2014 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,440.00 | 120.0 | |
| | 0118 | OREGEL, FRANCISCO O | 1,036.00 | 28.0 | |
| | 0118 | OREGEL, ISRAEL | 1,036.00 | 28.0 | |
| | 0118 | ESPINOZA, IGNACIO | 1,332.00 | 36.0 | |
| | 0118 | CONTRERAS, FRANCISCO | 684.50 | 18.5 | |
| | 0118 | ALVAREZ, JUAN | 980.50 | 26.5 | |
| | 0118 | GALLEGOS, JESUS | 1,036.00 | 28.0 | |
| | 0118 | MUJICA, MIGUEL A | 296.00 | 8.0 | |
| | 0118 | OSEGUERA, CARLOS | 610.50 | 16.5 | |
| | 0118 | CONTRERAS, JOSE | 740.00 | 20.0 | |
| | 0118 | VILLAFAN, JOSE | 1,036.00 | 28.0 | |
| | 0118 | MADRIGAL, FELIPE | 1,332.00 | 36.0 | |
| | 0118 | ALVAREZ, SALVADOR | 1,026.00 | 28.0 | |
| | | | 1036.00 | | |
| | | TOTALS | 15,595.50 | 421.5 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $0.28 x TOTAL HOURS | 118.02 | | |
| WORK DUES | | 3.25% OF GROSS WAGES | 506.85 | | |
| | | CHECK AMOUNT | $624.87 | | |
| | | CHECK # | 9034 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE : By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of this Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer M.B.P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD January 2014          DELINQUENT AFTER 02/10/2014  10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | Ø | Ø | |
| | 0118 | OREGEL, FRANCISCO O | | | |
| | 0118 | OREGEL, ISRAEL | | | |
| | 0118 | ESPINOZA, IGNACIO | | | |
| | 0118 | CONTRERAS, FRANCISCO | | | |
| | 0118 | ALVAREZ, JUAN | | | |
| | 0118 | GALLEGOS, JESUS | | | |
| | 0118 | MUJICA, MIGUEL A | | | |
| | 0118 | OSEGUERA, CARLOS | | | |
| | 0118 | CONTRERAS, JOSE | | | |
| | 0118 | VILLAFAN, JOSE | | | |
| | 0118 | MADRIGAL, FELIPE | | | |
| | 0118 | ALVAREZ, SALVADOR | | | |
| | | | | | |
| | | TOTALS | Ø | Ø | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | Ø | | |
| WORK DUES | | 3.25% OF GROSS WAGES | Ø | | |
| | | CHECK AMOUNT | Ø | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____  Employer  M.B.P.

Secretary - Treasurer

By _____  By _____

Business Manager          Signed by an authorized officer, partner or agent only

| MAKE AND RETAIN A COPY FOR YOUR RECORD |
|---|

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE – SUITE 300 – BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | |
|---|---|---|
| CODE<br>033938 | | |

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD February 2014

DELINQUENT AFTER 03/10/2014 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | Ø | Ø | |
| | 0118 | OREGEL, FRANCISCO O | | | |
| | 0118 | OREGEL, ISRAEL | | | |
| | 0118 | ESPINOZA, IGNACIO | | | |
| | 0118 | CONTRERAS, FRANCISCO | | | |
| | 0118 | ALVAREZ, JUAN | | | |
| | 0118 | GALLEGOS, JESUS | | | |
| | 0118 | MUJICA, MIGUEL A | | | |
| | 0118 | OSEGUERA, CARLOS | | | |
| | 0118 | CONTRERAS, JOSE | | | |
| | 0118 | VILLAFAN, JOSE | | | |
| | 0118 | MADRIGAL, FELIPE | | | |
| | 0118 | ALVAREZ, SALVADOR | | | |
| | | | | | |
| | | TOTALS | Ø | Ø | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | $ 0.28 x TOTAL HOURS | | Ø | | |
| WORK DUES | 3.25% OF GROSS WAGES | | Ø | | |
| | | CHECK AMOUNT | Ø | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all o Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer  N.B.P.

By _____
Signed by authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | | PAGE 1 |
|---|---|---|---|---|---|

CODE
033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD March 2014

DELINQUENT AFTER 04/10/2014 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | Craig McKee | 4,440.00 | 120 | |
| | | | | | |
| | | TOTALS | 4,440.00 | 120 | |

| | | |
|---|---|---|
| LMCC | | |
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.28 x TOTAL HOURS | 33.60 |
| WORK DUES | 3.25% OF GROSS WAGES | 144.30 |
| | CHECK AMOUNT | $177.90 |
| | CHECK # | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____  Secretary - Treasurer

By _____  Business Manager

Employer _____  M.B.P.

By _____  Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | |
|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

PERIOD April 2014                    DELINQUENT AFTER 05/10/2014 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,440.00 | 120 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | 4,440.00 | 120 | |

| | | |
|---|---|---|
| LMCC | | |
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.28 x TOTAL HOURS | 33.60 |
| WORK DUES | 3.25% OF GROSS WAGES | 144.30 |
| | CHECK AMOUNT | $177.90 |
| | CHECK # | 9249 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By | | Employer | M.J.F. |
|---|---|---|---|
| | Secretary - Treasurer | | |
| By | | By | |
| | Business Manager | | Signed by an authorized officer, partner or agent only |

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

6/4/14
(13)

| CONTRACTOR | | | | | |
|---|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN
↓ PERIOD May 2014

DELINQUENT AFTER 06/10/2014 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,440.00 | 120 | |
| | 0118 | Oregel, Francisco | 2,756.50 | 74.5 | |
| | 0118 | Oregel, Israel | 3,071.00 | 83.0 | |
| | 0118 | Espinoza, Ignacio | 2,719.50 | 73.5 | |
| | 0118 | Contreras, Francisco | 4,181.00 | 113.0 | |
| | 0118 | Alvarez, Juan | 4,236.50 | 114.5 | |
| | 0118 | Gallegos, Jesus | 3,274.50 | 88.5 | |
| | 0118 | Mujica, Miguel | 3,496.50 | 94.5 | |
| | 0118 | Oseguera, Carlos | 4,218.00 | 114.0 | |
| | 0118 | Contreras, Jose | 3,959.00 | 107.0 | |
| | 0118 | Villafan, Jose | 3,163.50 | 85.5 | |
| | 0118 | Madrigal, Felipe | 3,237.50 | 87.5 | |
| | 0118 | Alvarez, Salvador | 3,977.50 | 107.5 | |
| | | | | | |
| | | | | | |
| | | TOTALS | 46,731.00 | 1,263.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | 353.64 | | |
| WORK DUES | | 3.25% OF GROSS WAGES | 1,518.76 | | |
| | | | | | |
| | | CHECK AMOUNT | 1,872.40 | | |
| | | CHECK # | 9295 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By _____ Secretary - Treasurer | Employer M.B.P. | MAKE AND RETAIN A COPY FOR YOUR RECORD |
|---|---|---|
| By _____ Business Manager | By _____ Signed by an authorized officer, partner of agent only | |

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

7/30/14
13

| CONTRACTOR | | | | PAGE 1 |
|---|---|---|---|---|

CODE 033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD June 2014

DELINQUENT AFTER 07/10/2014  10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,560.00 | 120 | |
| | 0118 | OREGEL, FRANCISCO O | 1,140.00 | 30 | |
| | 0118 | OREGEL, ISRAEL | 836.00 | 22 | |
| | 0118 | ESPINOZA, IGNACIO | 798.00 | 21 | |
| | 0118 | CONTRERAS, FRANCISCO | 1,330.00 | 35 | |
| | 0118 | ALVAREZ, JUAN | 1,330.00 | 35 | |
| | 0118 | GALLEGOS, JESUS | 1,330.00 | 35 | |
| | 0118 | MUJICA, MIGUEL A | 1,330.00 | 35 | |
| | 0118 | OSEGUERA, CARLOS | 1,330.00 | 35 | |
| | 0118 | CONTRERAS, JOSE | 1,330.00 | 35 | |
| | 0118 | VILLAFAN, JOSE | 1,026.00 | 27 | |
| | 0118 | MADRIGAL, FELIPE | 1,026.00 | 27 | |
| | 0118 | ALVAREZ, SALVADOR | 304.00 | 8 | |
| | | TOTALS | 17,670.00 | 465 | |

| LMCC | | | | |
|---|---|---|---|---|
| LECET | | | | |
| CAICA | | | | |
| TOTAL (ABOVE) | | $ 0.28 x TOTAL HOURS | 130.20 | |
| WORK DUES | | 3.25% OF GROSS WAGES | 574.28 | |
| | | CHECK AMOUNT | $704.48 | |
| | | CHECK # | 9358 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____  Secretary-Treasurer

By _____  Business Manager

Employer  M.B.P.

By _____
Signed by an authorized officer, partner of agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

8/25/14
(13)

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527        PHONE: 630-655-8765

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD July 2014                    DELINQUENT AFTER 08/10/2014 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,560.00 | 120 | |
| | 0118 | OREGEL, FRANCISCO O | 1,501.00 | 39.5 | |
| | 0118 | OREGEL, ISRAEL | 3,249.00 | 85.5 | |
| | 0118 | ESPINOZA, IGNACIO | 1,216.00 | 32 | |
| | 0118 | CONTRERAS, FRANCISCO | 4,123.00 | 108.5 | |
| | 0118 | ALVAREZ, JUAN | 3,895.00 | 102.5 | |
| | 0118 | GALLEGOS, JESUS | 3,401.00 | 89.5 | |
| | 0118 | MUJICA, MIGUEL A | 2,185.00 | 57.5 | |
| | 0118 | OSEGUERA, CARLOS | 4,123.00 | 108.5 | |
| | 0118 | CONTRERAS, JOSE | 3,002.00 | 79 | |
| | 0118 | VILLAFAN, JOSE | 1,881.00 | 49.5 | |
| | 0118 | MADRIGAL, FELIPE | 2,641.00 | 69.5 | |
| | 0118 | ALVAREZ, SALVADOR | 0.00 | 0 | |
| | 0118 | Contreras, Valentin | 969.00 | 25.5 | |
| | | TOTALS | 36,746.00 | 967 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.27 x TOTAL HOURS | 261.09 | |
| WORK DUES | 3.25% OF GROSS WAGES | 1,194.25 | |
| | CHECK AMOUNT | $1,455.34 | |
| | CHECK # | 9429 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer _____ M.B.P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE ~ SUITE 300 ~ BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | |
|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. |

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD August 2014                     DELINQUENT AFTER 09/10/2014 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,560.00 | 120 | |
| | 0118 | OREGEL, FRANCISCO O | 4,256.00 | 112 | |
| | 0118 | OREGEL, ISRAEL | 4,560.00 | 120 | |
| | 0118 | ESPINOZA, IGNACIO | 3,572.00 | 94 | |
| | 0118 | CONTRERAS, FRANCISCO | 4,883.00 | 128.5 | |
| | 0118 | ALVAREZ, JUAN | 4,940.00 | 130 | |
| | 0118 | GALLEGOS, JESUS | 4,978.00 | 131 | |
| | 0118 | MUJICA, MIGUEL A | 4,161.00 | 109.5 | |
| | 0118 | OSEGUERA, CARLOS | 4,997.00 | 131.5 | |
| | 0118 | CONTRERAS, JOSE | 4,579.00 | 120.5 | |
| | 0118 | VILLAFAN, JOSE | 4,370.00 | 115 | |
| | 0118 | MADRIGAL, FELIPE | 4,636.00 | 122 | |
| | 0118 | ALVAREZ, SALVADOR | 0.00 | 0 | |
| | 0118 | Contreras, Valentin | 3,952.00 | 104 | |
| | | **TOTALS** | 58,444.00 | 1,538.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.27 x TOTAL HOURS | 415.26 | | |
| WORK DUES | | 3.25% OF GROSS WAGES | 1,899.43 | | |
| | | CHECK AMOUNT | 2,314.69 | | |
| | | CHECK # | 9527 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____  Secretary - Treasurer     Employer M.B.P.
By _____  Business Manager     By _____  Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

|  |  |  |  | PAGE 1 |
|---|---|---|---|---|
| **CONTRACTOR** | MIDWEST BRICKPAVING, INC. | **PHONE** | **Send report and check to:** | |
| CODE | 18557 STATELINE RD. | 847-838-6550 | Laborers' Work Dues Fund | |
| 033938 | ANTIOCH IL 60002 | FEDERAL ID NO. | Department 4334 | |
|  |  |  | Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD September 2014                    DELINQUENT AFTER 10/10/2014 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
|  | 0118 | MCKEE, CRAIG | 4,560.00 | 120.0 | |
|  | 0118 | OREGEL, FRANCISCO O | 3,961.50 | 95.0 | |
|  | 0118 | OREGEL, ISRAEL | 3,648.00 | 89.5 | |
|  | 0118 | ESPINOZA, IGNACIO | 3,325.00 | 80.5 | |
|  | 0118 | CONTRERAS, FRANCISCO | 3,800.00 | 92.5 | |
|  | 0118 | CONTRERAS, VALENTIN | 3,030.50 | 73.5 | |
|  | 0118 | ALVAREZ, JUAN | 3,695.50 | 88.0 | |
|  | 0118 | GALLEGOS, JESUS | 2,907.00 | 69.0 | |
|  | 0118 | MUJICA, MIGUEL A | 2,147.00 | 55.5 | |
|  | 0118 | OSEGUERA, CARLOS | 3,667.00 | 90.0 | |
|  | 0118 | CONTRERAS, JOSE | 3,781.00 | 92.0 | |
|  | 0118 | VILLAFAN, JOSE | 3,382.00 | 82.5 | |
|  | 0118 | MADRIGAL, FELIPE | 3,249.00 | 82.5 | |
|  | 0118 | Alvarez, Salvador | 503.50 | 11.5 | |
|  |  | TOTALS | 45,657.00 | 1,122.0 | |

| LMCC | | | | | |
|---|---|---|---|---|---|
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | $ 0.27 x TOTAL HOURS | | 302.94 | | |
| WORK DUES | 3.25% OF GROSS WAGES | | 1,483.85 | | |
| | | CHECK AMOUNT | 1,786.79 | | |
| | | CHECK # | 9607 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By | | Employer | M.B.P. | |
|---|---|---|---|---|
| | Secretary - Treasurer | | | MAKE AND RETAIN A |
| By | | By | | COPY FOR YOUR RECORD |
| | Business Manager | | Signed by an authorized officer, partner or agent only | |

P.11.6/14
13

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE – SUITE 300 – BURR RIDGE, ILLINOIS 60527      PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | PHONE<br>847-838-6550<br>FEDERAL ID NO. | PAGE 1<br>**Send report and check to:**<br>Laborers' Work Dues Fund<br>Department 4334<br>Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD October 2014

DELINQUENT AFTER 11/10/2014 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | MCKEE, CRAIG | 4,560.00 | 120.0 | |
| | 0118 | OREGEL, FRANCISCO O | 5,386.50 | 137.5 | |
| | 0118 | OREGEL, ISRAEL | 5,690.50 | 146.0 | |
| | 0118 | ESPINOZA, IGNACIO | 4,465.00 | 116.0 | |
| | 0118 | CONTRERAS, FRANCISCO | 5,263.00 | 133.5 | |
| | 0118 | CONTRERAS, VALENTIN | 5,054.00 | 131.5 | |
| | 0118 | ALVAREZ, JUAN | 5,329.50 | 136.5 | |
| | 0118 | GALLEGOS, JESUS | 5,073.00 | 127.0 | |
| | 0118 | MUJICA, MIGUEL A | 5,158.50 | 131.5 | |
| | 0118 | OSEGUERA, CARLOS | 5,890.00 | 148.5 | |
| | 0118 | CONTRERAS, JOSE | 5,700.00 | 143.5 | |
| | 0118 | VILLAFAN, JOSE | 5,434.00 | 141.5 | |
| | 0118 | MADRIGAL, FELIPE | 5,348.50 | 137.0 | |
| | | TOTALS | 68,352.50 | 1,750.0 | |

| LMCC | | |
|---|---|---|
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.27 x TOTAL HOURS | 472.50 |
| WORK DUES | 3.25% OF GROSS WAGES | 2,221.46 |
| | CHECK AMOUNT | 2,693.96 |
| | CHECK # | 9689 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer M.B.P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

12/12/2014 10:13AM FAX  6306558864          LABORERS DISTRICT CNCL                    ☑0001/0001

12/28/14

13

## Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD November 2014                    DELINQUENT AFTER 12/10/2014  10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,560.00 | 120.0 | |
| | 0001 | OREGEL, FRANCISCO O | 3,391.50 | 82.5 | |
| | 0001 | OREGEL, ISRAEL | 4,389.00 | 107.5 | |
| | 0001 | ESPINOZA, IGNACIO | 3,030.50 | 73.0 | |
| | 0001 | CONTRERAS, FRANCISCO | 4,123.00 | 100.5 | |
| | 0001 | CONTRERAS, VALENTIN | 3,182.50 | 76.5 | |
| | 0001 | ALVAREZ, JUAN | 4,351.00 | 107.0 | |
| | 0001 | GALLEGOS, JESUS | 3,819.00 | 93.0 | |
| | 0001 | MUJICA, MIGUEL A | 2,907.00 | 69.0 | |
| | 0001 | OSEGUERA, CARLOS | 4,123.00 | 100.5 | |
| | 0001 | CONTRERAS, JOSE | 4,066.00 | 99.5 | |
| | 0001 | VILLAFAN, JOSE | 3,553.00 | 86.0 | |
| | 0001 | MADRIGAL, FELIPE | 4,161.00 | 101.5 | |
| | | TOTALS | 49,656.50 | 1,216.50 | |

| | | | | |
|---|---|---|---|---|
| LMCC | | | | |
| LECET | | | | |
| CAICA | | | | |
| TOTAL (ABOVE) | $ 0.27 x TOTAL HOURS | | 328.46 | |
| WORK DUES | 3.25% OF GROSS WAGES | | 1,613.84 | |
| | | CHECK AMOUNT | 1,942.30 | |
| | | CHECK # | 9765 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extensions, renewals, modification or amendment of that Agreement.

By _____  Secretary - Treasurer          Employer

By _____  Business Manager                By _____

Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527

PHONE: 630-655-8765

PAGE 1

| CONTRACTOR | | PHONE | Send report and check to: |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | 847-838-6550 FEDERAL ID NO. | Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD December 2014

DELINQUENT AFTER 01/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,560.00 | 120.0 | |
| | 0001 | OREGEL, FRANCISCO O | 2,080.50 | 52.5 | |
| | 0001 | OREGEL, ISRAEL | 1,833.50 | 45.5 | |
| | 0001 | ESPINOZA, IGNACIO | 2,099.50 | 52.5 | |
| | 0001 | CONTRERAS, FRANCISCO | 1,529.50 | 37.5 | |
| | 0001 | CONTRERAS, VALENTIN | 2,137.50 | 53.5 | |
| | 0001 | ALVAREZ, JUAN | 2,137.50 | 53.5 | |
| | 0001 | GALLEGOS, JESUS | 1,776.50 | 44.5 | |
| | 0001 | MUJICA, MIGUEL A | 2,080.50 | 52.5 | |
| | 0001 | OSEGUERA, CARLOS | 1,985.50 | 49.5 | |
| | 0001 | CONTRERAS, JOSE | 1,833.50 | 45.5 | |
| | 0001 | VILLAFAN, JOSE | 1,928.50 | 48.5 | |
| | 0001 | MADRIGAL, FELIPE | 2,232.50 | 56.5 | |
| | | TOTALS | 28,215.00 | 712.0 | |

| LMCC | | | |
|---|---|---|---|
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.27 x TOTAL HOURS | 192.24 | |
| WORK DUES | 3.25% OF GROSS WAGES | 916.99 | |
| | CHECK AMOUNT | 1,109.23 | |
| | CHECK # | 9820 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____
        Secretary - Treasurer

By _____
        Business Manager

Employer   MBP

By _____
        Signed by an authorized officer, partner of agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE – SUITE 300 – BURR RIDGE, ILLINOIS 60527        PHONE: 630-655-8765

PAGE 1

| CONTRACTOR | | | | | |
|---|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | | PHONE 847-838-6550 FEDERAL ID NO. | Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD January 2015

DELINQUENT AFTER 02/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 0 | 0 | |
| | 0001 | OREGEL, FRANCISCO O | | | |
| | 0001 | OREGEL, ISRAEL | | | |
| | 0001 | ESPINOZA, IGNACIO | | | |
| | 0001 | CONTRERAS, FRANCISCO | | | |
| | 0001 | CONTRERAS, VALENTIN | | | |
| | 0001 | ALVAREZ, JUAN | | | |
| | 0001 | GALLEGOS, JESUS | | | |
| | 0001 | MUJICA, MIGUEL A | | | |
| | 0001 | OSEGUERA, CARLOS | | | |
| | 0001 | CONTRERAS, JOSE | | | |
| | 0001 | VILLAFAN, JOSE | | | |
| | 0001 | MADRIGAL, FELIPE | | | |
| | | TOTALS | 0 | 0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.27 x TOTAL HOURS | 0 | | |
| WORK DUES | | 3.25% OF GROSS WAGES | 0 | | |
| | | CHECK AMOUNT | 0 | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer M.B.P.

By _____ Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

3/18/15

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527      PHONE: 630-655-8765

PAGE 1

| CONTRACTOR | | | | |
|---|---|---|---|---|
| **CODE** 03393B | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | | PHONE 847-838-6550 FEDERAL ID NO. | Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

**PERIOD February 2015**

DELINQUENT AFTER 03/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | Ø | Ø | |
| | 0001 | OREGEL, FRANCISCO O | | | |
| | 0001 | OREGEL, ISRAEL | | | |
| | 0001 | ESPINOZA, IGNACIO | | | |
| | 0001 | CONTRERAS, FRANCISCO | | | |
| | 0001 | CONTRERAS, VALENTIN | | | |
| | 0001 | ALVAREZ, JUAN | | | |
| | 0001 | GALLEGOS, JESUS | | | |
| | 0001 | MUJICA, MIGUEL A | | | |
| | 0001 | OSEGUERA, CARLOS | | | |
| | 0001 | CONTRERAS, JOSE | | | |
| | 0001 | VILLAFAN, JOSE | | | |
| | 0001 | MADRIGAL, FELIPE | | | |
| | | **TOTALS** | Ø | Ø | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.27 x TOTAL HOURS | Ø | | |
| WORK DUES | | 3.25% OF GROSS WAGES | Ø | | |
| | | **CHECK AMOUNT** | Ø | | |
| | | **CHECK #** | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____      Employer _____ M.B.P. _____

Secretary-Treasurer

By _____      By _____

Business Manager                 Signed by an authorized officer, partner or agent only

**MAKE AND RETAIN A COPY FOR YOUR RECORD**

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE → SUITE 300 → BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

PAGE 1

| CONTRACTOR | | PHONE | Send report and check to: |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | 847-838-6550 FEDERAL ID NO. | Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD March 2015

DELINQUENT AFTER 04/10/2015  10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0118 | McKee, Craig | 4,560.00 | 120.0 | |
| | 0118 | Oregel, Israel | 836.00 | 22.0 | |
| | 0118 | Espinoza, Ignacio | 836.00 | 22.0 | |
| | 0118 | Alvarez, Juan | 266.00 | 7.0 | |
| | 0118 | Oseguera, Carlos | 836.00 | 22.0 | |
| | 0118 | Contreras, Jose | 836.00 | 22.0 | |
| | 0118 | Villafan, Jose | 836.00 | 22.0 | |
| | 0118 | Madrigal, Felipe | 836.00 | 22.0 | |
| | | TOTALS | 9,842.00 | 259.0 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.27 x TOTAL HOURS | 69.93 | |
| WORK DUES | 3.25% OF GROSS WAGES | 319.87 | |
| | CHECK AMOUNT | $389.80 | |
| | CHECK # | 9978 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer M.B.P.

By _____ Signed by an authorized officer, partner or proprietor

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

5/28/15
10

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | PHONE<br>847-838-6550<br>FEDERAL ID NO. | | PAGE 1<br>Send report and check to:<br>Laborers' Work Dues Fund<br>Department 4334<br>Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD April 2015

DELINQUENT AFTER 05/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 18 | MCKEE, CRAIG | 4,560.00 | 120.0 | |
| | 0001 18 | OREGEL, ISRAEL | 2,242.00 | 59.0 | |
| | 0001 18 | ESPINOZA, IGNACIO | 2,698.00 | 71.0 | |
| | 0001 18 | ALVAREZ, JUAN | 2,508.00 | 66.0 | |
| | 0001 18 | OSEGUERA, CARLOS | 2,793.00 | 73.5 | |
| | 0001 18 | CONTRERAS, JOSE | 2,508.00 | 66.0 | |
| | 0001 18 | VILLAFAN, JOSE | 2,793.00 | 73.5 | |
| | 0001 18 | MADRIGAL, FELIPE | 2,508.00 | 66.0 | |
| | 0118 | Contreras, Francisco | 2,527.00 | 66.5 | |
| | 0118 | Gallegos, Jesus | 570.00 | 15.0 | |
| | | **TOTALS** | 25,707.00 | 676.5 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.27 x TOTAL HOURS | 182.66 | |
| WORK DUES | 3.25% OF GROSS WAGES | 835.48 | |
| | CHECK AMOUNT | $1,018.14 | |
| | CHECK # | 10043 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all its Employee's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer

By _____ Business Manager

Employer M.B.P.

By _____ Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD May 2015

DELINQUENT AFTER 06/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,560.00 | 120.0 | |
| | 0001 | OREGEL, ISRAEL | 570.00 | 15.0 | |
| | 0001 | ESPINOZA, IGNACIO | 551.00 | 14.5 | |
| | 0001 | ALVAREZ, JUAN | 266.00 | 7.0 | |
| | 0001 | OSEGUERA, CARLOS | 266.00 | 7.0 | |
| | 0001 | CONTRERAS, JOSE | 266.00 | 7.0 | |
| | 0001 | VILLAFAN, JOSE | 570.00 | 15.0 | |
| | 0001 | MADRIGAL, FELIPE | 266.00 | 7.0 | |
| | 0118 | Contreras, Francisco | 570.00 | 15.0 | |
| | 0118 | Contreras, Valentin | 304.00 | 8.0 | |
| | 0118 | Gallegos, Jesus | 266.00 | 7.0 | |
| | 0118 | Mujica, Miguel | 304.00 | 8.0 | |
| | | | | | |
| | | | | | |
| | | TOTALS | 8,759.00 | 230.5 | |

| LMCC | | | | |
|---|---|---|---|---|
| LECET | | | | |
| CAICA | | | | |
| TOTAL (ABOVE) | | $ 0.27 x TOTAL HOURS | 62.24 | |
| WORK DUES | | 3.25% OF GROSS WAGES | 284.67 | |
| | | CHECK AMOUNT | $346.91 | |
| | | CHECK # | 10114 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____

By _____

Employer M.B.P.

By _____

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527     PHONE: 630-655-8765

CONTRACTOR

CODE
033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD June 2015

DELINQUENT AFTER 07/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,704.00 | 120.0 | |
| | 0001 | OREGEL, ISRAEL | 2,077.60 | 52.0 | |
| | 0001 | ESPINOZA, IGNACIO | 980.00 | 25.0 | |
| | 0001 | CONTRERAS, FRANCISCO | 2,009.00 | 48.5 | |
| | 0001 | ALVAREZ, JUAN | 2,361.80 | 56.5 | |
| | 0001 | GALLEGOS, JESUS | 2,675.40 | 64.5 | |
| | 0001 | OSEGUERA, CARLOS | 2,038.40 | 51.0 | |
| | 0001 | CONTRERAS, JOSE | 0.00 | 0.0 | |
| | 0001 | VILLAFAN, JOSE | 2,087.40 | 49.5 | |
| | 0001 | MADRIGAL, FELIPE | 2,401.00 | 57.5 | |
| | 0001 | Espinoza, Edgar | 1,019.20 | 26.0 | |
| | 0001 | Contreras, Valentin | 1,920.80 | 49.0 | |
| | 0001 | Mujica, Miguel | 1,332.80 | 34.0 | |
| | | TOTALS | 25,607.40 | 633.5 | |

| LMCC | | | |
|---|---|---|---|
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 202.72 | |
| WORK DUES | 3.76% OF GROSS WAGES | 960.28 | |
| | CHECK AMOUNT | $1,163.00 | |
| | CHECK # | 10166 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: by the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____
Secretary - Treasurer

By _____
Business Manager

Employer M.B.P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527    PHONE: 630-655-8765

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD July 2015      DELINQUENT AFTER 08/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,704.00 | 120.0 | |
| | 0001 | OREGEL, ISRAEL | 4,037.60 | 103.0 | |
| | 0001 | ESPINOZA, IGNACIO | 3,645.60 | 93.0 | |
| | 0001 | CONTRERAS, FRANCISCO | 4,370.80 | 111.5 | |
| | 0001 | CONTRERAS, VALENTIN | 4,253.20 | 108.5 | |
| | 0001 | ALVAREZ, JUAN | 4,370.80 | 111.5 | |
| | 0001 | GALLEGOS, JESUS | 4,370.80 | 111.5 | |
| | 0001 | MUJICA, MIGUEL A | 4,037.60 | 103.0 | |
| | 0001 | OSEGUERA, CARLOS | 4,370.80 | 111.5 | |
| | 0001 | CONTRERAS, JOSE | 0.00 | 0.0 | |
| | 0001 | VILLAFAN, JOSE | 3,743.60 | 95.5 | |
| | 0001 | MADRIGAL, FELIPE | 4,351.20 | 111.0 | |
| | 0001 | Espinoza, Edgar | 3,724.00 | 95.0 | |
| | | | | | |
| | | | | | |
| | | TOTALS | 49,980.00 | 1,275.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | | 408.00 | |
| WORK DUES | | 3.75% OF GROSS WAGES | | 1,874.25 | |
| | | CHECK AMOUNT | | 2,282.25 | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____    Employer    M.B.P.
Secretary - Treasurer

By _____    By _____
Business Manager     Signed by an authorized officer, partner or principal only

| MAKE AND RETAIN A COPY FOR YOUR RECORD |

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE – SUITE 300 – BURR RIDGE, ILLINOIS 60527    PHONE: 630-655-8765

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD August 2016        DELINQUENT AFTER 09/10/2016  10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,704.00 | 120.0 | |
| | 0000 | ESPINOZA, EDGAR | 2,655.80 | 63.0 | |
| | 0001 | OREGEL, ISRAEL | 3,302.60 | 79.5 | |
| | 0001 | ESPINOZA, IGNACIO | 2,772.40 | 68.0 | |
| | 0001 | CONTRERAS, FRANCISCO | 3,234.00 | 80.5 | |
| | 0001 | CONTRERAS, VALENTIN | 1,871.80 | 45.0 | |
| | 0001 | ALVAREZ, JUAN | 3,557.40 | 86.0 | |
| | 0001 | GALLEGOS, JESUS | 3,890.60 | 94.5 | |
| | 0001 | MUJICA, MIGUEL A | 2,440.20 | 59.5 | |
| | 0001 | OSEGUERA, CARLOS | 3,557.40 | 86.0 | |
| | 0001 | VILLAFAN, JOSE | 2,567.60 | 61.5 | |
| | 0001 | MADRIGAL, FELIPE | 1,979.60 | 46.5 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | 36,534.40 | 890.0 | |

| LMCC | | |
|---|---|---|
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 284.80 |
| WORK DUES | 3.76% OF GROSS WAGES | 1,370.04 |
| | CHECK AMOUNT | 1,654.84 |
| | CHECK # | 10307 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer _____

By _____ Signed by an authorized officer, partner of signatory

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE ~ SUITE 300 ~ BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

PAGE 1

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD September 2015

DELINQUENT AFTER 10/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,704.00 | 120.0 | |
| | 0000 | ESPINOZA, EDGAR | 2,195.20 | 56.0 | |
| | 0001 | OREGEL, ISRAEL | 2,567.60 | 65.5 | |
| | 0001 | ESPINOZA, IGNACIO | 2,254.00 | 57.5 | |
| | 0001 | CONTRERAS, FRANCISCO | 2,371.60 | 60.5 | |
| | 0001 | CONTRERAS, VALENTIN | 2,391.20 | 61.0 | |
| | 0001 | ALVAREZ, JUAN | 2,371.60 | 60.5 | |
| | 0001 | GALLEGOS, JESUS | 1,744.40 | 44.5 | |
| | 0001 | MUJICA, MIGUEL A | 2,195.20 | 56.0 | |
| | 0001 | OSEGUERA, CARLOS | 2,371.60 | 60.5 | |
| | 0001 | VILLAFAN, JOSE | 2,391.20 | 61.0 | |
| | 0001 | MADRIGAL, FELIPE | 2,371.60 | 60.5 | |
| | | TOTALS | 29,929.20 | 763.5 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $0.32 x TOTAL HOURS | 244.32 | |
| WORK DUES | 3.75% OF GROSS WAGES | 1,122.35 | |
| | CHECK AMOUNT | $1,366.67 | |
| | CHECK # | 10380 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____  Secretary - Treasurer

By _____  Business Manager

Employer  M.B.P.

By _____
Signed by an authorized owner, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE ·· SUITE 300 ·· BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

PAGE 1

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | | PHONE 847-838-6550 FEDERAL ID NO. | Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD October 2015

DELINQUENT AFTER 11/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,704.00 | 120.0 | |
| | 0000 | ESPINOZA, EDGAR | 2,900.80 | 71.5 | |
| | 0001 | OREGEL, ISRAEL | 3,645.60 | 88.0 | |
| | 0001 | ESPINOZA, IGNACIO | 2,293.20 | 53.5 | |
| | 0001 | CONTRERAS, FRANCISCO | 3,557.40 | 86.5 | |
| | 0001 | CONTRERAS, VALENTIN | 2,714.60 | 65.0 | |
| | 0001 | ALVAREZ, JUAN | 2,714.60 | 65.0 | |
| | 0001 | GALLEGOS, JESUS | 509.60 | 13.0 | |
| | 0001 | MUJICA, MIGUEL A | 3,038.00 | 75.0 | |
| | 0001 | OSEGUERA, CARLOS | 3,557.40 | 86.5 | |
| | 0001 | VILLAFAN, JOSE | 1,783.60 | 43.0 | |
| | 0001 | MADRIGAL, FELIPE | 2,077.60 | 48.0 | |
| | | | | | |
| | | TOTALS | 33,496.40 | 815.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | 260.80 | | |
| WORK DUES | | 3.76% OF GROSS WAGES | 1,256.12 | | |
| | | | | | |
| | | CHECK AMOUNT | 1,516.92 | | |
| | | CHECK # | 10441 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____

By _____

Employer _____

By _____

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE ÷ SUITE 300 ÷ BURR RIDGE, ILLINOIS 60527

PHONE: 630-655-8765

PAGE 1

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | | PHONE 847-838-6550 FEDERAL ID NO. | Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD November 2015

DELINQUENT AFTER 12/10/2015 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,704.00 | 120.0 | |
| | 0000 | ESPINOZA, EDGAR | 2,665.60 | 68.0 | |
| | 0001 | OREGEL, ISRAEL | 2,704.80 | 69.0 | |
| | 0001 | ESPINOZA, IGNACIO | 2,704.80 | 69.0 | |
| | 0001 | CONTRERAS, FRANCISCO | 3,253.60 | 83.0 | |
| | 0001 | CONTRERAS, VALENTIN | 2,391.20 | 61.0 | |
| | 0001 | ALVAREZ, JUAN | 2,979.20 | 76.0 | |
| | 0001 | GALLEGOS, JESUS | 0.00 | 0.0 | |
| | 0001 | MUJICA, MIGUEL A | 2,391.20 | 61.0 | |
| | 0001 | OSEGUERA, CARLOS | 3,253.60 | 83.0 | |
| | 0001 | VILLAFAN, JOSE | 2,430.40 | 62.0 | |
| | 0001 | MADRIGAL, FELIPE | 2,430.40 | 62.0 | |
| | | | | | |
| | | TOTALS | 31,908.80 | 814.0 | |

| | | |
|---|---|---|
| LMCC | | |
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 260.48 |
| WORK DUES | 3.75% OF GROSS WAGES | 1,196.58 |
| | CHECK AMOUNT | 1,457.06 |
| | CHECK # | 10532 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____
Secretary - Treasurer

By _____
Business Manager

Employer _____

By _____
Signed by an authorized officer, partner or proprietor

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McClintock Drive -- Suite 300 -- Burr Ridge, Illinois 60527          PHONE: 630-655-8766

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18567 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6650 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD December 2015                 DELINQUENT AFTER 01/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,704.00 | 120.0 | |
| | 0000 | ESPINOZA, EDGAR | 1,734.60 | 42.0 | |
| | 0001 | OREGEL, ISRAEL | 774.20 | 17.5 | |
| | 0001 | ESPINOZA, IGNACIO | 774.20 | 17.5 | |
| | 0001 | CONTRERAS, FRANCISCO | 2,048.20 | 50.0 | |
| | 0001 | CONTRERAS, VALENTIN | 1,734.60 | 42.0 | |
| | 0001 | ALVAREZ, JUAN | 1,930.60 | 47.0 | |
| | 0001 | GALLEGOS, JESUS | 0.00 | 0.0 | |
| | 0001 | MUJICA, MIGUEL A | 2,048.20 | 50.0 | |
| | 0001 | OSEGUERA, CARLOS | 2,048.20 | 50.0 | |
| | 0001 | VILLAFAN, JOSE | 1,303.40 | 31.0 | |
| | 0001 | MADRIGAL, FELIPE | 1,930.60 | 47.0 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | 21,030.80 | 514.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | | 164.48 | |
| WORK DUES | | 3.75% OF GROSS WAGES | | 788.66 | |
| | | CHECK AMOUNT | $953.14 | | |
| | | CHECK # | 10598 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer _____

By _____ Signed by an authorized officer, partner or equity only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

CONTRACTOR

CODE
033938

SOCIAL SECURITY NUMBER
MUST BE SHOWN

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

PERIOD January 2016          DELINQUENT AFTER 02/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | Ø | Ø | |
| | 0000 | ESPINOZA, EDGAR | | | |
| | 0001 | OREGEL, ISRAEL | | | |
| | 0001 | ESPINOZA, IGNACIO | | | |
| | 0001 | CONTRERAS, FRANCISCO | | | |
| | 0001 | CONTRERAS, VALENTIN | | | |
| | 0001 | ALVAREZ, JUAN | | | |
| | 0001 | GALLEGOS, JESUS | | | |
| | 0001 | MUJICA, MIGUEL A | | | |
| | 0001 | OSEGUERA, CARLOS | | | |
| | 0001 | VILLAFAN, JOSE | | | |
| | 0001 | MADRIGAL, FELIPE | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | Ø | Ø | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | Ø | | |
| WORK DUES | | 3.75% OF GROSS WAGES | Ø | | |
| | | CHECK AMOUNT | Ø | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer   M.B.P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE •• SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550  FEDERAL ID NO. | PAGE 1  Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD February 2016          DELINQUENT AFTER 03/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | Ø | Ø | |
| | 0000 | ESPINOZA, EDGAR | | | |
| | 0001 | OREGEL, ISRAEL | | | |
| | 0001 | ESPINOZA, IGNACIO | | | |
| | 0001 | CONTRERAS, FRANCISCO | | | |
| | 0001 | CONTRERAS, VALENTIN | | | |
| | 0001 | ALVAREZ, JUAN | | | |
| | 0001 | MUJICA, MIGUEL A | | | |
| | 0001 | OSEGUERA, CARLOS | | | |
| | 0001 | VILLAFAN, JOSE | | | |
| | 0001 | MADRIGAL, FELIPE | | | |
| | | TOTALS | Ø | Ø | |

LMCC

LECET

CAICA

TOTAL (ABOVE)   $ 0.32 x TOTAL HOURS

WORK DUES   3.75% OF GROSS WAGES

CHECK AMOUNT   Ø

CHECK #

By _____   Employer  M.B.P.

By _____   By _____

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | MIDWEST BRICKPAVING, INC. | PHONE | PAGE 1 |
|---|---|---|---|
| CODE 033938 | 18557 STATELINE RD. ANTIOCH IL 60002 | 847-838-6550 FEDERAL ID NO. | Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD March 2016

DELINQUENT AFTER 04/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,704.00 | 120.0 | |
| | 0000 | ESPINOZA, EDGAR | | | |
| | 0001 | OREGEL, ISRAEL | | | |
| | 0001 | ESPINOZA, IGNACIO | | | |
| | 0001 | CONTRERAS, FRANCISCO | | | |
| | 0001 | CONTRERAS, VALENTIN | | | |
| | 0001 | ALVAREZ, JUAN | | | |
| | 0001 | MUJICA, MIGUEL A | | | |
| | 0001 | OSEGUERA, CARLOS | | | |
| | 0001 | VILLAFAN, JOSE | | | |
| | 0001 | MADRIGAL, FELIPE | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | 4,704.00 | 120.0 | |

| LMCC | | | |
|---|---|---|---|
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 38.40 | |
| WORK DUES | 3.75% OF GROSS WAGES | 176.40 | |
| | CHECK AMOUNT | $214.80 | |
| | CHECK # | 10749 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By _____ Secretary-Treasurer | Employer M.B.P | MAKE AND RETAIN A COPY FOR YOUR RECORD |
|---|---|---|
| By _____ Business Manager | By _____ signature of authorized representative | |

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE – SUITE 300 – BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD April 2016          DELINQUENT AFTER 05/10/2016  10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | McKee, Craig | 4,704.00 | 120.0 | |
| | 0001 | Espinoza, Edgar | 1,195.60 | 30.5 | |
| | 0001 | Contreras, Valentin | 1,430.80 | 36.5 | |
| | 0001 | Gallegos Munguia, Jesus | 1,156.40 | 29.5 | |
| | 0001 | Mujica, Miguel | 1,470.00 | 37.5 | |
| | 0001 | Villafan, Jose | 1,470.00 | 37.5 | |
| | 0001 | Madrigal, Felipe | 1,470.00 | 37.5 | |
| | | TOTALS | 12,896.80 | 329.0 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 105.28 | |
| WORK DUES | 3.75% OF GROSS WAGES | 483.63 | |
| | CHECK AMOUNT | 588.91 | |
| | CHECK # | 10 805 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all e Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal modification or amendment of that Agreement.

By _____   Sec'y-Treasurer

By _____   Business Manager

Employer   Mr.P.P.

By _____
Signature of authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE – SUITE 300 – BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

PAGE 1

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-8550 FEDERAL ID NO. | Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD May 2016

DELINQUENT AFTER 06/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,704.00 | 120.0 | |
| | 0001 | Espinoza, Edgar | 1,391.60 | 34.5 | |
| | 0001 | Contreras, Valentin | 1,999.20 | 49.0 | |
| | 0001 | Garcia, Jesus | 1,411.20 | 34.0 | |
| | 0001 | Alvarez, Juan | 2,018.80 | 49.5 | |
| | 0001 | Gallegos Munguia, Jesus | 2,018.80 | 49.5 | |
| | 0001 | Mujica, Miguel | 1,607.20 | 39.0 | |
| | 0001 | Villafan, Jose | 1,705.20 | 42.5 | |
| | 0001 | Madrigal, Felipe | 2,018.80 | 49.5 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | 18,874.80 | 467.5 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | | 149.60 | |
| WORK DUES | | 3.75% OF GROSS WAGES | | 707.81 | |
| | | CHECK AMOUNT | $857.41 | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____  Secretary - Treasurer

By _____  Business Manager

Employer _____

By _____  Signed by an authorized officer, partner of agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE ·· SUITE 300 ·· BURR RIDGE, ILLINOIS 60527

PHONE: 630-855-8765

PAGE 1

CONTRACTOR

CODE
033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD June 2016

DELINQUENT AFTER 07/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,824.00 | 120.0 | |
| | 0001 | Ruiz, Esequiel | 2,972.40 | 71.5 | |
| | 0001 | Espinoza, Edgar | 2,589.00 | 62.0 | |
| | 0001 | Contreras, Valentin | 3,353.30 | 81.0 | |
| | 0001 | Garcia, Jesus | 2,026.20 | 51.0 | |
| | 0001 | Alvarez, Juan | 2,830.20 | 68.0 | |
| | 0001 | Gallegos Munguia, Jesus | 2,890.50 | 69.5 | |
| | 0001 | Mujica, Miguel | 3,473.40 | 84.0 | |
| | 0001 | Villafan, Jose | 3,654.80 | 88.5 | |
| | 0001 | Madrigal, Felipe | 2,890.50 | 69.5 | |
| | | TOTALS | 31,504.30 | 765.0 | |

| | | |
|---|---|---|
| LMCC | | |
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 244.80 |
| WORK DUES | 3.75% OF GROSS WAGES | 1,181.41 |
| | CHECK AMOUNT | 1,426.21 |
| | CHECK # | 10954 |

EMPLOYER'S WARRANTY AND ACCEPTANCE By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all or Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to, be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____
    Secretary - Treasurer

By _____
    Business Manager

Employer  M. B. P.

By _____
    (Signed by an authorized officer, partner or principal only)

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE ~ SUITE 300 ~ BURR RIDGE, ILLINOIS 60527      PHONE: 630-655-8765

| CONTRACTOR | | |
|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 80002 | PHONE 847-838-6550 FEDERAL ID NO. |

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD July 2016      DELINQUENT AFTER 08/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | MCKEE, CRAIG | 4,824.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 6,612.90 | 159.5 | |
| | 0001 | CONTRERAS, VALENTIN | 2,894.40 | 72.0 | |
| | 0001 | GARCIA, JESUS | 6,080.25 | 147.0 | |
| | 0001 | ALVAREZ, JUAN | 6,502.35 | 157.5 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | 6,291.30 | 151.5 | |
| | 0001 | MUJICA, MIGUEL A | 6,894.30 | 166.5 | |
| | 0001 | VILLAFAN, JOSE | 6,783.75 | 164.5 | |
| | 0001 | MADRIGAL, FELIPE | 6,612.90 | 159.5 | |
| | 0001 | Ruiz, Esequiel | 6,120.45 | 148.0 | |
| | 0001 | Colin, Rafael | 1,286.40 | 29.0 | |
| | 0001 | Contreras, Jose | 6,612.90 | 159.5 | |
| | | TOTALS | 67,515.90 | 1,634.50 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 523.04 | |
| WORK DUES | 3.75% OF GROSS WAGES | 2,531.85 | |
| | CHECK AMOUNT | 3,054.89 | |
| | CHECK # | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer
By _____ Business Manager

Employer _____
By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE – SUITE 300 – BURR RIDGE, ILLINOIS 60527     PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD August 2016      DELINQUENT AFTER 09/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 4,994.85 | 118.5 | |
| | 0001 | MCKEE, CRAIG | 4,824.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 5,457.15 | 131.0 | |
| | 0001 | CONTRERAS, VALENTIN | | | |
| | 0001 | GARCIA, JESUS | 5,105.40 | 121.0 | |
| | 0001 | ALVAREZ, JUAN | 5,758.65 | 136.0 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | 5,758.65 | 136.0 | |
| | 0001 | MUJICA, MIGUEL A | 5,366.70 | 129.5 | |
| | 0001 | VILLAFAN, JOSE | 3,306.45 | 79.0 | |
| | 0001 | MADRIGAL, FELIPE | 5,678.25 | 134.0 | |
| | 0001 | Colin, Rafael | 4,954.65 | 118.5 | |
| | 0001 | Contreras, Jose | 5,597.85 | 132.0 | |
| | | | | | |
| | | TOTALS | 56,802.60 | 1,355.5 | |

| LMCC | | |
|---|---|---|
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 433.76 |
| WORK DUES | 3.75% OF GROSS WAGES | 2,130.10 |
| | CHECK AMOUNT | 2,563.86 |
| | CHECK # | 1100 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary - Treasurer
By _____ Business Manager

Employer _____
By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McClintock Drive -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | |
|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. |

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD September 2016

DELINQUENT AFTER 10/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 6,030.00 | 126.5 | |
| | 0001 | MCKEE, CRAIG | 4,824.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 5,205.90 | 123.0 | |
| | 0001 | COLIN, RAFAEL | 7,336.50 | 159.0 | |
| | 0001 | ~~CONTRERAS, VALENTIN~~ | | | |
| | 0001 | GARCIA, JESUS | 6,532.50 | 138.5 | |
| | 0001 | ALVAREZ, JUAN | 6,512.40 | 137.5 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | 5,859.15 | 124.5 | |
| | 0001 | MUJICA, MIGUEL A | 6,482.25 | 138.5 | |
| | 0001 | CONTRERAS, JOSE | 6,411.90 | 135.0 | |
| | 0001 | VILLAFAN, JOSE | 6,090.30 | 135.0 | |
| | 0001 | MADRIGAL, FELIPE | 6,442.05 | 144.0 | |
| | 0001 | Simanca, Angel | 6,220.95 | 130.5 | |
| | 0001 | Alvarez, Salvador | 2,934.60 | 59.0 | |
| TOTALS | | | 76,882.50 | 1,671.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | 534.72 | | |
| WORK DUES | | 3.75% OF GROSS WAGES | 2,883.09 | | |
| | | CHECK AMOUNT | 3,417.81 | | |
| | | CHECK # | 11165 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer M.B.P.

By _____ Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

11/15/2016 12:10PM FAX                                                    @0001/0001

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
899 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-666-8766

| CONTRACTOR | | | | PAGE 1 |
|---|---|---|---|---|

**CODE** 033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6660

FEDERAL ID NO.

Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

**SOCIAL SECURITY NUMBER MUST BE SHOWN**

PERIOD October 2016                          DELINQUENT AFTER 11/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 4,009.95 | 94.0 | |
| | 0001 | MCKEE, CRAIG | 4,824.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 4,502.40 | 106.0 | |
| | 0001 | COLIN, RAFAEL | 4,341.60 | 102.0 | |
| | 0001 | GARCIA, JESUS | 4,512.45 | 106.5 | |
| | 0001 | ALVAREZ, JUAN | 4,361.70 | 102.5 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | 4,663.20 | 110.0 | |
| | 0001 | MUJICA, MIGUEL A | 4,663.20 | 110.0 | |
| | 0001 | CONTRERAS, JOSE | 4,663.20 | 110.0 | |
| | 0001 | VILLAFAN, JOSE | 4,361.70 | 102.5 | |
| | 0001 | MADRIGAL, FELIPE | 4,663.20 | 110.0 | |
| | 0001 | Simanca, Angel | 4,663.20 | 110.0 | |
| | 0001 | Alvarez, Salvador | 4,009.95 | 94.0 | |
| | | **TOTALS** | 58,239.75 | 1,377.5 | |

| LMCC | | |
|---|---|---|
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 440.80 |
| WORK DUES | 3.75% OF GROSS WAGES | 2,183.99 |

CHECK AMOUNT $2,624.79

CHECK # 11248

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Contractor Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of this Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer M.B.P

By _____
Signed by an officer, owner, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8785

CONTRACTOR

CODE
033938

SOCIAL SECURITY NUMBER
MUST BE SHOWN

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

PERIOD November 2016

DELINQUENT AFTER 12/10/2016 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 6,934.50 | 156.0 | |
| | 0001 | MCKEE, CRAIG | 4,824.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 7,728.45 | 172.0 | |
| | 0001 | COLIN, RAFAEL | 7,266.15 | 161.5 | |
| | 0001 | GARCIA, JESUS | 8,170.65 | 183.0 | |
| | 0001 | ALVAREZ, JUAN | 8,653.05 | 191.0 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | 7,889.25 | 176.5 | |
| | 0001 | MUJICA, MIGUEL A | 7,919.40 | 178.0 | |
| | 0001 | CONTRERAS, JOSE | 7,678.20 | 171.0 | |
| | 0001 | VILLAFAN, JOSE | 4,934.55 | 114.5 | |
| | 0001 | MADRIGAL, FELIPE | 8,110.35 | 177.5 | |
| | 0001 | Simanca, Angel | 7,557.60 | 169.0 | |
| | 0001 | Alvarez, Salvador | 6,763.65 | 149.0 | |
| | | **TOTALS** | 94,429.80 | 2,119.0 | |

| LMCC | | | |
|---|---|---|---|
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 678.08 | |
| WORK DUES | 3.75% OF GROSS WAGES | 3,541.12 | |

CHECK AMOUNT   4,219.20

CHECK #   11285

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the 'Union') and any extension, renewal, modification or amendment of that Agreement.

By _____  Secretary - Treasurer

By _____  Business Manager

Employer   M.B.P.

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527      PHONE: 630-655-8765

| CONTRACTOR | | |
|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | PHONE<br>847-838-6550<br>FEDERAL ID NO. |

PHONE 847-838-6550

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD December 2016

DELINQUENT AFTER 01/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 2,954.70 | 69.0 | |
| | 0001 | MCKEE, CRAIG | 4,824.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 4,482.30 | 106.0 | |
| | 0001 | COLIN, RAFAEL | 3,808.95 | 89.5 | |
| | 0001 | GARCIA, JESUS | 4,462.20 | 105.5 | |
| | 0000 | SIMANCA, ANGEL | 4,462.20 | 105.5 | |
| | 0001 | ALVAREZ, JUAN | 3,979.80 | 97.5 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | 4,462.20 | 105.5 | |
| | 0001 | MUJICA, MIGUEL A | 4,482.30 | 106.0 | |
| | 0001 | CONTRERAS, JOSE | 4,110.45 | 97.0 | |
| | 0001 | VILLAFAN, JOSE | 4,050.15 | 95.5 | |
| | 0001 | MADRIGAL, FELIPE | 4,130.55 | 97.5 | |
| | 0001 | ALVAREZ, SALVADOR | 4,462.20 | 105.5 | |
| | | TOTALS | 54,672.00 | 1,300.0 | |

| | | |
|---|---|---|
| LMCC | | |
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $0.32 x TOTAL HOURS | 416.00 |
| WORK DUES | 3.75% OF GROSS WAGES | 2,050.20 |
| | CHECK AMOUNT | $2,466.20 |
| | CHECK # | 11361 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer M.B.P.

By _____ Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD January 2017          DELINQUENT AFTER 02/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | Ø | | |
| | 0001 | MCKEE, CRAIG | | | |
| | 0001 | ESPINOZA, EDGAR D | | | |
| | 0001 | COLIN, RAFAEL | | | |
| | 0001 | GARCIA, JESUS | | | |
| | 0000 | SIMANCA, ANGEL | | | |
| | 0001 | ALVAREZ, JUAN | | | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | | | |
| | 0001 | MUJICA, MIGUEL A | | | |
| | 0001 | CONTRERAS, JOSE | | | |
| | 0001 | VILLAFAN, JOSE | | | |
| | 0001 | MADRIGAL, FELIPE | | | |
| | 0001 | ALVAREZ, SALVADOR | | | |
| | | | | | |
| | | TOTALS | Ø | | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | Ø | | |
| WORK DUES | | 3.75% OF GROSS WAGES | Ø | | |
| | | CHECK AMOUNT | Ø | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By _____ | Employer _____ | |
|---|---|---|
| Secretary - Treasurer | | MAKE AND RETAIN A COPY FOR YOUR RECORD |
| By _____ | By _____ | |
| Business Manager | Signed by an authorized officer, partner of agent only | |

## Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE – SUITE 300 – BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

**CONTRACTOR**

CODE
033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550
FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD February 2017

DELINQUENT AFTER 03/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 844.20 | 21.0 | |
| | 0001 | MCKEE, CRAIG | 844.20 | 21.0 | |
| | 0001 | ESPINOZA, EDGAR D | 844.20 | 21.0 | |
| | 0001 | COLIN, RAFAEL | 562.80 | 14.0 | |
| | 0001 | GARCIA, JESUS | 562.80 | 14.0 | |
| | 0000 | SIMANCA, ANGEL | | 0.0 | |
| | 0001 | ALVAREZ, JUAN | 562.80 | 14.0 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | 562.80 | 14.0 | |
| | 0001 | MUJICA, MIGUEL A | 844.20 | 21.0 | |
| | 0001 | CONTRERAS, JOSE | 562.80 | 14.0 | |
| | 0001 | VILLAFAN, JOSE | | 0.0 | |
| | 0001 | MADRIGAL, FELIPE | 844.20 | 21.0 | |
| | 0001 | ALVAREZ, SALVADOR | 482.40 | 12.0 | |
| | | | | | |
| | | | | | |
| | | TOTALS | 7,517.40 | 187.0 | |

| | | |
|---|---|---|
| LMCC | | |
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 59.84 |
| WORK DUES | 3.75% OF GROSS WAGES | 281.90 |
| | CHECK AMOUNT | $341.74 |
| | CHECK # | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____  Secretary-Treasurer

By _____  Business Manager

Employer _____

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE – SUITE 300 – BURR RIDGE, ILLINOIS 60527     PHONE: 630-655-8785

CONTRACTOR

CODE
033938

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550
FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD March 2017

DELINQUENT AFTER 04/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 9,688.20 | 207.0 | |
| | 0001 | MCKEE, CRAIG | 4,824.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 9,668.10 | 206.5 | |
| | 0001 | COLIN, RAFAEL | 9,105.30 | 192.5 | |
| | 0001 | GARCIA, JESUS | 8,341.50 | 174.5 | |
| | 0000 | SIMANCA, ANGEL | 3,457.20 | 67.0 | |
| | 0001 | ALVAREZ, JUAN | 9,356.55 | 199.0 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | 9,426.90 | 200.5 | |
| | 0001 | MUJICA, MIGUEL A | 6,803.85 | 153.5 | |
| | 0001 | CONTRERAS, JOSE | 8,321.40 | 184.5 | |
| | 0001 | VILLAFAN, JOSE | 9,416.85 | 200.5 | |
| | 0001 | MADRIGAL, FELIPE | 10,070.10 | 216.5 | |
| | 0001 | ALVAREZ, SALVADOR | 9,105.30 | 192.5 | |
| | | Salgado, Berulo | 2,693.40 | 57.5 | |
| | | Herrera, Antonio | 2,693.40 | 57.5 | |
| | | TOTALS | | | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | | | |
| WORK DUES | | 3.75% OF GROSS WAGES | | | |
| | | CHECK AMOUNT | | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____  Secretary-Treasurer     Employer

By _____  Business Manager     By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

969 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD March 2017                    DELINQUENT AFTER 04/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | | Salgado, Rogelio | 2,090.40 | 48.0 | |
| | | Flores Martinez, Climaco | 2,090.40 | 48.0 | |
| | | Oseguera Mendoza, Carlos | 2,602.95 | 47.5 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | 119,755.80 | 2,573.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | 823.36 | | |
| WORK DUES | | 3.75% OF GROSS WAGES | 4,490.84 | | |
| | | CHECK AMOUNT | 5,314.20 | | |
| | | CHECK # | 11531 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Constructin Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer _M.B.P._

By _____ Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE ~ SUITE 300 ~ BURR RIDGE, ILLINOIS 60527     PHONE: 630-655-8765

CONTRACTOR

| CODE |
|------|
| 033938 |

MIDWEST BRICKPAVING, INC.
18557 STATELINE RD.
ANTIOCH IL 60002

PHONE
847-838-6550

FEDERAL ID NO.

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD April 2017

DELINQUENT AFTER 05/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | Ruiz, Esequiel | $ 5,979.75 | 125.5 | |
| | | Rebollo, Pedro | $ 2,592.90 | 47.5 | |
| | 0001 | McKee, Craig | $ 4,824.00 | 120.0 | |
| | | Salgado, Berulo | $ 2,180.85 | 38.0 | |
| | 0001 | Espinoza, Edgar | $ 5,014.95 | 103.5 | |
| | | Herrera, Antonio | $ 2,180.85 | 38.0 | |
| | | Velazquez, Jesus | $ 2,592.90 | 47.5 | |
| | | Salgado, Rogelio | $ 1,768.80 | 28.5 | |
| | 0001 | Colin, Rafael | $ 5,577.75 | 120.5 | |
| | 0001 | Garcia, Jesus | $ 5,195.85 | 111.5 | |
| | 0001 | Simanca, Angel | $ 5,939.55 | 126.5 | |
| | 0001 | Alvarez, Carlos | $ 5,939.55 | 126.5 | |
| | 0001 | Gallegos Munguia, Jesus | $ 5,939.55 | 126.5 | |
| | | Flores Martinez, Climaco | $ 2,180.85 | 38.0 | |
| | 0001 | Mujica, Miguel | $ 5,939.55 | 126.5 | |
| | | TOTALS | | | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | | | |
| WORK DUES | | 3.75% OF GROSS WAGES | | | |
| | | CHECK AMOUNT | | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer

By _____

Signed by an authorized officer, partner of agent, any

MAKE AND RETAIN A
COPY FOR YOUR RECORD

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE ~ SUITE 300 ~ BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

↓ PERIOD April 2017

DELINQUENT AFTER 05/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | Oseguera Mendoza, Carlos | $ 2,482.35 | 45.5 | |
| | 0001 | Contreras, Jose | $ 5,818.95 | 123.5 | |
| | 0001 | Villafan, Jose | $ 5,577.75 | 120.5 | |
| | 0001 | Madrigal, Felipe | $ 5,014.95 | 103.5 | |
| | 0001 | Alvarez, Salvador | $ 5,939.55 | 126.5 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTALS | $ 88,681.20 | 1,844.0 | |

| | | | | |
|---|---|---|---|---|
| LMCC | | | | |
| LECET | | | | |
| CAICA | | | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | $ 590.08 | | |
| WORK DUES | 3.75% OF GROSS WAGES | $ 3,325.55 | | |
| | CHECK AMOUNT | $ 3,915.63 | | |
| | CHECK # | 11595 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By _____ | Employer _____ | |
|---|---|---|
| Secretary - Treasurer | M.B.P. | MAKE AND RETAIN A COPY FOR YOUR RECORD |
| By _____ | By _____ | |
| Business Manager | Signed by an authorized officer, partner or agent only | |

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD May 2017

DELINQUENT AFTER 06/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | $ 4,100.40 | 98.0 | |
| | 0001 | MCKEE, CRAIG | $ 4,824.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | $ 3,698.40 | 87.5 | |
| | 0001 | COLIN, RAFAEL | $ 4,743.60 | 113.5 | |
| | 0001 | GARCIA, JESUS | $ 4,401.90 | 105.5 | |
| | 0001 | ALVAREZ, JUAN | $ 4,904.40 | 121.5 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | $ 3,839.10 | 95.0 | |
| | 0001 | MUJICA, MIGUEL A | $ 5,366.70 | 129.0 | |
| | 0001 | CONTRERAS, JOSE | $ 4,763.70 | 118.0 | |
| | 0001 | MADRIGAL, FELIPE | $ 5,668.20 | 136.5 | |
| | 0001 | ALVAREZ, SALVADOR | $ 4,261.20 | 105.5 | |
| | 0001 | Simanca, Angel | $ 3,778.80 | 94.0 | |
| | 0001 | Villafan, Jose | $ 3,638.10 | 90.0 | |
| | | | | | |
| | | TOTALS | $ 57,988.50 | 1,414.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | $ 452.48 | | |
| WORK DUES | | 3.75% OF GROSS WAGES | $ 2,174.57 | | |
| | | CHECK AMOUNT | $ 2,627.05 | | |
| | | CHECK # | 11655 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE  By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By _____ Secretary-Treasurer | Employer M. B.I. |
|---|---|
| By _____ Business Manager | By _____ Signed by an authorized officer, partner of agent only |

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60627                PHONE: 630-655-8765

CONTRACTOR

CODE
033938

| | |
|---|---|
| MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | PHONE<br>847-838-6550<br>FEDERAL ID NO. |

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER
MUST BE SHOWN

PERIOD June 2017

DELINQUENT AFTER 07/10/2017  10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO: | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 4,934.55 | 120.5 | |
| | 0001 | MCKEE, CRAIG | 4,824.00 | 120.0 | |
| | 0004 | SALGADO, BERULO | ---- | ---- | |
| | 0001 | ESPINOZA, EDGAR D | 5,165.70 | 124.5 | |
| | 0002 | HERRERA, ANTONIO | ---- | ---- | |
| | 0004 | SALGADO, ROGELIO | ---- | ---- | |
| | 0001 | COLIN, RAFAEL | 4,130.55 | 102.0 | |
| | 0001 | GARCIA, JESUS | 5,055.15 | 125.0 | |
| | 0000 | SIMANCA, ANGEL | 3,758.70 | 93.5 | |
| | 0001 | ALVAREZ, JUAN | 5,607.90 | 135.5 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | 2,713.50 | 63.5 | |
| | 0004 | FLORES, CLIMACO | ---- | ---- | |
| | 0001 | MUJICA, MIGUEL A | 5,708.40 | 138.0 | |
| | 0001 | OSEGUERA, CARLOS | ---- | ---- | |
| | 0001 | CONTRERAS, JOSE | 5,125.50 | 123.5 | |
| | 0001 | VILLAFAN, JOSE | 4,934.55 | 120.5 | |
| | 0001 | MADRIGAL, FELIPE | 5,748.60 | 139.0 | |
| | 0001 | ALVAREZ, SALVADOR | 5,396.85 | 131.0 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer _____

By _____
Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | | PAGE 2 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD June 2017

DELINQUENT AFTER 07/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTALS 63,103.95 | 1,536.5 | |

| | | | |
|---|---|---|---|
| LMCC | | | |
| LECET | | | |
| CAICA | | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 491.68 | |
| WORK DUES | 3.76% OF GROSS WAGES | 2,366.40 | |
| | CHECK AMOUNT | 2,858.08 | |
| | CHECK # | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By | _____ Secretary - Treasurer | Employer | MBP |
|---|---|---|---|
| By | _____ Business Manager | By | Signed by an authorized officer, partner or agent only |

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60627          PHONE: 630-655-8765

| CONTRACTOR | | PAGE 1 |
|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD July 2017                    DELINQUENT AFTER 08/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 4,039.15 | 94.5 | |
| | 0000 | REBOLLO, PEDRO | | | |
| | 0001 | MCKEE, CRAIG | 4,944.00 | 120.0 | |
| | 0004 | SALGADO, BERULO | | | |
| | 0001 | ESPINOZA, EDGAR D | 3,969.30 | 93.0 | |
| | 0002 | HERRERA, ANTONIO | | | |
| | 0000 | VELAZQUEZ, JESUS | | | |
| | 0004 | SALGADO, ROGELIO | | | |
| | 0001 | COLIN, RAFAEL | 3,289.50 | 80.0 | |
| | 0001 | GARCIA, JESUS | 3,474.90 | 81.0 | |
| | 0000 | SIMANCA, ANGEL | 3,441.75 | 83.5 | |
| | 0001 | ALVAREZ, JUAN | 3,969.30 | 93.0 | |
| | 0000 | GALLEGOS MUNGUIA, JESUS | | | |
| | 0004 | FLORES, CLIMACO | | | |
| | 0001 | MUJICA, MIGUEL A | 3,969.30 | 93.0 | |
| | 0001 | OSEGUERA, CARLOS | | | |
| | 0001 | CONTRERAS, JOSE | 4,154.70 | 94.0 | |
| | 0001 | VILLAFAN, JOSE | 4,154.70 | 94.0 | |
| | 0001 | MADRIGAL, FELIPE | 4,121.55 | 96.5 | |
| | 0001 | ALVAREZ, SALVADOR | 3,042.30 | 74.0 | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer          Employer _____

By _____ Business Manager          By _____

Signed by an authorized officer, partner or agent only

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | |
|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | PAGE 2 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN.

PERIOD July 2017                    DELINQUENT AFTER 08/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTALS 46,570.45 | 1,096.5 | |

| | | |
|---|---|---|
| LMCC | | |
| LECET | | |
| CAICA | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 350.88 |
| WORK DUES | 3.75% OF GROSS WAGES | 1,746.39 |
| | CHECK AMOUNT | $2,097.27 |
| | CHECK # | 11806 |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By _____ | Employer | M.B.P. |
|---|---|---|
| Secretary - Treasurer | | |
| By _____ | By _____ | |
| Business Manager | | Signed by an authorized officer, partner or agent only |

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 830-655-8786

| CONTRACTOR | | |
|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. |

PAGE 1
Send report and check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD August 2017

DELINQUENT AFTER 09/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 6,530.20 | 151.0 | |
| | 0001 | MCKEE, CRAIG | 4,944.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 7,107.00 | 165.0 | |
| | 0001 | COLIN, RAFAEL | 5,448.70 | 128.0 | |
| | 0001 | GARCIA, JESUS | 5,757.70 | 133.0 | |
| | 0000 | SIMANCA, ANGEL | ------ | ----- | |
| | 0001 | ALVAREZ, JUAN | 7,498.40 | 174.5 | |
| | 0001 | GALLEGOS MUNGUIA, JESUS | ------ | ----- | |
| | 0001 | MUJICA, MIGUEL A | 6,684.70 | 155.5 | |
| | 0001 | CONTRERAS, JOSE | 4,985.20 | 120.5 | |
| | 0001 | VILLAFAN, JOSE | 4,696.80 | 110.5 | |
| | 0001 | MADRIGAL, FELIPE | 3,718.16 | 87.5 | |
| | 0001 | ALVAREZ, SALVADOR | 6,118.20 | 141.5 | |
| | | TOTALS | 63,489.06 | 1,487.0 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | | 475.84 | | |
| WORK DUES | 3.75% OF GROSS WAGES | | 2,380.84 | | |
| | | CHECK AMOUNT | 2,856.68 | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____ Secretary-Treasurer

By _____ Business Manager

Employer M.B.P.

By _____

Signed by an authorized officer, pursuant of layout only

MAKE AND RETAIN A
COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE ~ SUITE 300 ~ BURR RIDGE, ILLINOIS 60527                    PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC.<br>18557 STATELINE RD.<br>ANTIOCH IL 60002 | PHONE<br>847-838-6550<br>FEDERAL ID NO. | | PAGE 1<br>Send report and check to:<br>Laborers' Work Dues Fund<br>Department 4334<br>Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD September 2017                 DELINQUENT AFTER 10/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 5,562.00 | 132.5 | |
| | 0001 | MCKEE, CRAIG | 4,944.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 6,128.50 | 145.5 | |
| | 0001 | COLIN, RAFAEL | 4,387.80 | 104.0 | |
| | 0001 | GARCIA, JESUS | 4,078.80 | 98.5 | |
| | 0000 | SIMANCA, ANGEL | 6,406.60 | 151.5 | |
| | 0001 | ALVAREZ, JUAN | 6,035.80 | 144.0 | |
| | 0001 | ~~GALLEGOS-MUNGUIA, JESUS~~ | | | |
| | 0001 | MUJICA, MIGUEL A | 6,890.70 | 161.5 | |
| | 0001 | CONTRERAS, JOSE | 4,181.80 | 99.0 | |
| | 0001 | VILLAFAN, JOSE | 4,511.40 | 104.5 | |
| | 0001 | ~~MADRIGAL, FELIPE~~ | | | |
| | 0001 | ALVAREZ, SALVADOR | 5,047.00 | 119.5 | |
| | | | | | |
| | | TOTALS | 58,174.40 | 1,380.5 | |

| LMCC | | | | |
|---|---|---|---|---|
| LECET | | | | |
| CAICA | | | | |
| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | 441.76 | | |
| WORK DUES | 3.75% OF GROSS WAGES | 2,181.54 | | |
| | CHECK AMOUNT | 2,623.30 | | |
| | CHECK # | 11960 | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of the report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By | _____ | Employer | M·B·P· |
|---|---|---|---|
| | Secretary - Treasurer | | |
| By | _____ | By | _____ |
| | Business Manager | | Signed by an authorized officer, partner or proprietor |

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity
999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8766

| CONTRACTOR | | | | PAGE 1 |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-6550 FEDERAL ID NO. | | Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD October 2017

DELINQUENT AFTER 11/10/2017 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | 2,533.80 | 59.0 | |
| | 0001 | MCKEE, CRAIG | 4,944.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | 1,524.40 | 37.0 | |
| | 0001 | COLIN, RAFAEL | 1,792.20 | 43.5 | |
| | 0001 | GARCIA, JESUS | 1,545.00 | 37.5 | |
| | 0000 | SIMANCA, ANGEL | 1,545.00 | 37.5 | |
| | 0001 | ALVAREZ, JUAN | 1,998.20 | 48.5 | |
| | 0001 | MUJICA, MIGUEL A | 2,472.00 | 58.0 | |
| | 0001 | CONTRERAS, JOSE | 1,380.20 | 33.5 | |
| | 0001 | VILLAFAN, JOSE | 1,349.30 | 31.0 | |
| | 0001 | MADRIGAL, FELIPE | | | |
| | 0001 | ALVAREZ, SALVADOR | 1,071.20 | 26.0 | |
| | | TOTALS | 22,155.30 | 531.5 | |
| LMCC | | | | | |
| LECET | | | | | |
| CAICA | | | | | |
| TOTAL (ABOVE) | | $ 0.32 x TOTAL HOURS | 170.08 | | |
| WORK DUES | | 3.75% OF GROSS WAGES | 830.82 | | |
| | | CHECK AMOUNT | 1,000.90 | | |
| | | CHECK # | | | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

| By | Secretary-Treasurer | Employer | M.B.P. | |
|---|---|---|---|---|
| By | Business Manager | By | | Signed by an authorized officer, partner or agent only |

MAKE AND RETAIN A COPY FOR YOUR RECORD

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| CONTRACTOR | | | | |
|---|---|---|---|---|
| CODE 033938 | MIDWEST BRICKPAVING, INC. 18557 STATELINE RD. ANTIOCH IL 60002 | PHONE 847-838-8550 FEDERAL ID NO. | PAGE 1 Send report and check to: Laborers' Work Dues Fund Department 4334 Carol Stream, IL 60122-4334 | |

SOCIAL SECURITY NUMBER MUST BE SHOWN

PERIOD December 2017          DELINQUENT AFTER 01/10/2018 10% PENALTY

| SOCIAL SECURITY NUMBER | LOCAL NO. | NAME OF EMPLOYEE | GROSS WAGES | TOTAL HOURS | DUES WITHHELD |
|---|---|---|---|---|---|
| | 0001 | RUIZ SALCEDO, ESEQUIEL | $ 4,326.00 | 103.0 | |
| | 0001 | MCKEE, CRAIG | $ 4,944.00 | 120.0 | |
| | 0001 | ESPINOZA, EDGAR D | $ 4,315.70 | 104.0 | |
| | 0001 | COLIN, RAFAEL | $ 5,108.80 | 123.0 | |
| | 0001 | GARCIA, JESUS | $ 5,129.40 | 123.5 | |
| | 0000 | SIMANCA, ANGEL | $ 5,170.60 | 124.0 | |
| | 0001 | ALVAREZ, JUAN | $ 5,191.20 | 124.5 | |
| | 0001 | MUJICA, MIGUEL A | $ 4,892.50 | 116.5 | |
| | 0001 | CONTRERAS, JOSE | $ 4,933.70 | 118.5 | |
| | 0001 | VILLAFAN, JOSE | $ 5,613.50 | 133.5 | |
| | 0001 | ALVAREZ, SALVADOR | $ 5,191.20 | 124.5 | |
| | | TOTALS | $ 54,816.60 | 1,315.0 | |

LMCC

LECET

CAICA

| TOTAL (ABOVE) | $ 0.32 x TOTAL HOURS | $ 420.80 |
|---|---|---|
| WORK DUES | 3.75% OF GROSS WAGES | $ 2,055.62 |
| | CHECK AMOUNT | $ 2,476.42 |
| | CHECK # | |

EMPLOYER'S WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

By _____          Employer          M.B.A
Secretary - Treasurer

By _____          By _____          MAKE AND RETAIN A
Business Manager          Signed by authorized officer, partner or agent only          COPY FOR YOUR RECORD

# Report Information

Contractor : 033938 - MIDWEST BRICKPAVING, INC.

Report Month : 2018-01

Date Received : 02/28/2018

Report Total Hours : 0.00

|  | Contributed | Calculated | O/S |
|--|--|--|--|

Report Total Wages : $0.00

No. of Laborers : 0

Check Amount : $0.00

Check # :

Batch # :

Comments :

JAN
FEB 2018
MARCh 2018

No worker
reports submitted
online

## Hours

XXX–XX-                *** NO WORKERS ***

11/7/2018 3:31:55 PM

# Report Information

Contractor : 033938 - MIDWEST BRICKPAVING, INC.

Report Month : 2018-02

Date Received : 03/23/2018

Report Total Hours : 0.00

|  | Contributed | Calculated | O/S |
|---|---|---|---|

Report Total Wages : $0.00

No. of Laborers : 0

Check Amount : $0.00

Check # :

Batch # :

Comments :

## Hours

XXX-XX-          *** NO WORKERS ***

11/7/2018 3:32:43 PM

Page 1 of 1

# Report Information

Contractor : 033938 - MIDWEST BRICKPAVING, INC.

Report Month : 2018-03

Date Received : 04/25/2018

Report Total Hours : 0.00

**Contributed**   **Calculated**   **S/S**

Report Total Wages : $0.00

No. of Laborers : 0

Check Amount : $0.00

Check # :

Batch # :

Comments :

## Hours

XXX-XX-  *** NO WORKERS ***

# Monthly Working Dues Report
## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| Contractor # | | | Phone |
|---|---|---|---|
| 033938 | MIDWEST BRICKPAVING, INC. | | 847-838-6550 |
| | 18557 STATELINE RD. | | |
| Period | ANTIOCH IL 60002 | | |
| 04/2018 | | | |

| SSN | Local # | Name of Employee | Gross Wages | Total Hours | Dues Withheld | Calculated Dues |
|---|---|---|---|---|---|---|
| | 0001 | ALVAREZ, JUAN | 1,421.40 | 34.50 | 53.30 | 53.30 |
| | 0001 | ALVAREZ, SALVADOR | 1,091.80 | 26.50 | 40.94 | 40.94 |
| | 0001 | ESPINOZA, EDGAR D | 1,421.40 | 34.50 | 53.30 | 53.30 |
| | 0001 | GARCIA, JESUS | 1,421.40 | 34.50 | 53.30 | 53.30 |
| | 0001 | MADRIGAL, FELIPE | 1,771.60 | 43.00 | 66.44 | 66.44 |
| | 0001 | MCKEE, CRAIG | 6,592.00 | 160.00 | 247.20 | 247.20 |
| | 0001 | MUJICA, MIGUEL A | 309.00 | 7.50 | 11.59 | 11.59 |
| | 0000 | SIMANCA, ANGEL | 1,730.40 | 42.00 | 64.89 | 64.89 |
| | | Totals | 15,759.00 | 382.50 | 590.96 | 590.96 |

| Fund | Rate | Total |
|---|---|---|
| WORK DUES | 3.75% OF GROSS WAGES | 526.07 |
| LMCC | $0.17 PER HOUR | 65.03 |
| LECET | $0.07 PER HOUR | 26.78 |
| CAICA | $0.08 PER HOUR | 30.60 |
| | Amount Due | 648.48 |

May 02, 2018          Page 1 of 1

## Payment Coupon

**Construction & General Laborers' District Council of Chicago and Vicinity**

999 McCLINTOCK DRIVE -- SUITE 300 -- BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| | |
|---|---|
| Check # | *40403* |
| Contractor # | 033938 |
| Report Period | 05/2018 |
| Submission Date | 06/18/2018 |
| Delinquent Date | 06/10/2018 |
| Total Amount Due | $804.74 |
| Additional Amount | |
| Total Amount | *804.74* |

| Fund | Amount Due |
|---|---|
| Dues | $667.46 |
| LMCC | $72.93 |
| LECET | $30.03 |
| CAICA | $34.32 |
| **Total** | **$804.74** |

Send Report and Check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream IL 60122-4334

EMPLOYERS' WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.

# Report Information

**Contractor :** 033938 - MIDWEST BRICKPAVING, INC.

**Report Month :** 2018-05

**Date Received :** 06/22/2018

**Report Total Hours :** 429

| | Contributed | Calculated | O/S |
|---|---|---|---|
| **Dues:** | $667.46 | $667.46 | $0.00 |
| **LMCC:** | $72.93 | $72.93 | $0.00 |
| **LECET:** | $30.03 | $30.03 | $0.00 |

**Report Total Wages:** $17,798.40

**No. of Laborers :** 7

**Check Amount :** $804.74

| | | |
|---|---|---|
| **Check # :** | | |
| **Batch # :** | **CAICA:** $34.32 | $34.32 |
| **Check # :** | $0.00 | |

**Comments :** ONLINE ENTRY, CHECK SENT IN WITH POSTMARK DATE OF 06/18/18, NO PENALTY FEE

| Hours | | | |
|---|---|---|---|
| JUAN ALVAREZ | 0001 | 56.50 | $2,348.40 | $88.07 |
| SALVADOR ALVAREZ | 0001 | 49.50 | $2,060.00 | $77.25 |
| EDGAR ESPINOZA | 0001 | 40.50 | $1,689.20 | $63.35 |
| JESUS GARCIA | 0001 | 55.50 | $2,307.20 | $86.52 |
| FELIPE MADRIGAL | 0001 | 34.50 | $1,442.00 | $54.08 |
| CRAIG MCKEE | 0001 | 160.00 | $6,592.00 | $247.20 |
| ANGEL SIMANCAS | 0076 | 32.50 | $1,359.60 | $50.99 |

| | | |
|---|---|---|
| | | $88.07 |
| | | $77.25 |
| | | $63.35 |
| | | $86.52 |
| | | $54.08 |
| | | $247.20 |
| | | $50.99 |

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527                    PHONE: 630-655-8765

| Contractor # | | Phone |
|---|---|---|
| 033938 | MIDWEST BRICKPAVING, INC. | 847-838-6550 |
| Period | 18557 STATELINE RD. | |
| 06/2018 | ANTIOCH IL 60002 | |

| SSN | Local # | Name of Employee | Gross Wages | Total Hours | Dues Withheld | Calculated Dues |
|---|---|---|---|---|---|---|
| | 0001 | ALVAREZ, JUAN | 3,265.20 | 76.50 | 122.45 | 122.45 |
| | 0001 | ALVAREZ, SALVADOR | 2,859.36 | 67.50 | 107.23 | 107.23 |
| | 0001 | ESPINOZA, EDGAR D | 3,178.24 | 75.00 | 119.18 | 119.18 |
| | 0001 | GARCIA, JESUS | 3,648.16 | 85.50 | 136.81 | 136.81 |
| | 0001 | MADRIGAL, FELIPE | 3,242.32 | 76.50 | 121.59 | 121.59 |
| | 0001 | MCKEE, CRAIG | 6,774.40 | 160.00 | 254.04 | 254.04 |
| | 0076 | SIMANCAS, ANGEL | 3,808.36 | 89.00 | 142.81 | 142.81 |
| | 0000 | VENTURA, NOEL | 1,142.76 | 26.00 | 42.85 | 42.85 |
| | | Totals | 27,918.80 | 656.00 | 1,046.96 | 1,046.96 |

| Fund | Rate | Total |
|---|---|---|
| WORK DUES | 3.75% OF GROSS WAGES | 1,046.96 |
| LMCC | $0.17 PER HOUR | 111.52 |
| LECET | $0.07 PER HOUR | 45.92 |
| CAICA | $0.08 PER HOUR | 52.48 |
| | Amount Due | 1,256.88 |

July 17, 2018                                        Page 1 of 1

## Monthly Working Dues Report

## Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527     PHONE: 630-659-8765

| Contractor # | MIDWEST BRICKPAVING, INC. | Phone |
| 033938 | 18557 STATELINE RD. | 847-838-6550 |
| Period | ANTIOCH IL 60002 | |
| 07/2018 | | |

| SSN | Local # | Name of Employee | Gross Wages | Total Hours | Dues Withheld | Calculated Dues |
|-----|---------|------------------|-------------|-------------|---------------|-----------------|
| | 0001 | ALVAREZ, JUAN | 4,154.52 | 95.50 | 155.79 | 155.79 |
| | 0001 | ALVAREZ, SALVADOR | 4,496.28 | 103.50 | 168.61 | 168.61 |
| | 0001 | ESPINOZA, EDGAR D | 3,449.64 | 79.00 | 129.36 | 129.36 |
| | 0001 | GARCIA, JESUS | 3,556.44 | 81.50 | 133.37 | 133.37 |
| | 0001 | MADRIGAL, FELIPE | 4,389.48 | 101.00 | 164.61 | 164.61 |
| | 0001 | MCKEE, CRAIG | 6,835.20 | 160.00 | 256.32 | 256.32 |
| | 0076 | SIMANCAS, ANGEL | 3,770.04 | 83.00 | 141.38 | 141.38 |
| | 0000 | VENTURA, NOEL | 3,930.24 | 92.00 | 147.38 | 147.38 |
| | | Totals | 34,581.84 | 795.50 | 1,296.82 | 1,296.82 |

| Fund | Rate | Total |
|------|------|-------|
| WORK DUES | 3.75% OF GROSS WAGES | 1,296.82 |
| LMCC | $0.17 PER HOUR | 135.24 |
| LECET | $0.07 PER HOUR | 55.69 |
| CAICA | $0.08 PER HOUR | 63.64 |
| | Amount Due | 1,551.39 |

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| Contractor # | | Phone |
|---|---|---|
| 033938 | MIDWEST BRICKPAVING, INC. | 847-838-6550 |
| | 18557 STATELINE RD. | |
| Period | ANTIOCH IL 60002 | |
| 08/2018 | | |

| SSN | Local # | Name of Employee | Gross Wages | Total Hours | Dues Withheld | Calculated Dues |
|---|---|---|---|---|---|---|
| | 0001 | ALVAREZ, JUAN | 6,675.00 | 146.00 | 250.31 | 250.31 |
| | 0001 | ALVAREZ, SALVADOR | 6,269.16 | 136.50 | 235.09 | 235.09 |
| | 0001 | ESPINOZA, EDGAR D | 6,205.08 | 135.00 | 232.69 | 232.69 |
| | 0001 | GARCIA, JESUS | 5,115.72 | 115.50 | 191.84 | 191.84 |
| | 0001 | MADRIGAL, FELIPE | 6,717.72 | 147.00 | 251.91 | 251.91 |
| | 0001 | MCKEE, CRAIG | 6,835.20 | 160.00 | 256.32 | 256.32 |
| | 0076 | SIMANCAS, ANGEL | 5,927.40 | 128.50 | 222.28 | 222.28 |
| | 0000 | VENTURA, NOEL | 5,243.88 | 112.50 | 196.65 | 196.65 |
| | 0000 | MUJICA, SALVADOR | 5,948.76 | 129.00 | 223.08 | 223.08 |
| | | Totals | 54,937.92 | 1,210.00 | 2,060.17 | 2,060.17 |

| Fund | Rate | Total |
|---|---|---|
| WORK DUES | 3.75% OF GROSS WAGES | 2,060.17 |
| LMCC | $0.17 PER HOUR | 205.70 |
| LECET | $0.07 PER HOUR | 84.70 |
| CAICA | $0.08 PER HOUR | 96.80 |
| | Amount Due | 2,447.37 |

## Monthly Working Dues Report
### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| Contractor # | | | | Phone |
|---|---|---|---|---|
| 033938 | MIDWEST BRICKPAVING, INC. | | | 847-838-6550 |
| | 18557 STATELINE RD. | | | |
| Period | ANTIOCH IL 60002 | | | |
| 09/2018 | | | | |

| SSN | Local # | Name of Employee | Gross Wages | Total Hours | Dues Withheld | Calculated Dues |
|---|---|---|---|---|---|---|
| | 0001 | ALVAREZ, JUAN | 6,856.56 | 150.00 | 257.12 | 257.12 |
| | 0001 | ALVAREZ, SALVADOR | 6,044.88 | 134.50 | 226.68 | 226.68 |
| | 0001 | ESPINOZA, EDGAR D | 6,450.72 | 144.00 | 241.90 | 241.90 |
| | 0001 | GARCIA, JESUS | 6,386.64 | 142.50 | 239.50 | 239.50 |
| | 0001 | MADRIGAL, FELIPE | 6,408.00 | 143.00 | 240.30 | 240.30 |
| | 0001 | MCKEE, CRAIG | 6,835.20 | 160.00 | 256.32 | 256.32 |
| | 0076 | SIMANCAS, ANGEL | 6,408.00 | 143.00 | 240.30 | 240.30 |
| | 0000 | VENTURA, NOEL | 5,574.96 | 127.50 | 209.06 | 209.06 |
| | 0000 | MUJICA, SALVADOR | 5,553.60 | 127.00 | 208.26 | 208.26 |
| | | Totals | 56,518.56 | 1,271.50 | 2,119.44 | 2,119.44 |

| Fund | Rate | Total |
|---|---|---|
| WORK DUES | 3.75% OF GROSS WAGES | 2,119.44 |
| LMCC | $0.17 PER HOUR | 216.16 |
| LECET | $0.07 PER HOUR | 89.01 |
| CAICA | $0.08 PER HOUR | 101.72 |
| | Amount Due | 2,526.33 |

## Payment Coupon

### Construction & General Laborers' District Council of Chicago and Vicinity

999 McCLINTOCK DRIVE — SUITE 300 — BURR RIDGE, ILLINOIS 60527          PHONE: 630-655-8765

| | |
|---|---:|
| Check # | |
| Contractor # | 033938 |
| Report Period | 09/2018 |
| Submission Date | 10/15/2018 |
| Delinquent Date | 10/10/2018 |
| Total Amount Due | $2,526.33 |
| Additional Amount | |
| Total Amount | 2,526.33 |

| Fund | Amount Due |
|---|---:|
| Dues | $2,119.44 |
| LMCC | $216.16 |
| LECET | $89.01 |
| CAICA | $101.72 |
| Total | $2,526.33 |

Send Report and Check to:
Laborers' Work Dues Fund
Department 4334
Carol Stream IL 60122-4334

EMPLOYERS' WARRANTY AND ACCEPTANCE: By the submission of this report, Employer expressly warrants and affirms that this report accurately states all hours worked by all of Employer's laborer employees. By submission of this report, the Employer hereby accepts, adopts and agrees to be bound to the terms and conditions of the Independent Construction Industry Collective Bargaining Agreement with the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union") and any extension, renewal, modification or amendment of that Agreement.